UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

CV 96 4849

-------------------------------x

GIZELLA WEISSHAUS, on
behalf of herself and all
other persons of all
national origins, ethnic
groups, races, creeds and
colors, similarly situated
as victims and survivors of
the Nazi Holocaust,

                    Plaintiffs

     - against -

UNION BANK OF SWITZERLAND,
SWISS BANK CORPORATION,
SWISS BANK CORPORATION
a/k/a SWISS NATIONAL BANK,
BANKING INSTITUTIONS # 1 -
100 and JOHN DOES # 1 -
100,

                    Defendants.

-------------------------------x

BARTELS, J.

CIVIL ACTION NO.

GO, M.

COMPLAINT

TRIAL BY JURY DEMANDED

      Plaintiff GIZELLA WEISSHAUS (hereinafter "WEISSHAUS"),
individually and as a representative on behalf of all other
persons of all national origins, ethnic groups, races,
creeds and colors, similarly situated as victims and
survivors of the Nazi Holocaust, by her attorneys FAGAN &
ASSOCIATES and DAN L. JOHNSTON ESQ., complaining of the
defendant(s) herein, respectfully show(s) to this Court, and
allege as follows:

## THE PARTIES, JURISDICTION & VENUE

1.   That the named plaintiff WEISSHAUS was and still is a
     citizen of the United States, resident of the City and
     State of New York, and resides within this District.

2.   That the named plaintiff WEISSHAUS was a survivor of

1

the Nazi Holocaust.

3. That the above entitled action is brought by plaintiff WEISSHAUS on behalf of herself and on behalf of all other persons of all national origins, ethnic groups, races, creeds and colors, similarly situated as victims and survivors of the Nazi Holocaust, who themselves or their blood relatives, (i) had items of personal property, including but not limited to the items of jewelry, household furnishing and family heirlooms made of diamonds, gold, silver, pearls and other precious metals and jewels, as well as the gold from the teeth taken from them and "sold" and/or transferred by the Nazis to Swiss and other banks and (ii) who had monies, jewelry and other valuable items of personal property deposited in various Swiss banks for safe keeping to be retrieved after World War II.

4. That the exact number of the members of this class, as identified above, is not known to plaintiff WEISSHAUS, but it is estimated that the class is so numerous that joinder of individual members herein is impracticable.

5. That there are questions of law and/or fact common to the class which predominate over any questions affecting only individual members.

6. That the claims of plaintiff WEISSHAUS, who is representative of the class, are typical of the claims of the entire class, in that the claims of all members of the class, including plaintiff WEISSHAUS depend on a showing of the acts and/or omissions of defendants, as

described below, which give plaintiff WEISSHAUS individual and as the class representative, the right to the relief sought herein.

7. That there is no conflict known to plaintiff WEISSHAUS, the class representative, as between herself as the named plaintiff and the other members of the class with respect to this action, or with respect to the claims for relief set forth herein.

8. That plaintiff WEISSHAUS is able to and will fairly and adequately protect the interests of the class.

9. That a class action is superior to the other available methods for fair and efficient adjudication of the controversy.

10. That at all times hereinafter mentioned, the defendants are (i) Banking Institutions, including public, private, quasi-governmental and governmental banks, and/or their predecessors, successors and/or assigns, and their designated representatives, and (ii) other institutions and/or persons to which/whom the assets and property of the class members were transferred and/or in which they are/were held, which have and/or do conduct and/or transact business within the City and State of New York, and within this District.

11. That at all times hereinafter mentioned, the actions which give rise to the within causes of action occurred in and/or have an effect on the citizens of the United States, including the named plaintiff WEISSHAUS and the other class members, within this District.

12. That at all times hereinafter mentioned, jurisdiction of the Court is conferred by virtue of, among other things:

   a.   under 28 USC § 1331 as the acts complained of herein have an affect on the Constitution, laws and treaties of the United States;

   b.   the acts complained of herein effect the economy of the United States;

   c.   the acts complained of herein involve the violation of international law;

   d.   the acts complained of herein involved rights in property taken in violation of due process, Federal common law and/or international law;

   e.   the acts complained of herein violate international banking laws;

   f.   the acts complained of herein involved claims which arise out of continuing misrepresentations, deceit and/or interference with the class members personal property rights;

   g.   the amount in controversy exceeds $50,000, exclusive of interest and costs.

13. That at all times hereinafter mentioned, venue of this action is proper under 28 USC § 1391 (a) in the United States District Court for the Eastern District of New York, insofar as some of the acts which gives rise to the Complaint affect plaintiff WEISSHAUS individually and the class representative, within this District and defendants have solicited, transacted, conducted and/or

4

conduct within this District.

## AS AND FOR A FIRST CAUSE OF ACTION - ACCOUNTING

14. That the plaintiffs repeat and reallege each and every allegation set forth above as if the same were set forth more fully and at length herein.

15. That at all times hereinafter mentioned, plaintiff WEISSHAUS and the class members are/were victims and/or survivors of the Nazi holocaust.

16. That at all times hereinafter mentioned, plaintiff class representative WEISSHAUS was a member of a family[1] which included parents, grandparents, aunts, uncles, siblings and cousins.

17. That at all times hereinafter mentioned, the class members were members of families including parents, grandparents, aunts, uncles, siblings and cousins.

18. That at all times hereinafter mentioned, the WEISSHAUS Family and individual class member families are collectively referred to as "Class Members' Families".

19. That at all times hereinafter mentioned, during the period from 1933 to 1945 and specifically during the reign of the notorious international war criminal Adolf

---

[1]  Plaintiff Gizella Weisshaus' *(See a copy of plaintiffs Birth Certificate attached hereto as Exhibit 1)* family consisted of her mother Sarah Halpert and her father Eugene Stern *(See Marriage Certificate attached hereto as Exhibit 2)*, and their parents, as well as brothers, sisters and their families.  Throughout this complaint the reference to the WEISSHAUS' Family shall include the Halpert and Stern families, who were exterminated by the Nazis.  *(See photographs of WEISSHAUS' Family are attached hereto collectively as Exhibit 3.)*

Hitler and his criminal Nazi Government (hereinafter the "Subject Period"), plaintiff WEISSHAUS, along with the Class Members' Families, were forcibly rounded up and placed into various forms of detention such as in forced labor camps, ghettos and/or death camps, all of which was in contravention of their human and international rights.

20. That at all times hereinafter mentioned, during the Subject Period, plaintiff WEISSHAUS's Family, along with the Class Members' Families, attempted to and/or did in fact secret and/or deposit monies, jewelry and other items of valuable personal property in the defendants Swiss Banks, so that said monies, jewelry and other items of valuable personal property could be reclaimed by them or their survivors, the plaintiff class members herein, after they escaped the Nazi Government or after the Nazi Government's reign ended.

21. That at all times hereinafter mentioned, during the Subject Period, prior to and/or at the time of their forced internment plaintiff WEISSHAUS, and plaintiff Class Members' Families, were stripped of their personal property, including items of jewelry, household furnishing and family heirlooms of diamonds, gold, silver, pearls and other precious metals and jewels, and/or had same taken from them forcibly.

22. That at all times hereinafter mentioned, during the Subject Period, after the aforesaid forced internment, plaintiff WEISSHAUS, along with the entire Class

6

Members' Families, were designated for "reassignment" to any one of a number of the Nazi Government's Death, Extermination and/or Labor Camps and/or Ghettos.

23. That at all times hereinafter mentioned, at the time of their aforesaid designation for "reassignment" to the aforesaid Nazi Government's Death, Extermination and/or Labor Camps and/or Ghettos, plaintiff WEISSHAUS, along with the other plaintiff Class Members' Families, had secreted upon their persons and/or in their clothing, items of jewelry, household furnishing and family heirlooms made of diamonds, gold, silver, pearls and other precious metals and jewels.

24. That at all times hereinafter mentioned, at the time of their aforesaid designation for "reassignment" to the Nazi Death, Extermination and/or Labor Camp, which were run by during the Subject Period, plaintiff WEISSHAUS' Family, along with various of the Class Members Families, had certain gold filling in their teeth.

25. That at all times hereinafter mentioned, plaintiffs personally had sewn into the clothing of her garments, which were stripped from her/them, upon her/their arrival at the aforesaid Nazi Death, Extermination and/or Labor Camps and/or Ghettos, jewelry and other family heirlooms made of gold, silver and diamonds.

26. That at all times hereinafter mentioned, plaintiffs were the survivors of the plaintiff Class Members Families all of whom were subjected to human rights violations, including but not limited to extermination,

7

at the aforesaid Nazi Death, Extermination and/or Labor Camps and/or Ghettos.

27. That at all times hereinafter mentioned, after the end of World War II, plaintiff WEISSHAUS was a displaced person with Displaced Persons or Refugee Identity Card No. 999.303 A and International Refugee Organization No. 60698 *(See collectively attached Exhibit 4)*.

28. That at all times hereinafter mentioned, plaintiff WEISSHAUS, as well as the other class members became citizens of the United States of America and other nations of the world.

29. That at all times hereinafter mentioned, since the end of World War II, plaintiff WEISSHAUS personally and other class members have sought to obtain the return of their personal property, including the gold, diamonds, jewelry, pearls and other precious metals and jewels, which plaintiff WEISSHAUS' Family and the Class Members' Families deposited with defendant Swiss Banks.

30. That at all times hereinafter mentioned, plaintiff WEISSHAUS and other class members have been unable to secure the return of personal property, including the gold, diamonds, jewelry, pearls and other precious metals and jewels, which plaintiff WEISSHAUS' Family and other Class Members' Families deposited with defendant Swiss Banks. *(See July 22, 1996 letter from the Ombudsman of Swiss Banks attached as Exhibit 5)*.

31. That at all times hereinafter mentioned, since the end of World War II, the gold, diamonds, jewelry, pearls

8

and other precious metals and jewels, and the gold
which was removed from victims teeth, by the Nazi
Government, has never been accounted for and has never
been returned to plaintiff WEISSHAUS or the other class
members from whom it was taken.

32.   That at all times relevant hereto, and upon information
and belief, during the Subject Period, the defendant
UNION BANK OF SWITZERLAND, including its predecessor or
affiliated institutions, received, took possession of,
exerted control over, purchased, converted, transferred
and/or otherwise acquired and/or was the depository for
the aforedescribed personal property, including but not
limited to the items of jewelry, household furnishing
and family heirlooms made of diamonds, gold, silver,
pearls and other precious metals and jewels, as well as
the gold from the teeth,  of plaintiff WEISSHAUS'
Family and the entire Class Members' Families, through
certain transactions and/or agreements with the
international war criminal Adolf Hitler and the
criminal Nazi Government during World War II, and all
of which was/were done in violation of the due process
and human rights of plaintiff Class Members Families.

33.   That at all times relevant hereto, and upon information
and belief, during the Subject Period, the defendant
UNION BANK OF SWITZERLAND, including its predecessors
or affiliated institutions or assigns, received, took
possession of, exerted control over, and/or was the
depository for the aforedescribed personal property,

including but not limited to the items of jewelry,
household furnishing and family heirlooms made of
diamonds, gold, silver, pearls and other precious
metals and jewels, which were deposited for safe
keeping by the plaintiff WEISSHAUS' Family and the
entire Class Members' Families so that same could be
retrieved and/or recovered after the end of World War
II or the end of the Nazi Government.

34. That at all times relevant hereto, and upon information
and belief, during the Subject Period, the defendant
SWISS BANK CORPORATION a/k/a SWISS NATIONAL BANK,
including its predecessor or affiliated institutions or
assigns, received, took possession of, exerted control
over, purchased, converted, transferred and/or
otherwise acquired and/or was the depository for the
aforedescribed personal property, including but not
limited to the items of jewelry, household furnishing
and family heirlooms made of diamonds, gold, silver,
pearls and other precious metals and jewels, as well as
the gold from the teeth, of plaintiff WEISSHAUS' Family
and the entire Class Members' Families, through certain
transactions and/or agreements with the international
war criminal Adolf Hitler and the criminal Nazi
Government during World War II, and all of which
was/were done in violation of the due process and other
human rights of the plaintiff Class Members Families.

35. That at all times relevant hereto, and upon information
and belief, during the Subject Period, the defendant

10

SWISS BANK CORPORATION a/k/a SWISS NATIONAL BANK, including its predecessor or affiliated institutions or assigns, received, took possession of, exerted control over, and/or was the depository for the aforedescribed personal property, including but not limited to the items of jewelry, household furnishing and family heirlooms made of diamonds, gold, silver, pearls and other precious metals and jewels, which were deposited for safe keeping by the plaintiff WEISSHAUS' Family and the entire Class Members' Families so that same could be retrieved and/or recovered after the end of World War II or the end of the Nazi Government.

36. That at all times relevant hereto, and upon information and belief, during the Subject Period, the defendant BANKING INSTITUTIONS # 1 - 100 (the names being fictitious and solely for designation purposes until the actual names are obtained through discovery), including their predecessors, affiliated institutions, successors or assigns, received, took possession of, exerted control over, purchased, converted, transferred and/or otherwise acquired and/or were the depositories for the aforedescribed personal property, including but not limited to the items of jewelry, household furnishing and family heirlooms made of diamonds, gold, silver, pearls and other precious metals and jewels, as well as the gold from the teeth, of plaintiff WEISSHAUS' Family and the entire Class Members' Families, through certain transactions and/or

11

agreements with the international war criminal Adolf Hitler and the criminal Nazi Government during World War II, and all of which was/were done in violation of the due process and other human rights of the plaintiff Class Members Families.

37.  That at all times relevant hereto, and upon information and belief, during the Subject Period, the defendants BANKING INSTITUTIONS # 1 - 100 (the names being fictitious and solely for designation purposes until the actual names are obtained through discovery), including its/their predecessors, successors, affiliated institutions or assigns, received, took possession of, exerted control over, and/or were the depositories for the aforedescribed personal property, including but not limited to the items of jewelry, household furnishing and family heirlooms made of diamonds, gold, silver, pearls and other precious metals and jewels, which were deposited for safe keeping by the plaintiff WEISSHAUS' Family and the entire Class Members' Families so that same could be retrieved and/or recovered after the end of World War II or the end of the Nazi Government.

38.  That at all times relevant hereto, and upon information and belief, during the Subject Period, the defendants JOHN DOES # 1 - 100 (the names being fictitious and solely for designation purposes until the actual names are obtained through discovery), including their predecessors, successors or assigns, received, took

12

possession of, exerted control over, purchased, converted, transferred and/or otherwise acquired the aforedescribed personal property, including but not limited to the items of jewelry, household furnishing and family heirlooms made of diamonds, gold, silver, pearls and other precious metals and jewels, as well as the gold from the teeth, of plaintiff WEISSHAUS' Family and the entire Class Members' Families, through certain transactions and/or agreements emanating from the international war criminal Adolf Hitler and the criminal Nazi Government during World War II, and all of which was/were done in violation of due process and other human rights of plaintiff Class Members Families.

39.   That at all times relevant hereto, and upon information and belief, during the Subject Period, the defendants JOHN DOES # 1 - 100 (the names being fictitious and solely for designation purposes until the actual names are obtained through discovery), including its/their predecessors, successors or assigns, received, took possession of, exerted control over, purchased, converted, transferred and/or otherwise acquired the aforedescribed personal property, including but not limited to the items of jewelry, household furnishing and family heirlooms made of diamonds, gold, silver, pearls and other precious metals and jewels, which had been deposited for safe keeping with defendant Banks by the plaintiff WEISSHAUS' Family and the entire Class Members' Families so that same could be retrieved

and/or recovered after the end of World War II or the end of the Nazi Government.

40. That at all times relevant hereto, and upon information and belief, the defendants became the *de-facto* and/or constructive trustees in possession of the aforedescribed personal property, including but not limited to the items of jewelry, household furnishing and family heirlooms made of diamonds, gold, silver, pearls and other precious metals and jewels, as well as the gold from the teeth, of plaintiff WEISSHAUS' Family and the entire Class Members' Families, through certain transactions and/or agreements with and/or emanating from the international war criminal Adolf Hitler and the criminal Nazi Government during World War II, and all of which were done in violation of due process and other human rights of plaintiff Class Members Families.

41. That at all times relevant hereto, and upon information and belief, the defendants became the *de-facto* and/or constructive trustees in possession of the aforedescribed personal property, including but not limited to the items of jewelry, household furnishing and family heirlooms made of diamonds, gold, silver, pearls and other precious metals and jewels, which had been deposited for safe keeping with defendant Banks by the plaintiff WEISSHAUS' Family and the entire Class Members' Families so that same could be retrieved and/or recovered after the end of World War II or the end of the Nazi Government.

42. That as a result of defendants acts as aforesaid, the plaintiff GIZELLA WEISSHAUS, on behalf of herself and all other persons of all national origins, ethnic groups, races, creeds and colors, similarly situated as victims and survivors of the Nazi Holocaust, has been damaged and demands:

a. an immediate accounting including specific identification and disclosure of all dormant accounts established during the Subject Period and into which the aforedescribed personal property, including but not limited to the items of jewelry, household furnishing and family heirlooms made of diamonds, gold, silver, pearls and other precious metals and jewels, which had been deposited for safe keeping with defendant Banks by the plaintiff WEISSHAUS' Family and the entire Class Members' Families so that same could be retrieved and/or recovered after the end of World War II or the end of the Nazi Government;

b. an immediate accounting including the specific identification and disclosure of all accounts, safety deposit boxes and transactions into, through and/or by which gold bullion, currency, jewels, precious gems, monies and other items of value were deposited and/or transferred, and which was related to the aforedescribed personal property, including but not limited to the items of jewelry, household furnishing and family

15

heirlooms made of diamonds, gold, silver, pearls and other precious metals and jewels, as well as the gold from the teeth, of plaintiff WEISSHAUS' Family and the entire Class Members' Families, through certain transactions and/or agreements with and/or emanating from the international war criminal Adolf Hitler and the criminal Nazi Government during World War II, and all of which was/were done in violation of the due process rights and human rights of the plaintiff Class Members Families.

## AS AND FOR A SECOND CAUSE OF ACTION - CONVERSION

43. That the plaintiffs repeat and reallege each and every allegation set forth above as if the same were set forth more fully and at length herein.

44. That at all times hereinafter mentioned, the defendants acts as designated above and the failure to account for and/or return to plaintiff WEISSHAUS and the Class Members their aforesaid personal property, all of which was removed and/or taken in violation of, among other things, due process of law, international laws, international banking laws, and human rights, and constitutes a wrongful conversion.

45. That as a result of defendants acts as aforesaid, the plaintiff GIZELLA WEISSHAUS, on behalf of herself and all other persons of all national origins, ethnic groups, races, creeds and colors, similarly situated as

victims and survivors of the Nazi Holocaust, has been damaged and demands judgment against the defendants jointly, severally and/or in the alternative in sum of TEN BILLION DOLLARS ($10,000,000,000.00), plus punitive damages, together with costs of this action.

### AS AND FOR A THIRD CAUSE OF ACTION – UNJUST ENRICHMENT

46. That the plaintiffs repeat and reallege each and every allegation set forth above as if the same were set forth more fully and at length herein.

47. That at all times hereinafter mentioned, by virtue of the defendants acts as designated above and the failure to account for and/or return to plaintiff WEISSHAUS and the Class Members their aforesaid personal property, all of which was removed and/or taken in violation of, among other things, due process of law, international laws, international banking laws, and human rights, the defendants have been unjustly enriched.

48. That as a result of defendants acts as aforesaid, the plaintiff GIZELLA WEISSHAUS, on behalf of herself and all other persons of all national origins, ethnic groups, races, creeds and colors, similarly situated as victims and survivors of the Nazi Holocaust, has been damaged and demands judgment against the defendants jointly, severally and/or in the alternative in sum of TEN BILLION DOLLARS ($10,000,000,000.00), plus punitive damages, together with costs of this action.

WHEREFORE, plaintiffs GIZELLA WEISSHAUS, on behalf of herself and all other persons of all national origins, ethnic groups, races, creeds and colors, similarly situated as victims and survivors of the Nazi Holocaust, demands judgement jointly severally and/or in the alternative against Defendants as follows (i) on the First Cause of Action for an Accounting and Full Disclosure as set forth in ¶¶ 42 a. & b. above, (ii) on the Second Cause of Action – Conversion – for damages in the sum of TEN BILLION DOLLARS ($10,000,000,000.00), plus punitive damages, together with costs of this action; and (iii) on the Third Cause of Action – Unjust Enrichment – for damages in the sum of TEN BILLION DOLLARS ($10,000,000,000.00), plus punitive damages, together with costs of this action.

Dated:     October 1, 1996
           New York, NY

                              FAGAN & ASSOCIATES

                         By: _____
                              Edward D. Fagan (EF-4125)
                              26 Broadway, 21st Floor
                              New York, NY 10004
                              Tel. (212) 293-1900

                                   – and –

                              DAN L. JOHNSTON ESQ.
                              26 Broadway, 21st Floor
                              New York, NY  10004
                              Tel. (212) 292-0095

                              Attorneys for Plaintiffs

18

# V E R I F I C A T I O N

I have read the foregoing Verified Complaint and I know the contents thereof.   Except as to statements and facts based upon information and belief the statements contained therein are true to the best of my knowledge information and belief and are primarily based upon my own experiences and investigations.

*Gizella Weisshaus*

Gizella Weisshaus

Sworn to and/or subscribed before me on this <u>1st</u> day of <u>October</u>, 1996.

*Edward D. Fagan*

(Notary Seal)

Edward D. Fagan
Notary Public of State of New York
County of New York
Registration # 02FA5053738
Commission Expires 12/26/97

# EXHIBIT 1



# "TARGEM" TRANSLATION SERVICE

– OFFICIAL TRANSLATION OF FOREIGN LANGUAGES –

CITY OFFICE:
1731 51st STREET
BROOKLYN, N.Y. 11204
Tel.: 854-2848

OUT OF TOWN OFFICE:
P.O. BOX 173
SPRING VALLEY, N.Y. 10977
Tel.: 914-354-8176

---

CERTIFIED TRANSLATION FROM THE   R u m a n i a n   LANGUAGE

R u m a n i a
City of Sighet
County of Maramures

EXTRACT FROM THE CIVIL STAND REGISTER FOR BIRTHS AS PER 1929

Serial number:                                    980
Date of Registry:(year, month, day):    November 14, 1929
Date of birth (year, month, day):        November 9, 1929
First name, sex Religion of child:       Gitel, girl, Jewish

P a r e n t s :

    First and last name,
    Profession, Residence:                    Age:

      Sari Halpert, housewife                25
        Sighet  Andrei Muresau Str. 13

Eventual insertions or observations
    before signature,  Signatures:                    Illegal

        The exactness of the present extract is herewith
        certified.

        Dated at  Sighet   on August 5, 1947

          Signed:  Officer of the Civil Stand

Subsequent remarks:

    Legalized by marriage between  Eugen Stern with Sari Halpert,
    celebrated on November 3, 1930 in the City of Sighet, County of
    Maramures, Document number 12/1930 Signed:  Dr. Kindris
    She herself married to: Yosif Valszhausz  at Satu Mare  on
    November 25, 1946, Document number 404/ 118/ 1947 - 28 VII 1947

                Chief of Service

                Mays Eugen

---

# CERTIFICATE OF ACCURACY
## "TARGEM" TRANSLATION SERVICE
— ADDRESS AND TELEPHONE AS ABOVE —

On this day personally appeared before me, a Notary Public ... and for the aforementioned State and County,

E. Lax                                                                who after being duly sworn, deposes and says:

that he is is a translator of the Rumanian                                            and ENGLISH languages,

that he carefully prepared the attached  English   translation of the annexed document written in the   Rumanian   language,

that the said translation is a correct and true rendering of such document and the whole thereof.

subscribed and affirmed to before me this 15 day of April, 19 01 HERE HOLCKLER

Co.,   Brooklyn )                                    Notary Public, State of New York                    Signature of translator

## Extras din registrl Stării Civile pentru NĂSCUȚI pe anul 195—

| ANUL Luna zi Inmatricularei | PRENUMELE sexul și condițiunea nască nascut | PRENUMELE numele, profesiunea și domiciliul PĂRINȚILOR | LOCUL NASTERII ziua și deosebit de zonele județului | ARĂTAREA ACTULUI de verificarea nașterii sau perpetuși, buletinu, pro-fetului și domiciliului nascitorie | Executate indepul sau domiciliul nascitorie Inainte de semnat | SEMNĂTURI |
|---|---|---|---|---|---|---|
| 1909 1929. | șțel fața ție. | Iara Halpert cosnice Lișics Sf. Andrei Hurețpu Nr.3 | | | | |

**MENȚIUNI ULTERIOARE**

Se certifică exactitatea prezentului extras.
Dat astăzi,

OFICIER AL STĂRII CIVILE
(L. S.)

ROMÂNIA

SERVICIUL CENTRAL DE STARE CIVILĂ

# CERTIFICAT DE CĂSĂTORIE

Numele de familie
al soțului .......... STERN

prenumele soțului ........ EUGEN

născut la data de ... 1895 SEPTEMBRIE 25

județul SATU MARE ................ în localitatea ........ HALMEU

fiul lui STERN ABRAHAM ... și STERN REGINA

Numele de familie
al soției ........... HALPERT

prenumele soției ......... SAROLTA

născută la data de ..... 1904 IULIE 26

județul MARAMURES ................ în localitatea ... SIGHETU MARMATIEI

fiica lui HALPERT CHASCHEL, și HALPERT RUCHEL-
LEA

Căsătoria s-a încheiat în localitatea SIGHETU MARMATIEI

la data de 1930 NOIEMBRIE 3 ........ și s-a înregistrat în localitatea ... SIGHETU MARMATIEI

județul ... MARAMURES ...... în registrul de stare civilă la nr. ...... 112 ...... din

anul ..... 1930 ....... luna ... NOIEMBRIE ....... ziua ....... 3

Numele de familie după căsătorie : soțul ....... STERN

soția ........ STERN

Data eliberării certificatului .. 1993 IANUARIE 19

Data eliberării certificatului ... 1993 IANUARIE 19

ȘEFUL SERVICIULUI

SERIA E. C. Nr. 061565



MINISTERUL AFACERILOR EXTERNE
ROMÂNIA

Legalizarea sigiliului și semnătura
SERV. CENTRAL DE STARE CIVILĂ
N. 3 / 1562
BUCUREȘTI 04.02.1995
MINISTRU

# E X H I B I T   2



# EXHIBIT 3





# EXHIBIT 4

# Nr. 60698

## INTERNATIONAL REFUGEE ORGANIZATION
## AUSTRIA

## ORGANISATION INTERNATIONALE POUR LES REFUGIES
## AUTRICHE

## ИНТЕРНАЦИОНАЛЬНАЯ БЕЖЕНСКАЯ ОРГАНИЗАЦИЯ
## АВСТРИЯ

## INTERNATIONALE FLÜCHTLINGS-ORGANISATION
## ÖSTERREICH



NO. 999 303A

# DISPLACED PERSONS OR REFUGEES IDENTITY CARD
## ISSUED BY
## INTERNATIONAL REFUGEE ORGANIZATION, AUSTRIA

# CARTE D'IDENTITÉ POUR PERSONNES DEPLACEES OU REFUGIES
# EMISE PAR L'ORGANISATION INTERNATIONALE POUR LES REFUGIES, AUTRICHE

## Удостоверение личности перемещенного лица или беженца
### Выдано
## Интернациональной беженской организацией, Австрия

# PERSONALAUSWEIS FÜR VERSCHLEPPTE PERSONEN ODER FLÜCHTLINGE, AUSGEGEBEN VON DER INTERNATIONALEN FLÜCHTLINGSORGANISATION ÖSTERREICHS

FOR IDENTIFICATION ONLY. IF FOUND, PLEASE RETURN TO NEAREST IRO OFFICE.

Действительно только как удостоверение личности. При нахождении просят вернуть это удостоверение в ближайшее бюро ИРО.

VALABLE COMME CARTE D'IDENTITE SEULEMENT. PRIERE A LA PERSONNE QUI TROUVERA CETTE CARTE DE LA RETOURNER AU BUREAU IRO LE PLUS PROCHE. NUR GÜLTIG ALS AUSWEIS-PAPIER. BITTE DIE KARTE, WENN GEFUNDEN, BEIM NÄCHSTEN IRO-BÜRO ABZUGEBEN.



SIGNATURE OF HOLDER
SIGNATURE DU TITULAIRE
Подпись владельца
UNTERSCHRIFT DES EIGENTÜMERS

SIGNATURE OF ISSUING OFFICER
SIGNATURE DE L'OFFICIER RESPONSABLE
Подпись ответственнаго чиновника
UNTERSCHRIFT DES
VERANTWORTLICHEN OFFIZIERS

DATE OF ISSUE
DÉLIVRÉ À, LE
Число выдачи
DATUM DER AUSGABE            5  1   1949

Case 1:02-cv-06849-ERK-SC Document 1 Filed 10/26/06 Page 36 of 47 PageID #: 36

**FULL NAME**
**NOM ET PRENOMS**
**Имя и фамилия**
**FAMILIEN- UND VORNAME** WEISSHAUS GIZELA

geb. STERN

**DATE OF BIRTH**
**DATE DE NAISSANCE**
**День рождения**
**GEBURTSDATUM** 19 11 1929

**PLACE OF BIRTH**
**LIEU DE NAISSANCE**
**Место рождения**
**GEBURTSORT** SIEGET – ROUMANIA

**PRESENT ADDRESS**
**ADRESSE ACTUELLE**
**Настоящее местожительство** AUSTRIA
**DERZEITIGE ADRESSE** IRO CAMP 64 BINDERMICHL LINZ

**VALID ONLY UNTIL**
**SEULEMENT VALABLE JUSQU'A**
**Лейтсвительно только до**
**GÜLTIG NUR BIS ZUM** 5 7 1949

Case 1:96-cv-04849-ERK-JO Document 1 Filed 10/02/96 Page 37 of 47 PageID #: 37

CHANGES OF RESIDENCE
CHANGEMENTS DE DOMICILE
Перемена местожительства
ÄNDERUNG DER ANSCHRIFT

15/VI·49 IRO – camp 1001
Wels, Austria        18. 7. 1949

## NAMES OF ACCOMPANYING MINOR CHILDREN
## NOM DES ENFANTS MINEURS ACCOMPAGNANT L'INTERESSE
## Имена малолетних детей при владельце удостоверения
## NAME DER MINDERJÄHRIGEN KINDER IN BEGLEITUNG DER ELTERN

**NAMES**
**NOMS**
**Имена**
**NAMEN**

**DATE OF BIRTH**
**DATE DE NAISSANCE**
**День рождення**
**GEBURTSDATUM**

-------------------------------          --------------------------------

-------------------------------          --------------------------------

-------------------------------          --------------------------------

-------------------------------          --------------------------------

-------------------------------          --------------------------------

-------------------------------          --------------------------------

-------------------------------          --------------------------------

-------------------------------          --------------------------------

**OFFICIAL REMARKS**
**REMARQUES ET OBSERVATIONS OFFICIELLES**
**Официальные примечания**
**OFFIZIELLE ANMERKUNGEN**

IRO LINZ

VALIDITY OF THIS
CARD EXTENDED
5 - 1 - 1950

18. 7. 1949

SIGNATURE

POLICE

THE VALIDITY OF THIS
IDENTITY CARD IS EXTENDED
UNTIL **5. 1. 1951**
DATE 10.7. 50.
SIGNATURE

### PRINCIPAL OFFICES OF IRO IN AUSTRIA:
### BUREAUX PRINCIPAUX DE L'IRO EN AUTRICHE:
## Главные бюро ИРО в Австрии:
### WICHTIGSTE IRO BÜROS IN ÖSTERREICH:


**VIENNA:** VIENNA III, MAROKKANERGASSE 16

**KLAGENFURT:** MIESTALERSTRASSE 1

**GRAZ:** LANDHAUSGASSE 7

**SALZBURG:** RESIDENZPLATZ 1

**LINZ:** ZOLLAMTSTRASSE 7

**INNSBRUCK:** RICHARDWEG 7

# Wichtige Mitteilung.

Diese offizielle Identitätskarte, von der Internationalen Flüchtlings-Organisation ausgestellt, gilt als Bestätigung dafür, daß Sie berechtigt sind, die Betreuung und Unterstützung der Organisation gemäß den Verfassungsartikeln und den derzeit geltenden oder in Zukunft zu erlassenden Regeln und Verordnungen der Organisation in Anspruch zu nehmen.

Wollen Sie diese Identitätskarte immer bei sich tragen und darauf achten, sie nicht zu verlieren. Sollten die Eintragungen in der Karte nicht stimmen oder sich später als unrichtig erweisen, so wollen Sie dies sofort jenem Büro melden, von welchem Sie die Karte ausgefolgt erhielten. Weder Sie, noch sonst jemand, außer ein hiezu berechtigter Beamter der IRO., ist ermächtigt, etwaige Änderungen oder Ergänzungen in Ihrer Identitätskarte vorzunehmen.

Wie Sie sehen, ist die Karte für sechs Monate vom Ausstellungstage an gültig. Sieben Tage vor Ablauf der Gültigkeit sind Sie verpflichtet, bei Ihrem IRO.-Büro um Verlängerung der Gültigkeit der Karte anzusuchen.

# E X H I B I T   5

June 5, 1995,

To Swiss Banking Ombudsman...

I am enclosing the claim 1 filled with Israel Fried &Associats
Now they are  charging $250, wich is hard for me to pay 1
request from you to look into this matter and find the account
of my Father...

Thank you

Gisella Weisshaus

203 Wilson  Street Brooklyn New York
N. Y. 11211.

*Anlaufstelle für die Suche nachrichtenloser Vermögenswerte bei Schweizer Banken*

*Office de recherche d'avoirs non réclamés gérés par des banques suisses*

*Ufficio di ricerca di beni non reclamati gestiti da banche svizzere*

*Contact Office for the Search of Dormant Accounts Administered by Swiss Banks*

Mrs.
Gisella Weisshaus
203 Wilson St.
**USA - Brooklyn, NY 11211**

Zürich, 17.06.96

**Search for assets deposited with Swiss Banks**

Dear Madam

We refer to your enquiry and have pleasure in enclosing the documentation needed for our investigations.

The **data sheet** contains some general information and, in particular, describes the conditions under which searches are carried out.

The **questionnaire** is neutral and expressed in general terms. It is mostly impossible for descendants of the victims of racial, religious or political persecution during the Nazi regime to provide the requisite documents. In such instances, substitute documents or personal statements may be submitted together with the appropriate explanations. Help may possibly be forthcoming from the relevant official bodies or from Jewish organisations.

We charge a **fee of CHF 300.--** for considering the documentation.
**Since you wrote that your financial situation makes it hard for you to pay, we have decided to waive the fee in your case.**
This fee covers normal cases. If special enquiries become necessary in connection with your identification or authorisation, we reserve the right to charge you with the additional costs involved. Should this be the case we would, however, notify you beforehand.

Please return the completed questionnaire to us.

Yours sincerely,
Contact Office of the Swiss Banks

Jean-Luc Meier

Data sheet
Questionnaire

---

Seestrasse 7
Postfach 519
CH- 8027 Zürich
Tel. 01 281 01 37 - Fax 01 281 10 83

*Schweizerischer Bankenombudsman*
*Ombudsman des banques suisses*
*Ombudsman delle banche svizzere*
*Ombudsman of swiss banks*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GIZELLA WEISSHAUS, on behalf of herself and
all other persons of all national origins,
ethnic groups, races, creeds and colors,
similarly situated as victims and survivors of
the Nazi Holocaust,

                                   Plaintiffs

    - against -

UNION BANK OF SWITZERLAND, SWISS BANK
CORPORATION, SWISS BANK CORPORATION a/k/a
SWISS NATIONAL BANK, BANKING INSTITUTIONS # 1
- 100 and JOHN DOES # 1 - 100,

                                   Defendants.

VERIFIED COMPLAINT

FAGAN & ASSOCIATES
Attorneys at Law
26 Broadway, 21st Floor
New York, NY 10004
Tel. (212) 293-1900

    - and -

DAN L. JOHNSTON ESQ.
26 Broadway, 21st Floor
New York, NY 10004
Tel. (212) 292-0095

Attorneys for Plaintiffs

BARTELS, J.

GO, M.

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (See more detailed instructions, see separate instruction sheet.)

CV 96-4849

**PLAINTIFFS**
Gizella Weisshaus on behalf of herself and all other persons of all national origins, ethnic groups, creeds and colors, similarly situated as victims and survivors of the Nazi Holocaust

**DEFENDANTS**
Union Bank of Switzerland, Swiss Bank Corporation, Swiss Bank Corporation a/k/a Swiss National Bank, Banking Institutions #1-100 and John Does #1-100

COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _Kings_
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _NY_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Edward D. Fagan
Fagan + Associates
26 Broadway 12th Floor
New York, NY 10004
(212) 253-1500

Dan L. Johnston
26 Broadway,
21st Floor
New York, NY 10004
(212) 252-0053

ATTORNEYS (IF KNOWN)
Not Yet Known

(PLACE AN ⊡ IN ONE BOX ONLY) **BASIS OF JURISDICTION**
☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

IF DIVERSITY, INDICATE CITIZENSHIP ON REVERSE.
(28 USC 1332, 1441)

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
Violation of US Constitution, laws and treaties; Accounting; Conversion and return of property

(PLACE AN ⊡ IN ONE BOX ONLY) **NATURE OF SUIT**

### ACTIONS UNDER STATUES

| CONTRACT | TORTS | CIVIL RIGHTS | FORFEITURE PENALTY | BANKRUPTCY | OTHER STATUTES Cont |
|---|---|---|---|---|---|
| ☐ 110 INSURANCE | PERSONAL INJURY | ☐ 441 VOTING | ☐ 610 AGRICULTURE | ☐ 420 TRUSTEE | ☐ 450 COMMERCE ICC RATES, ETC. |
| ☐ 120 MARINE | ☐ 310 AIRPLANE | ☐ 442 JOBS | ☐ 620 FOOD & DRUG | ☐ 421 TRANSFER (915b) | ☐ 460 DEPORTATION |
| ☐ 130 MILLER ACT | ☐ 315 AIRPLANE PRODUCT LIABILITY | ☐ 443 ACCOMMODATIONS | ☐ 630 LIQUOR LAWS | ☐ 422 APPEAL (801) | ☐ 810 SELECTIVE SERVICE |
| ☐ 140 NEGOTIABLE INSTRUMENT | ☐ 320 ASSAULT, LIBEL & SLANDER | ☐ 444 WELFARE | ☐ 640 R.R. & TRUCK | **PROPERTY RIGHTS** | ☐ 850 SECURITIES COMMODITIES EXCHANGE |
| ☐ 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | ☐ 330 FEDERAL EMPLOYERS LIABILITY | ☐ 440 OTHER CIVIL RIGHTS | ☐ 650 AIRLINES REGS ☐ 660 OCCUPATIONAL SAFETY/HEALTH | ☐ 820 COPYRIGHT ☐ 830 PATENT ☐ 840 TRADEMARK | ☐ 891 AGRICULTURAL ACTS |
| ☐ 151 MEDICARE ACT | ☐ 340 MARINE | | ☐ 690 OTHER | | ☐ 892 ECONOMIC STABILIZATION ACT |
| ☐ 152 RECOVERY OF DEFAULTED STUDENT LOANS | ☐ 345 MARINE PRODUCT LIABILITY | | | **SOCIAL SECURITY** | ☐ 893 ENVIRONMENTAL MATTERS |
| ☐ 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS | ☐ 350 MOTOR VEHICLE ☐ 355 MOTOR VEHICLE PRODUCT LIABILITY | | | ☐ 861 HIA (1395ff) ☐ 862 BLACK LUNG (923) ☐ 863 DIWC (405 (g)) ☐ 863 DIWW (405 (g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405 (g)) | ☐ 894 ENERGY ALLOCATION ACT |
| ☐ 150 STOCKHOLDERS SUITS | ☐ 360 OTHER PERSONAL INJURY | **PRISONER PETITIONS** | **LABOR** | | ☐ 895 FREEDOM OF INFORMATION ACT |
| ☐ 190 OTHER CONTRACT | ☐ 362 PERSONAL INJURY — MED. MALPRACTICE | ☐ 510 VACATE SENTENCE (2255) | ☐ 710 FAIR LABOR STANDARDS | **TAX SUITS** | ☐ 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| ☐ 195 CONTRACT PRODUCT LIABILITY | ☐ 365 PERSONAL INJURY PRODUCT LIABILITY | ☐ 530 HABEAS CORPUS | ☐ 720 LABOR/MGMT RELATIONS | ☐ 870 TAXES ☐ 871 IRS-THIRD PARTY 26 USC 7609 | ☐ 950 CONSTITUTIONALITY OF STATE STATUTES |
| **REAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 540 MANDAMUS & OTHER | ☐ 730 LABOR/MGMT REPORTING & DISCLOSURE ACT | ☐ 875 CUSTOMER CHALLENGE 12 USC 3410 | ☐ 890 OTHER STATUTORY ACTIONS |
| ☐ 210 CONDEMNATION | ☐ 370 OTHER FRAUD | ☐ 550 CIVIL RIGHTS | ☐ 740 RAILWAY LABOR ACT | | |
| ☐ 220 FORECLOSURE | ☐ 371 TRUTH IN LENDING | | ☐ 790 OTHER LABOR LITIGATION | **OTHER STATUTES** | See above |
| ☐ 230 RENT, LEASE & EJECTMENT | ☐ 380 OTHER PERSONAL PROPERTY | | ☐ 791 EMPL. RET INC SECURITY ACT | ☐ 400 STATE REAPPORTIONMENT | |
| ☐ 240 TORTS TO LAND | ☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY | | | ☐ 410 ANTI-TRUST | |
| ☐ 245 TORT PRODUCT LIABILITY | | | | ☐ 430 BANKS AND BANKING | |
| ☐ 290 ALL OTHER REAL PROPERTY | | | | | |

### ORIGIN

(PLACE AN ⊠ IN ONE BOX ONLY)
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment