UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------- x

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

MEMORANDUM & ORDER

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

This Document Relates to: All Cases

-------------------------------------------------- x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 25 2005 ★

P.M. _____
TIME A.M. _____

## MEMORANDUM & ORDER APPROVING EXPEDITED PAYMENT OF CLAIM for the LIFE INSURANCE POLICY of BRAUER FROM THE SETTLEMENT FUND

KORMAN, C.J.:

The Claims Resolution Tribunal (the "CRT") is hereby requesting the Court's approval of an expedited payment to a claimant who filed a claim to the life insurance policy of Brauer and the resources to make this payment through funds to be deposited in the Swiss Banks Settlement-Dormant Accounts-Payment Account from the Settlement Fund. The total amount of this expedited payment is US$ 16,537.50.

In requesting this expedited payment, the CRT notes the Court has yet to approve payments of awards made to insurance policies. However, given the exceptionally poor

health of the claimant in this case, and the fact that the relevant participating insurance carrier recommended payment of this claim, the CRT recommends that an expedited payment, equivalent to the present value of the death benefit of the claimant's relative's life insurance policy, be made to the claimant immediately, and that the claimant's claims be revisited at a later date for more formal treatment.

Given these circumstances, and given the provisions of Amendment No. 2 to the Settlement Agreement and the Claims Process Guidelines, it is hereby

ORDERED that an expedited payment in the amount of US$ 16,537.50 be made to the claimant identified to the Court by the CRT; and

ORDERED that for this expedited payment, the Signatories of the Settlement Fund are hereby directed to transfer immediately US$ 16,537.50 from the Settlement Fund to the Swiss Banks Settlement-Dormant Accounts-Payment Account.

It is further ordered that the CRT shall provide the Court with the name and address of the class member who is receiving this payment, which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
April 13 2005

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge