UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
IN RE:
HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

-----------------------------------------------------------

**MEMORANDUM & ORDER**

This Document Relates to: All Cases

----------------------------------------------------------- X

KORMAN, Chief Judge:

By Memorandum & Order of June 24, 2002, I approved the June 10, 2002 "Supplemental Proposal" submitted by the International Organization for Migration ("IOM") for humanitarian assistance to needy Nazi victims, pursuant to the "Looted Assets Class" distribution mechanisms outlined in the Plan of Allocation and Distribution of Settlement Proceeds ("Distribution Plan").

In furtherance of the above-mentioned Supplemental Proposal, IOM has submitted its "Humanitarian and Social Programmes (HSP) Funds Request for the Period April – August 2005." This Funds Request provides detailed information concerning the implementation of new humanitarian projects and the continuation of existing projects. I am advised that the German Foundation is expected to approve a proportionate funding request for like programs for the period April – June 2005 in the near future.

Upon consideration of IOM's Humanitarian and Social Programmes (HSP) Funds Request for the Period April – August 2005, it is hereby

ORDERED that the signatories to the Settlement Fund are hereby directed to transfer **US$ 2,134,802.97** from the Settlement Fund to the IOM account to meet project implementation expenses as described herein.

Brooklyn, New York
April _4_, 2005

SO ORDERED:

_____
Edward R. Korman
United States District Judge

NYDOCS2:797832.1