------

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

------

This Document Relates to: All Cases

**MEMORANDUM & ORDER**

------

## MEMORANDUM & ORDER APPROVING SET 86: 44 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, C.J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, Special Master Helen B. Junz, appointed by the Court to supervise the Claims Resolution Process with Special Master Michael Bradfield, is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 44 Award Denials listed in this Order which have been certified by the Claims Resolution Tribunal (the "CRT").

If the Court approves the eighty-sixth and any previously submitted, but not yet approved sets, a total of 659 Certified Denials will have been approved. In 588 of these 659 cases, the CRT concluded that the Claimant was not able to identify his or her relative as the Account Owner, in 59 cases the CRT concluded that the Account Owner closed the account and received the proceeds him/her self, and in 12 cases the CRT determined that the Claimant was not entitled to the Account Owner's account.

Therefore, it is hereby

ORDERED that the attached 44 Award Denials are hereby approved and shall be distributed to the relevant class members by the CRT.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award Denial, which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
November 2, 2005

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

*[Batch LXXXVI] -Annex A - UNREDACTED*
*CONFIDENTIAL*

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of November 2, 2005 the following Award Denials for approval by the Court:

1. Berger 400645/AV; 650018/AV — Identification
2. Berman 211157/AX — Identification
3. Bernstein 601494/LV — Identification
4. Bondy 600513/SB — Identification
5. Brunner 601627/AX; 775755/AX — Identification
6. Deutsch 216452/SB; 601066/SB — Identification
7. Dobrin 202235/AX; 218523/AX — Identification
8. Ehrlich 601264/LV; 400636/LV — Identification
9. Ekstein 601481/LV — Identification
10. Fischer 600947/LV — Identification
11. Freund 601298/AE — Identification
12. Friedmann 600023/AX — Identification
13. Geiger 215480/MG/OW — Identification
14. Goldberg 601285/AV; 789679/AV — Identification
15. Heller 600765/ES — Identification
16. Hermann 600384/ES — Identification
17. Hirsch 601386/SB — Identification
18. Itzkin 600402/AK — Identification
19. Jacob 214760/LV; 601633/LV — Identification
20. Katz 600572/LV — Identification
21. Kaufmann 600703/AV — Identification
22. Klein 600165/LV; 203900/LV — Identification
23. Klein 601078/LV; 400880/LV; 776989/LV — Identification
24. Kohn 213134/AK; 601390/AK — Identification
25. Lorch 650025/AE — Identification
26. Rappolt-Fischer 203188/AX; 601207/AX — Identification
27. Rosenberg 211594/AV; 600779/AV — Identification
28. Rosenfeld 601353/SJ — Identification
29. Sachs 600246/AV — Identification
30. Schulz, Else 601554/LV — Identification
31. Schulz, Georg 601554/LV — Identification
32. Schwarz 201150/AV; 600326/AV — Identification
33. Schwarz 601135/AV — Identification
34. Stein 600896/AE — Identification
35. Strauss 214697AV; 600678/AV — Identification

# CLAIMS RESOLUTION TRIBUNAL

| | |
|---|---|
| 36. Strauss 216349/AV; 601214/AV | Identification |
| 37. Taussig 201972/LV; et al | Identification |
| 38. Taussig 601155/AE | Identification |
| 39. Urbach 203284/LV | Identification |
| 40. Weinberger 204977/AX; 601213/AX | Identification |
| 41. Weiss 209007/LV; 601267/LV | Identification |
| 42. Weiss 220863/WM; 601120/WM | Identification |
| 43. Winterstein 601672/OW | Identification |
| 44. Wolff 600851/LV | Identification |