UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 26 2006 ★
BROOKLYN OFFICE

------------------------------------------------------------X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

------------------------------------------------------------

This Document Relates to: All Cases

**MEMORANDUM & ORDER**

------------------------------------------------------------X

## MEMORANDUM & ORDER APPROVING SET 92:38 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, C.J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, Special Master Helen B. Junz, appointed by the Court to supervise the Claims Resolution Process with Special Master Michael Bradfield, is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 38 Award Denials listed in this Order which have been certified by the Claims Resolution Tribunal (the "CRT").

If the Court approves the ninety-second and any previously submitted, but not yet approved sets, a total of 768 Certified Denials will have been approved under CRT II. In 691 of these 768 Denials, the CRT concluded that the Claimant was not able to identify his or her relative as the Account Owner, in 55 cases the CRT concluded that the Account Owner closed the account and received the proceeds him/her self, in 17 cases the CRT determined that the Claimant was not entitled to the Account Owner's account, and in 5 cases the CRT determined

that the evidence submitted was insufficient to support the existence of a bank account belonging to the Claimed Account Owner.

Therefore, it is hereby

ORDERED that the attached 38 Award Denials are hereby approved and shall be distributed to the relevant class members by the CRT.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award Denial, which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
January 23 2006

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

*[Batch XCII] -Annex A - **UNREDACTED**
**CONFIDENTIAL***

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of January 19, 2006 the following Award Denials for approval by the Court:

1. Bar 224023/AV; 300191/AV — Identification
2. Berger 202101/SB; 203861/SB — Identification
3. Bernheim 223366/SB — Identification
4. Brawer 002971/OW — Identification
5. Eigner 005077/SB; 220512/SB — Identification
6. Emmerich 210571/SB — Identification
7. Finkelstein 001836/AV — Identification
8. Fischer 005000/SB — Identification
9. Frank 750491/SB; 750492/SB; 750493/SB — Identification
10. Goldschmidt 778346/SB — Identification
11. Grünfeld 213531/SB — Identification
12. Grünwald 215160/SB — Identification
13. Hahn 210915/SB — Identification
14. Kahn, D. 212294/SB — Identification
15. Kahn, Eva 223368/SB — Identification
16. Kolski 201682/SB; 600798/SB — Identification
17. Levy, Hugo 500978/SB — Identification
18. Levy, Julius 500971/SB — Identification
19. Loewenthal 223365/SB — Identification
20. Löwy 400674/SB — Identification
21. Lubig 211623/SB — Identification
22. Metzger 707965/SB — Identification
23. Moses 004459/AV — Identification
24. Pariser 213721/SB — Identification
25. Pollak 223317/SB — Identification
26. Richter 213653/SB — Identification
27. Rosenthal 206903/SB — Identification
28. Rothschild, Bertha 206520/RT — Identification
29. Rothschild, Hanny 501076/SB — Identification
30. Sänger 217572/SB — Identification
31. Schlesinger 204884/SB; 209518/SB — Identification
32. Schneebeli 210202/SB — Identification
33. Siegmann-Altmann 300308/SB — Identification
34. Unger 217571/AV — Identification
35. Vogel 005289/SB — Identification

# CLAIMS RESOLUTION TRIBUNAL

36. Weil, Alfred 210933/SB                    Identification
37. Weiss 205147/SB                            Identification
38. Wolff 215702/SB                            Identification