FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ MAR 15 2006 ★

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

IN RE: HOLOCAUST VICTIMS       :    Master Docket No.
ASSETS LITIGATION              :    CV-96-4849 (ERK)

~~PROPOSED~~ ORDER APPROVING DORMANT ACCOUNT CLASS
DISBURSEMENT OF FUNDS FOR ADMINISTRATIVE EXPENSES

Upon consideration of the Conference on Jewish Material Claims Against Germany's [the "Claims Conference"] request for approval of the administrative budget for the period of January 1, 2006 – December 31, 2006, as well as reimbursement and advances of administrative expenses in conjunction with the processing of applications for dormant accounts, it is hereby

ORDERED that the budget for the period of January 1, 2006 – December 31, 2006, described in the letter dated January 13, 2006 annexed hereto, is approved and that signatories to the Settlement Fund are hereby directed to disburse $6,155,387 from the Settlement Fund to the Claims Conference for administrative expenses incurred during 2005 and anticipated in 2006 related to the processing of claims for the dormant accounts as follows:

1.) Upon signing of the Order, $3,114,797, which is comprised of funding for: a) 2005 administrative expenses; b) expenses under the 2005 Publication Notice and Outreach Budget; and c) administrative expenses for the period January 1 through March 31, 2006;

2.) on April 1, 2006, $1,520,295 for second quarter 2006 administrative expenses; and

3.) on July 1, 2006, $1,520, 295 for third quarter 2006 administrative expenses.

A further request will be submitted to the Court for the funding for September 1, - December 31, 2006 administrative expenses at a later time.

Brooklyn, New York
~~January~~ Feb 17, 2006

SO ORDERED:

s/Edward Korman
Edward R. Korman
United States District Judge

Swiss Deposited Assets Program (SDAP)
Notice and Outreach

ADMINISTRATION BUDGET EXPENSE REPORT
FOR PERIOD
JANUARY 1, 2005 - DECEMBER 31, 2005

| EXPENSES | Approved Budget<br>January 1 -<br>December 31, 2005 | Expenses<br>January 1 -<br>December 31, 2005 |
|---|---:|---:|
| Wages and Benefits | $ 331,000 | $ 217,793 |
| Travel & Meetings | 6,000 | 4,314 |
| Office Expense | 250,000 | 128,404 |
| Office Equipment/Computers | 130,000 | - |
| Professional Fees | 100,700 | 14,126 |
| Public Information / Outreach | 540,000 | 499,769 |
| TOTAL EXPENSES | $ 1,359,700 | $ 864,406 |

Note - Professional Fees of $14,126 (against the budgeted amount of $100,700) are comprised of the allocable portion of audit and preparation of employee-related documents, historical research, and IT consulting.

Swiss Deposited Assets Program (SDAP)

New York Office

ADMINISTRATION BUDGET EXPENSE BUDGET REPORT
FOR PERIOD
JANUARY 1, 2005 - DECEMBER 31, 2005

| EXPENSES | Twelve Month Period Ended December 31, 2005 (Proposed Budget) | | Expenses Jan 1 - Dec. 30, 2005 |
|---|---|---|---|
| Wages and Benefits | $ | 4,289,000 | $ 3,334,368 |
| Travel & Meetings | | 24,000 | 680 |
| Office Expense | | 181,800 | 180,000 |
| Rent & Electric (a) | | 454,000 | 404,811 |
| Office Equipment/Computers | | 50,000 | 9,427 |
| Professional Fees (c) | | 100,000 | 17,640 |
| Other (d) | | 25,000 | - |
| Insurance | | - | - |
| Subtotal | $ | 5,123,800 | $ 3,946,925 |
| 10% Contingency | | 512,380 | |
| Zurich Expenses (b) | | 445,000 | 283,371 |
| TOTAL EXPENSES | $ | 6,081,180 | $ 4,230,296 |

(a) This includes rent for the additional floor as of May 1, 2004.
(b) Primarily expenses for the Data Librarian in Zurich.
(c) Professional Fees of $17,640 (against the budgeted amount of $100,000) are comprised of the allocable portion of audit and preparation of employee-related documents, historical research, and IT consulting.
(d) Other expenses were budgeted at $25,000, but none have been estimated through the date of this report.

Swiss Deposited Assets Program (SDAP)

New York Office

PROPOSED ADMINISTRATION EXPENSE BUDGET
FOR PERIOD
JANUARY 1, 2006 - DECEMBER 31, 2006

| EXPENSES | Twelve Month Period Ended December 31, 2006 (Proposed Budget) |
|---|---|
| Wages and Benefits | $ 4,288,000 |
| Travel & Meetings | 24,000 |
| Office Expense | 181,800 |
| Rent & Electric | 454,000 |
| Office Equipment/Computers | 50,000 |
| Professional Fees | 100,000 |
| Other | 25,000 |
| Insurance | - |
| Subtotal | $ 5,123,800 |
| 10% Contingency | 512,380 |
| Zurich Expenses (a) | 445,000 |
| TOTAL EXPENSES | $ 6,081,180 |

(a) Primarily expenses for the Data Librarian in Zurich.