D↯F
C/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>HOLOCAUST VICTIM ASSETS<br>LITIGATION | Case No.CV 96-4849 (ERK)(MDG)<br>(Consolidated with CV 96-5161 and CV 97-461) |

This document relates to: All Cases

**MEMORANDUM & ORDER**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 27 2006 ★
BROOKLYN OFFICE

Korman, Chief Judge:

I am in receipt of the April 13, 2006 Report and Recommendations of the International Organization for Migration (IOM) for the Sixteenth Group of Claims in In Re Holocaust Victim Assets Litigation (Swiss Banks) ("Sixteenth IOM Report") which includes claims that either were paid by the German Foundation and satisfy target group requirements as indicated in the Report or that independently satisfy the criteria described in the Plan of Allocation and Distribution of Settlement Proceeds ("Distribution Plan") and were determined by IOM to be credible based on the available historical evidence. The Sixteenth IOM Report advises that in accordance with the Distribution Plan, my Memorandum & Order dated June 28, 2001, and my Memorandum & Order dated September 25, 2002, IOM will be prepared, on or about April 28, 2006 to begin to transfer payments to:

    3,739    members of Slave Labour Class I
      85    members of Slave Labour Class II, and
       9    members of the Refugee Class.

All of the 3,833 individuals described in the Sixteenth IOM Report satisfy the eligibility criteria as stated in the Swiss Banks Settlement Agreement, the Distribution Plan and the HVAP Rules as adopted by the Court in its implementing orders. IOM has filed with the Court individual or group reports summarizing, for each claimant or a distinct group of claimants identified in a list attached to the group

report, the basis for payment recommendation. In the interest of privacy, each claimant is identified in the summary report by claim number rather than by name. The names and addresses of all claimants have been filed with the Court under seal in an appendix accompanying the Sixteenth IOM Report.

Accordingly, in anticipation of the forthcoming distribution of:

USD 1,450   to each of the 3,739 individuals under Slave Labour Class I;
USD 1,450   to each of the 85 individuals under Slave Labour Class II;
USD 3,625   to each of the 8 individuals under Category 1 of the Refugee Class;
USD 4,350   to the 1 individual under both Category 1 and Category 2 of the Refugee Class; and

who comprise this Sixteenth group of claimants it is hereby

ORDERED that the signatories to the Settlement Fund are hereby directed to transfer USD 5,578,150 from the Settlement Fund to the IOM-HVAP Citibank Geneva Account to meet the projected distribution as described in the Sixteenth IOM Report.

I will issue additional orders transferring further sums of money from the Settlement Fund as applications are approved.

SO ORDERED:

s/Edward R. Korman
_____
Edward R. Korman
United States District Judge

Dated: Brooklyn, New York
       April 18, 2006