UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

-------------------------------------------------------

This Document Relates to: All Cases

-------------------------------------------------------

FILED

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 15 2006 ★

BROOKLYN OFFICE

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

:
: MEMORANDUM & ORDER
:
:
:
X

## MEMORANDUM & ORDER APPROVING SET 98: 18 AWARDS, 5 AWARD AMENDMENTS AND 23 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS AND AUTHORIZING PAYMENT FROM THE SETTLEMENT FUND

KORMAN, C.J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, Special Master Helen B. Junz, appointed by the Court to supervise the Claims Resolution Process with Special Master Michael Bradfield, is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 18 Awards listed in Annex A, 5 Award Amendments[1] listed in Annex B and of 23 Award Denials listed in Annex C to this Order, which have been certified by the Claims Resolution Tribunal (the "CRT") and the resources to pay these Awards through funds to be deposited in the Swiss Banks Settlement-Dormant Accounts-Payment Account from the Settlement Fund. The total amount of these 18 Awards and 5 Award Amendments is US$ 1,605,985.77 (SF CHF 1,975,362.50 converted at a rate of 1.23 Swiss Francs per U.S. Dollar).

Including this ninety-eighth set and any previously submitted, but not yet approved sets, a total of 3,569[2] accounts with a current value of US$ 315,358,771.35 will have been awarded thus far under CRT I and CRT II combined. Under CRT II alone, including the Awards submitted with this letter, a total of 2,047 Awards for 3,362 accounts totalling US$297,174,279.35 will have been made to Victims or Targets of Nazi Persecution making up the Deposited Assets Class, with the average

---

[1] Includes 1 Award Denial Amendment.

[2] One account is a deposit held by a non-bank custodian included in Set 96, see *In re Heinrich Israel*.

Award amounting to US$ 134,562.05. Under CRT I, which took place from 1997 through 2000, 207 accounts, with a value of US$ 18,184,492.00, were awarded as accounts that had belonged to Victims of Nazi Persecution.

A total of 882 Certified Denials will have been approved under CRT II. In 796 of these 882 Denials, the CRT concluded that the Claimant was not able to identify his or her relative as the Account Owner, in 60 cases the CRT concluded that the Account Owner closed the account and received the proceeds him/her self, in 21 cases the CRT determined that the Claimant was not entitled to the Account Owner's account, and in 5 cases the CRT determined that the evidence submitted was insufficient to support the existence of a bank account belonging to the Claimed Account Owner.

Finally, the Court has approved to date 2,105 plausible undocumented awards for a total of US$ 10,525,000.00.

This brings the total for documented and plausible undocumented awards, if the Court approves the current set, to US$ 325,883,771.35

As set forth in the Awards and as required by Article 31(3) of the Rules, the Certified Awards and the Certified Award Amendments shall be paid in full by the Special Masters after approval of such Awards by the Court.

Therefore, it is hereby

ORDERED that the attached 18 Awards and 4 Award Amendments are hereby approved for payment pursuant to Article 31(2) of the Rules;

ORDERED that for the payment of these 18 Awards and 4 Award Amendments certified by the CRT and approved by the Court, the Signatories of the Settlement Fund are hereby directed to transfer immediately US$ 1,605,985.77 from the Settlement Fund to the Swiss Banks Settlement-Dormant Accounts-Payment Account; and

ORDERED that the attached 23 Award Denials and 1 Award Denial Amendment are hereby approved for release to the relevant Claimants.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award, Award Amendment or Award Denial, which information shall be filed with the Court under seal.

I will issue additional orders approving Awards certified by the CRT and transferring further sums from the Settlement Fund as the CRT certifies them to this Court.

Dated:      Brooklyn, New York
May 12 2006

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of May 8, 2006 the following Awards for approval by the Court and payment by the Special Masters:

| | Account Owner Last Name and Claim Number | Award Amount (SFr.) |
|---|---|---|
| 1. | Bial 202289/KG; 221201/KG | 107,000.00 |
| 2. | Doregger 501295/SI | 26,750.00 |
| 3. | Falk 787290/SI | 49,375.00 |
| 4. | Fraenkel 704978/HB; 704979/HB | 162,500.00 |
| 5. | Freund 202965/MI | 42,550.00 |
| 6. | Hamburger 785002/HB | 49,375.00 |
| 7. | Hofmann 223149/HB; 219391/HB; 210860/HB* | 49,375.00 |
| 8. | Hohenberg 200477/JW; 201872/JW; 209339/JW* | 26,750.00 |
| 9. | Oberländer 501289/MBC; 501295/MBC; 501298/MBC | 49,375.00 |
| 10. | Philipp 400784/NP | 162,500.00 |
| 11. | Rosenbaum 401361/AZ | 189,250.00 |
| 12. | Roth 501645/BW/AC | 172,875.00 |
| 13. | Rothschild 209112/MBC/AC | 162,500.00 |
| 14. | Schulz 205695/MI | 26,750.00 |
| 15. | Sée 210242/MI | 189,250.00 |
| 16. | Stern 213888/AK; et al | 189,250.00 |
| 17. | Straus 500816/BW; 500765/BW | 26,750.00 |
| 18. | Weiss 219863/AX | 211,875.00 |
| | **Total amount in Swiss Francs** | **1,894,050.00** |
| | **Total amount in US Dollars**[3] | **1,539,878.05** |

* MPM Award

---

[3] Exchange rate as of 8 May 2006 of 1.23 Swiss Francs per U.S. Dollar.

# CLAIMS RESOLUTION TRIBUNAL

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of May 8, 2006 the following Award and Denial Decision Amendments for approval by the Court:

| | Account Owner Last Name and Claim Number | Award Amount (SFr.) |
|---|---|---|
| 1. | Katz 003825/AV; et al | 13,375.00 |
| 2. | Moser 208753/AX; et al | 62,750.00 |
| 3. | Muller 204578/AC; 213764/AC; 215383/AC | 5,187.50 |
| 4. | Szapiro 223525/CN[4] | 0.00 |
| 5. | Wasserman 219059/MBC; et al | 0.00 |
| | **Total amount in Swiss Francs** | **81,312.50** |
| | **Total amount in US Dollars**[5] | **66,107.72** |

---

[4] Award Denial Amendment.

[5] Exchange rate as of 8 May 2006 of 1.23 Swiss Francs per U.S. Dollar.

# CLAIMS RESOLUTION TRIBUNAL

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of May 8, 2006 the following Award Denials for approval by the Court:

| | | |
|---|---|---|
| 1. | Abramowitz 219503/SB | Identification |
| 2. | Bloch 223109/SB | Identification |
| 3. | Drucker 501530/SB | Identification |
| 4. | Eckstein 601481/AC | Identification |
| 5. | Eisenberg 224043/SB | Identification |
| 6. | Engel 204956/SB | Identification |
| 7. | Fleischner 501422/SB | Identification |
| 8. | Földi 501375/SB; 501381/SB | Identification |
| 9. | Fürst 224570/MBC | Entitlement |
| 10. | Goldfinger 501391/SB | Identification |
| 11. | Goldstein 001833/SB | Identification |
| 12. | Graetz 216848/SB; 217309/SB | Identification |
| 13. | Katz 203489/SB | Identification |
| 14. | Kramer 208998/SB | Identification |
| 15. | Neumann 400758/SB; 501207/SB; 771866/SB | Identification |
| 16. | Schwarz 400631/SB | Identification |
| 17. | Steiner 400520/SB | Identification |
| 18. | Stern, Hermine 219792/SB | Identification |
| 19. | Stern, Leopold 203958/MBC | Identification |
| 20. | Süss 218158/SB | Identification |
| 21. | Tyroler 211044/SB | Identification |
| 22. | Uhlmann 201576/AX; 209775/AX | Identification |
| 23. | Weinmann 400696/SB | Identification |