**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 15 2006 ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x

IN RE:
HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

**ORDER**

This Document Relates to: All Cases

---------------------------------------------------------- x

KORMAN, Chief Judge.

Upon review and consideration of the August 31, 2005 Application by Special Master for Interim Compensation and Reimbursement of Expenses for the period September 1, 2004 through April 30, 2005, it is hereby

ORDERED that the Special Master's application is hereby granted and that Professor Burt Neuborne and Melvin Weiss, Esq., as co-signatories to the Settlement Fund, are hereby directed to reimburse the Special Master compensation and reimbursement of expenses as requested for the period September 1, 2004 through April 30, 2005.

Dated: Brooklyn, New York
September 27, 2005

SO ORDERED:

s/Edward Korman
_____
Edward R. Korman
United States District Judge

NYDOCS/1211422.1

## SCHEDULE OF TIME CHARGES AND DISBURSEMENTS
September 1, 2004 through April 30, 2005

| Attorney | Number of Hours | Hourly Rate | Amount | Discounted Hourly Rate | Discounted Amount |
|---|---|---|---|---|---|
| Judah Gribetz | 212.00 | 605 | $ 128,260.00 | 390 | $ 82,680.00 |
| Judah Gribetz | 217.00 | 575 | $ 124,775.00 | 370 | $ 80,290.00 |
| Shari C. Reig | 13.50 | 485 | $ 6,547.50 | 388 | $ 5,238.00 |
| Shari C. Reig | 390.40 | 460 | $ 179,584.00 | 368 | $ 143,667.20 |
| Attorney Time | 832.90 | | $ 439,166.50 | | $ 311,875.20 |
| **Staff** | | | | | |
| Dina Kaufman | 654.10 | 150 | $ 98,115.00 | 120 | $ 78,492.00 |
| Dina Kaufman | 667.60 | 145 | $ 96,802.00 | 116 | $ 77,441.60 |
| Staff Time | 1,321.70 | | $ 194,917.00 | | $ 155,933.60 |
| **Total Atty and Staff Time** | 2,154.60 | | 634,083.50 | | 467,808.80 |

**Disbursements**

| | |
|---|---|
| Copy Charges | $3,928.60 |
| Document Production Center Services | $737.50 |
| Electronic Research | $17.00 |
| Fax | $534.00 |
| Messenger | $61.00 |
| Outside Copy & Printing Services | $8.50 |
| Pacer | $5.98 |
| Postage | $13.42 |
| Telephone Charges | $7,279.49 |
| Overnight/Express Delivery | $508.53 |
| Search/Filing Services | $86.88 |

| | | | |
|---|---|---|---|
| Total Disbursements | $13,180.90 | $ | 13,180.90 |
| Total Fees and Disbursements | $ 647,264.40 | | |
| Total Discounted Fees and Disbursements | | $ | 480,989.70 |