

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 15 2006 ★
BROOKLYN OFFICE

IN RE:

HOLOCAUST VICTIM ASSETS LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161 and CV 97-461)

This document relates to: All Cases

MEMORANDUM & ORDER

Korman, Chief Judge:

I am in receipt of the April 28, 2006 Report and Recommendations of the International Organization for Migration (IOM) for the First Group of Payments to Legal Successors in In Re Holocaust Victim Assets Litigation (Swiss Banks) ("First IOM Legal Successor Report") which includes claims that were approved for payment both by the German Foundation and this Court as indicated in the Report. The First IOM Legal Successor Report advises that, in accordance with the Distribution Plan, my Memorandum & Order dated June 28, 2001, and my Memorandum & Order dated September 25, 2002, IOM will be prepared, on or about May _11_, 2006 to begin to transfer payments to 351 eligible legal successors for 226 eligible deceased victims in Slave Labour Class I.

All of the 351 legal successors described in the First IOM Legal Successor Report satisfy the eligibility criteria as stated in the Swiss Banks Settlement Agreement, the Distribution Plan and the HVAP Rules as adopted by the Court in its implementing orders as well as the German Foundation Act, as it is applied to legal succession in the Swiss Banks programmes. Each eligible deceased victim described in the First IOM Legal Successor Report was a member of a target group and performed slave labour for the Nazi regime. Each deceased victim claim was already approved by this Court in an IOM report, specifically the reports accompanying IOM

Groups VI, VIII, X and XII. All legal successors in the First IOM Legal Successor Group have proven that the deceased victims died later than 15 February 1999. All legal successors have also proven that they informed IOM of their right to legal succession within the required notice period, have provided proof of relationship to the respective deceased victims and are the closest heirs, in accordance with the eligibility succession specified under the German Foundation Act.

As indicated, IOM has previously filed with the Court group reports summarizing, for each distinct group of deceased victims identified in a list attached to the group reports in Groups VI, VIII, X and XII, the basis for IOM's prior payment recommendations. In approving these reports, the Court released funds to IOM for payment of compensation and no additional funding is requested.

The names and other identification information relating to all eligible deceased victims and their respective eligible legal successors included herein have been filed with the Court under seal in an appendix ("HVAP LS List I") accompanying the First IOM Legal Successor Report, wherein IOM requests authorization from the Court to transfer funds previously released for payment by the Court to the eligible legal successors who are the proper parties.

Accordingly, in anticipation of the forthcoming distribution of awards of USD 1,450 for each of 226 Slave Labour Class I victims deceased on or after 16 February 1999 to 351 eligible legal successors of those deceased eligible victims;

and

who comprise this first group of legal successor payees, it is hereby

ORDERED that IOM pay the eligible legal successors listed in HVAP LS List I appended to the First IOM Legal Successor Report a total of USD 337,000.00, already transferred from the Settlement Fund to the IOM-HVAP Citibank Geneva Account to meet the projected distribution, as described in HVAP LS List I.

SO ORDERED:

s/Edward R. Korman

Edward R. Korman
United States District Judge

Dated: Brooklyn, New York
May 11, 2006