**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 15 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
IN RE: HOLOCAUST VICTIM ASSETS      : Case No. CV 96-4849 (ERK)(MDG)
LITIGATION                           : (Consolidated with CV 96-5161
                                     : and CV 97-461)
                                     :
                                     :
                                     : MEMORANDUM & ORDER
This Document Relates to: All Cases  :
                                     :
                                     :
                                     :
-------------------------------------------------------- X

## MEMORANDUM & ORDER APPROVING CURRENT EXCHANGE RATE FOR THE AWARD--IN RE ACCOUNTS OF FEDERICO GENTILI DI GIUSEPPE AND AUTHORIZING PAYMENT FROM THE SETTLEMENT FUND

KORMAN, C.J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, Special Master Michael Bradfield to obtain the funds required to pay the Award to Lionel Salem of the Accounts of Federico Gentili di Giuseppe, is hereby requesting the Court to apply the current exchange rate for the Award--In re Accounts of Federico Gentili di Giuseppe--because of the substantial appreciation of the Swiss Franc since the original Award was issued in September 2003. The resources, in addition to the amount originally drawn from the Settlement Fund, to pay this Award will be drawn from the Settlement Fund and deposited in the Special Masters' Awards Payment Account. The total amount of additional funds needed in order to apply the current exchange rate for the Award is $18,797.87.

WAJ-2213518v2

Therefore, it is hereby

ORDERED that the current exchange rate be used for the Award, which increases the Award payment for the claimant by $18,797.87 and

ORDERED that the increased payment for this Award, which is hereby approved by the Court, the Signatories of the Settlement Fund are hereby directed to immediately transfer $18,797.87 from the Settlement Fund to the Awards Payment Account of Special Master Bradfield.

Dated:   Brooklyn, New York
         May /2, 2006                          SO ORDERED:

                                               s/Edward Korman
                                               Edward R. Korman
                                               United States District Judge

WAI-2213518v2

## Appealed Awards Being Released with New Exchange Rate

| Claimant Name | Set # | SFr. Amount Approved | Payment Amount Approved | Payment w/revised exchange rate of 1.24* | Payment Increase |
|---|---|---|---|---|---|
| Joseph Kohn | 16 | SFr. 971,970.60 | $675,445.38 | $783,847.26 | $108,401.88 |
| Shulamith Klajman | 32 | SFr. 189,250.00 | $139,154.41 | $152,620.97 | $13,466.56 |
| Lionel Salem | 35 | SFr. 216,000.00 | $155,395.68 | $174,193.55 | $18,797.87 |
| | | | | Total | $140,666.30 |

*Prevailing exchange rate on May 1, 2006 (NYT)

#2213351