FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 5 2006 ★
BROOKLYN OFFICE

DTF
C/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------x

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

----------------------------------------------

This Document Relates to: All Cases

**MEMORANDUM & ORDER**

----------------------------------------------X


## MEMORANDUM & ORDER APPROVING SET 101: 28 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, C.J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, Special Master Helen B. Junz, appointed by the Court to supervise the Claims Resolution Process with Special Master Michael Bradfield, is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 28 Award Denials, listed in Annex A to this Order, which have been certified by the Claims Resolution Tribunal (the "CRT").

With this one-hundred and first set, a total of 941 Certified Denials to 2,496 accounts will have been approved under CRT II. In 854 of these 941 Denials, the CRT concluded that the Claimant was not able to identify his or her relative as the Account Owner, in 61 cases the CRT concluded that the Account Owner closed the account and received the proceeds him/her self, in 21 cases the CRT determined that the Claimant was not entitled to the Account Owner's account, and in 5 cases the CRT determined that the evidence submitted was insufficient to support the existence of a bank account belonging to the Claimed Account Owner.

Therefore, it is hereby

ORDERED that the attached 28 Award Denials are hereby approved and shall be distributed to the relevant class members by the CRT.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award Denial, which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
        June 2, 2006                     SO ORDERED:

                                                    s/Edward R. Korman
                                                    Edward R. Korman
                                                    United States District Judge

*[Batch CI] -Annex A - UNREDACTED*
*CONFIDENTIAL*

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of June 1, 2006 the following Award Denials for approval by the Court:

| | | Disposition |
|---|---|---|
| 1. | Brauner 150124/AV | |
| 2. | Camerling 005390/SB | Identification |
| 3. | Dreifuss 216649/SB | Identification |
| 4. | Drucker 401027/SB | Identification |
| 5. | Fischer 222439/SB | Identification |
| 6. | Frey 400449/SB | Identification |
| 7. | Fröhlich 400196/SB | Identification |
| 8. | Fuchs 706696/SB; 706697/SB | Identification |
| 9. | Goldstein 500944/SB | Identification |
| 10. | Gutmann 218992/SB | Identification |
| 11. | Guttmann 218453/SB | Identification |
| 12. | Hartmann 400699/WM/SB; 401519/WM/SB | Identification |
| 13. | Jacobi 783012/SB | Identification |
| 14. | Kempner 201171/AV | Identification |
| 15. | König 400821/SB; 717179/SB | Identification |
| 16. | Levin 214767/SB; 220681/SB | Identification |
| 17. | Loebl 401526/SB; 402176/SB | Identification |
| 18. | Marx 401768/SB | Identification |
| 19. | Rosenthal 150050/SB; 150061/SB | Identification |
| 20. | Roth 400513/SB; 770464/SB | Identification |
| 21. | Schuler 401714/SB | Identification |
| 22. | Schuller 401743/SB; 401752/SB | Identification |
| 23. | Simon 203023/SB | Identification |
| 24. | Stein 201291/SB | Identification |
| 25. | Steinhardt 214045/SB | Identification |
| 26. | Stern 206469/SB | Identification |
| 27. | Wild 501173/SB; 501224/SB | Identification |
| 28. | Wolf 211734/SB | Identification |