**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ JUL 12 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

**ORDER**

This Document Relates to: All Cases

-------------------------------------------------------- X

KORMAN, Chief Judge:

Upon consideration of the request for funding of the Claims Resolution Tribunal II for expenses of the Claims Resolution Process for July – September 2006, and based on the provisions of paragraph 3 of the Order of Reference of December 8, 2000, the budget documentation submitted to the Court to substantiate the request, and my Order of August 16, 2001 establishing the Settlement Fund, it is hereby

ORDERED that the signatories to the Settlement Fund are hereby directed to transfer SFr. 596,470, SFr. 797,670, and SFr. 805,670, respectively, on the 15th of each month July – September 2006 from the Settlement Fund for the funding of the Claims Resolution Process for expenses of the Claims Resolution Process for July - September 2006.

Dated: Brooklyn, New York
July /2, 2006

SO ORDERED:

s/Edward Korman
------------------------------
Edward R. Korman
United States District Judge