UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X

IN RE:
HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

-----------------------------------------------------------

**MEMORANDUM & ORDER**

This Document Relates to: All Cases

----------------------------------------------------------- X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 3 2006 ★
BROOKLYN OFFICE

KORMAN, Chief Judge:

In accordance with my Order of December 8, 2000 and consistent with the terms of the Plan of Allocation and Distribution of the Settlement Fund (the "Distribution Plan"), which I approved on November 22, 2000, my Memorandum & Order dated September 25, 2002, my Memorandum and Order dated November 17, 2003, my Memorandum & Order dated July 20, 2004, and my Memorandum and Order dated September 29, 2005, the Conference on Jewish Material Claims Against Germany, Inc. ("Claims Conference") is implementing the fifth phase of social welfare programs for direct assistance for Jewish Nazi victims. The funding approved for this phase of the program totaled $5,289,364.50 per year for 2005 and 2006, equaling a total of $10,578,729. Thus far, one quarter of funding (i.e. $2,644,682.20) has been transferred and $7,934.046.80 remains to be released. The Claims Conference is now requesting that half the remaining balance (i.e. $3,967,023.40) be released so that implementing agencies may be reimbursed.

Accordingly, it is hereby

ORDERED that the signatories to the Settlement Fund are hereby directed to transfer immediately $3,967,023.40 to the Claims Conference which represents half the remaining funding approved for the fifth phase of the emergency assistance programs for Jewish Nazi victims for calendar years 2005 and 2006. Upon the request of the Claims Conference and my review and approval, it is anticipated that the balance of funds will be approved by the end of 2006. Pending the distribution of these amounts to the designated survivor assistance programs and organizations, the Claims Conference shall deposit the program funds in escrow in an interest-bearing account. The principal as well as any interest that may accrue thereon shall be solely for the benefit of the Settlement Fund. Upon application, any such accrued interest shall be distributed by the Claims Conference to the survivor assistance programs described above or to such other survivor assistance programs as the Claims Conference may recommend and the Court may approve.

Brooklyn, New York
August 29, 2006

SO ORDERED:

s/Edward R. Korman
—————————————
Edward R. Korman
United States District Judge