UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------  X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

----------------------------------------------------------

This Document Relates to: All Cases

----------------------------------------------------------  X

:  Case No. CV 96-4849 (ERK)(MDG)
:  (Consolidated with CV 96-5161
:  and CV 97-461)
:
:
:  **MEMORANDUM & ORDER**
:
:
:
:

## MEMORANDUM & ORDER AUTHORIZING
## APPROVAL OF 9 DECISIONS ON APPEAL

KORMAN, C.J.:

As provided under the Settlement Agreement, and in accordance with the procedures

established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, Special

Master Michael Bradfield is hereby requesting the Court's approval of 9 Decisions on Appeal

listed in Annex A to this Order and the resources to pay these Appeals through funds to be

deposited in the Special Masters' Awards Payment Account from the Settlement Fund. The total

amount of these 9 Decisions on Appeal is $666,183.63 (812,825.77 SFr. converted at a rate of

1.22 Swiss Francs per U.S. dollar).

ORDERED that the attached 9 Decisions on Appeal are hereby approved; and

ORDERED that for the payment of these 9 Decisions on Appeal, the Signatories of the

Settlement Fund are hereby directed to immediately transfer $666,183.63 from the Settlement

Fund to the Awards Payment Account of Special Master Michael Bradfield.

Dated:    Brooklyn, New York
          March    , 2007
          April

SO ORDERED:

S/ Edward R. Korman
_____
Edward R. Korman
United States District Judge

## INDEX OF CASES—SET IV

| Account Owner Name and Claim Number | Tab |
|---|---|
| **Group 1—Appeal by a Timely Claimant** | |
| Josef Bamberger—205563 | 1 |
| **Group 2—Five Late Claimant Appeals that Satisfy Three Criteria of the Court's Late Claims Order** | |
| *Braunsberg & Co. A*— 205864 | 2 |
| Gertrude Glücksmann and Samuel Glücksmann—706029 | 3 |
| Artur Kellner, Carl Moldauer and Else Moldauer—218201 | 4 |
| Dr. Simon Gutmann—211488 | 5 |
| Heinrich Kalman, Aranka Kalman, Michael Kalman and Adalbert Heltai—214065 | 6 |
| **Group 3—Three Appeals by Late Claimants Who Do Not Comply with the Court's Late Claims Order but Allege Fraud by the Awarded Claimant** | |
| Alexander Conitzer— 211118 | 7 |
| Helene Rudnicki—213215 | 8 |
| Manfred Straus, Leo Straus, and Fritz Berlin and Account of *Bettfedernfabrik Straus & Cie.*—601434 | 9 |