FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 1 3 2007 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

IN RE:
HOLOCAUST VICTIM ASSETS
LITIGATION

------------------------------------------------------------

This Document Relates to: All Cases

------------------------------------------------------------ X

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

**MEMORANDUM & ORDER**

KORMAN, Chief Judge:

In accordance with my Order of December 8, 2000 and consistent with the terms of the Plan of Allocation and Distribution of the Settlement Fund (the "Distribution Plan"), which I approved on November 22, 2000, my Memorandum & Order dated September 25, 2002, my Memorandum and Order dated November 17, 2003, and my Memorandum & Order dated July 20, 2004, the Conference on Jewish Material Claims Against Germany, Inc. ("Claims Conference") is prepared to begin funding the seventh and eighth years of social welfare programs for direct assistance for Jewish Nazi victims.

I am in receipt of the March 2007 Claims Conference report on the Holocaust survivor emergency assistance program for years 2001-2006 and proposal for the seventh and eighth years of social welfare programs for Jewish Nazi victims for calendar years 2007 and 2008 ("Proposal"). This Proposal details assistance to Nazi victims in Argentina, Australia, Austria, Belgium, Bosnia-Herzegovina, Brazil, Bulgaria, Canada, Croatia, the Czech Republic, France, Germany, Greece, Hungary, Israel, Italy, Mexico, the Netherlands, Poland, Romania, Serbia and Montenegro, Slovakia, Sweden, the United Kingdom, the United States and Uruguay.

The required funding to implement the social welfare programs in the twenty-six above-mentioned nations is $5,131,730 for 2007 and $4,846,634 for 2008. In accordance with the Distribution Plan, the Claims Conference is to be reimbursed for the oversight and management of these funds in the amount of 2% of program fees, which for the period of January 1, 2007 through December 31, 2008 totals $199,567.

Accordingly, it is hereby

ORDERED that the Proposal is approved and signatories to the Settlement Fund are hereby directed to transfer immediately $2,668,500 to the Claims Conference for the first half of funding of the emergency assistance programs for Jewish Nazi victims for calendar year 2007, amounting to $2,565,865, and $102,635 for the administrative expenses for 2007. Additional funding of $2,565,865 for the remaining program funds for 2007 shall be disbursed to the Claims Conference on August 1, 2007. Further, on January 2, 2008 a total of $2,520,250, consisting of $2,423,317 for the first half of funding of the emergency assistance programs for Jewish Nazi victims for calendar year 2008, and $96,933 for the administrative expenses for 2008 shall be transferred to the Claims Conference. Finally, on August 1, 2008, the remaining program funds for 2008 in the amount of $2,423,317 shall be transferred to the Claims Conference. Pending the distribution of these program funds to the designated survivor assistance programs and organizations, the Claims Conference shall deposit the program funds in a designated interest-bearing account. The principal as well as any interest that may accrue thereon shall be solely for the benefit of the Settlement Fund. Upon application, any such accrued interest shall be distributed by the Claims Conference to the survivor assistance programs described above or to such other survivor assistance programs as the Claims Conference may recommend and the Court may approve.

Brooklyn, New York  
March 27, 2007

SO ORDERED:

S/ Edward R. Korman
_____
Edward R. Korman
United States District Judge