```
                                              D+F
                                              C/F
                                    FILED
                              IN CLERK'S OFFICE
                            U.S. DISTRICT COURT E.D.N.Y
                              ★  APR 1 3 2007  ★
                                BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------- X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

---

This Document Relates to: All Cases

**ORDER**

--------------------------------------------------- X

KORMAN, Chief Judge:

Upon consideration of the request for funding of the Claims Resolution Tribunal II for expenses of the Claims Resolution Process for April – June 2007, and based on the provisions of paragraph 3 of the Order of Reference of December 8, 2000, the budget documentation submitted to the Court to substantiate the request, and my Order of August 16, 2001 establishing the Settlement Fund, it is hereby

ORDERED that the signatories to the Settlement Fund are hereby directed to transfer SFr. 630,520, SFr. 807,720, and SFr. 961,755, respectively, on the 15th of each month April – June 2007 from the Settlement Fund for the funding of the Claims Resolution Process for expenses of the Claims Resolution Process for April - June 2007.

Dated:  Brooklyn, New York
        March 26, 2007

SO ORDERED:

S/ Edward R. Korman
_____
Edward R. Korman
United States District Judge

# Claims Resolution Tribunal

## Zurich Switzerland

### April 1, 2007 – June 30, 2007

| EXPENSES | | Period Ended June 30, 2007 | |
|---|---|---:|---|
| Wages and Benefits | SFr. | 2,201,395 | |
| Travel & Meetings | | 15,000 | (1) |
| Office Expense | | 108,600 | |
| Rent & Electric | | 165,000 | |
| Office Equipment/Computers | | 12,000 | |
| Professional Fees | | 40,500 | |
| Other | | 30,000 | |
| Insurance | | 17,500 | |
| **Total Budget** | SFr. | 2,589,995 | |

This consists of the following budgetary needs:

| | | | |
|---|---|---:|---|
| April 2007 | SFr. | 630,520 | (2) |
| May 2007 | | 807,720 | |
| June 2007 | | 961,755 | |
| **Total Funding Needed** | SFr. | 2,399,995 | |

(1) Includes employment benefit related travel

(2) As the CRT reports an unspent balance from previous funding of SFr. 190,000, the actual required amount is SFr. 630,520.

March 26, 2007

The Honorable Edward R. Korman
United States District Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza, East
Brooklyn, New York 11201

Dear Judge Korman:

Please find attached a draft order providing for the funding of April – June 2007 CRT II expenses.

A copy of the CRT's three month budget ending June 30, 2007 totaling SFr. 2,589,995 is attached. This budget was developed by the CRT office in Zurich and was approved by Special Masters Junz and Gribetz.

Best wishes.

Sincerely,

Greg Schneider

Attachments

cc: Helen Junz
 Judah Gribetz
 Burt Neuborne
 Melvyn Weiss