FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 13 2007 ★
BROOKLYN OFFICE

D+F
C/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------- X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

----------------------------------------------------

This Document Relates to: All Cases


---------------------------------------------------- X

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

**MEMORANDUM & ORDER**

## MEMORANDUM & ORDER APPROVING SET 123: 60 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, C.J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal ("CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 60 certified Award Denials listed in Annex A.

With this one hundred and twenty third set, a total of 1,639 Certified Denials to 4,071 accounts will have been approved under CRT II. In 1,528 of these 1,639 Denials, the CRT concluded that the Claimant was not able to identify his or her relative as the account owner, in 81 cases the CRT concluded that the account owner closed the account and received the proceeds him/herself, in 25 cases the CRT determined that the Claimant was not entitled to the account owner's account, and in 5 cases the CRT determined that the evidence submitted by the Claimant was insufficient to support the existence of a bank account belonging to the Claimant's relative.

Therefore, it is hereby

ORDERED that the attached 60 Award Denials are hereby approved for release to the relevant Claimants.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award Denial which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
April 12, 2007

SO ORDERED:

/S/ Edward R. Korman
_____
Edward R. Korman
United States District Judge