FILED
IN CLERK'S OFFICE
U.S. D??????? ?D. N.Y.
★ JUL 1 ? 20?? ★
P.M. SO
TIME A.M. _____

P & P

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| IN RE:<br><br>HOLOCAUST VICTIM ASSETS LITIGATION | Case No. CV 96-4849 (ERK)(MDG)<br>(Consolidated with CV 96-5161 and CV 97-461) |
|---|---|
| This document relates to: All Cases | **MEMORANDUM & ORDER** |

Korman, Chief Judge:

I am in receipt of the May 16, 2007 Report and Recommendations of the International Organization for Migration (IOM) for the Twenty-first Group of Claims in <u>In Re Holocaust Victim Assets Litigation</u> (Swiss Banks) ("Twenty-first IOM Report") that includes 178 Slave Labor Class I Direct and Overlap claims, 77 HVAP Slave Labor Class II Direct and Overlap claims, and eight (8) HVAP Refugee Class Direct and Overlap claims that are being recommended for rejection under the Swiss Banks Settlement Agreement because the claims do not satisfy the eligibility requirements as described in the Twenty-first IOM Report. Specifically, with regard to Slave Labor Class I, the claimants submitted claims on behalf of victims who died prior to February 16, 1999, were determined not to be Swiss Banks target group members, did not plausibly demonstrate that they performed involuntary labor for the Nazi Regime, filed duplicate claims with the Claims Conference or IOM, or were derived from German programme source claims that were rejected as late-filed. The claims in Slave Labor Class II are on behalf of victims who died prior to the February 16, 1999 deadline or are duplicates of claims filed in Slave Labour Class II for the same victims. The claims in Refugee Class are claims on behalf of deceased victims who died prior to February 16, 1999 or are duplicates of claims filed in Refugee Class for the same victims.

The Twenty-first IOM Report advises that the following claims are being recommended for rejection:

- 95 Slave Labor Class I Direct claims;
- 83 Slave Labor Class I Overlap claims;
- 39 Slave Labor Class II Direct claims;
- 38 Slave Labor Class II Overlap claims;
- 2 Refugee Class Direct claims; and
- 6 Refugee Class Overlap claims.

All of the 263 individuals described in the Twenty-first IOM Report fail to satisfy the eligibility criteria as stated in the Swiss Banks Settlement Agreement, the Distribution Plan and the HVAP Rules as adopted by the Court in its implementing orders. IOM has filed with the Court lists including each claimant along with the basis for its recommendation for rejection. The names and addresses of these claimants have been filed with the Court under seal in an exhibit accompanying the Twenty-first IOM Report. Accordingly, it is hereby

ORDERED that the 263 claims recommended for rejection in IOM's Twenty-first Report are denied.

SO ORDERED:

s/ Edward R Korman

Edward R. Korman
United States District Judge

Dated: Brooklyn, New York
_____, 2007