

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| IN RE: HOLOCAUST VICTIM ASSETS LITIGATION | Case No.CV 96-4849 (ERK)(MDG) (Consolidated with CV 96-5161 and CV 97-461) |
|---|---|
| This document relates to: All Cases | **MEMORANDUM & ORDER** |

Korman, District Judge:

I am in receipt of the May 23, 2007 Second Supplemental List to the Report and Recommendations of the International Organization for Migration (IOM) for the Twentieth Group of Claims in In Re Holocaust Victim Assets Litigation (Swiss Banks) ("Second Supplemental List to the Twentieth IOM Report") which includes three claims that were paid by the German Foundation and that satisfy target group requirements as indicated in the Report. I approved the Twentieth Report and Recommendations, including 46 members of Slave Labour Class I, by Order dated February 6, 2007. I also approved the Supplemental List to the Twentieth IOM Report, including an additional 11 members of Slave Labour Class I, by Order dated 1 May 2007. The Second Supplemental List to the Twentieth IOM Report advises that in accordance with the Distribution Plan, my Memorandum & Order dated June 28, 2001, and my Memorandum & Order dated September 25, 2002, IOM will be prepared, on or about May 30, 2007 to begin to transfer payment to:

    Three (3)    additional members of Slave Labour Class I

The individuals included in the Second Supplemental List to the Twentieth IOM Report satisfy the eligibility criteria as stated in the Swiss Banks Settlement Agreement, the Distribution Plan and the HVAP Rules as adopted by the Court in its implementing orders. IOM has described the basis for payment recommendations in

the cover transmitting the list. The names and addresses of these victims have been filed with the Court under seal.

The Court adopts and incorporates by reference the Twentieth IOM Report as well as the Supplemental List to the Twentieth IOM Report, and includes three additional claims.

Accordingly, in anticipation of the forthcoming distribution of:

USD 1,450 to three (s) individuals under Slave Labour Class I

and who comprise this Second Supplemental List to the Twentieth Group of claimants, it is hereby

ORDERED that the signatories to the Settlement Fund are hereby directed to transfer USD 4,350 from the Settlement Fund to the IOM-HVAP Citibank Geneva Account to meet the projected distribution as described in the cover to the Second Supplemental List to the Twentieth IOM Report.

I will issue additional orders transferring further sums of money from the Settlement Fund as applications are approved.

SO ORDERED:

_____
Edward R. Korman
United States District Judge

Dated: Brooklyn, New York
       _____5/30_____, 2007