UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------- X
IN RE: HOLOCAUST VICTIM ASSETS          :  Case No. CV 96-4849 (ERK)(MDG)
LITIGATION                                              :  (Consolidated with CV 96-5161
                                                                 :  and CV 97-461)
---------------------------------------------------    :
                                                                 :  MEMORANDUM & ORDER
This Document Relates to: All Cases            :
                                                                 :
                                                                 :
                                                                 :
--------------------------------------------------- X

### MEMORANDUM & ORDER AUTHORIZING APPROVAL OF FUNDS TO PAY CLAIMANTS DAISY ILLICH & WALTER SHELDON

KORMAN, C.J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, Special Master Michael Bradfield is hereby requesting the Court's approval of resources to pay Daisy Illich and Walter Sheldon through funds to be deposited in the Swiss Banks Settlement-Dormant Accounts-Payment Account from the Settlement Fund. The total amount of funds needed to pay Claimants Daisy Illich and Walter Sheldon is $78,202.48 (94,625.00 SFr. converted at a rate of 1.21 Swiss Francs per U.S. dollar).

ORDERED that for the payment of Claimants Daisy Illich and Walter Sheldon, the Signatories of the Settlement Fund are hereby directed to immediately transfer $78,202.48 to the Swiss Banks Settlement-Dormant Accounts-Payment Account.

Dated:    Brooklyn, New York
              June 26 2007

SO ORDERED:

s/ Edward R Korman
_____
Edward R. Korman
United States District Judge

WAI-2832924v2

(3674)