```
------------------------------------------------- X
                                                  :    Case No. CV 96-4849 (ERK)(MDG)
IN RE: HOLOCAUST VICTIM ASSETS                    :    (Consolidated with CV 96-5161
LITIGATION                                        :    and CV 97-461)
                                                  :
------------------------------------------------  :
                                                  :
This Document Relates to: All Cases               :    MEMORANDUM & ORDER
                                                  :
                                                  :
                                                  :
------------------------------------------------- X
```

## MEMORANDUM & ORDER APPROVING SET 158: 100 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal ("CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 100 certified Award Denials listed in Annex A.

With this one hundred and fifty-eighth set, a total of 3,536 Certified Denials to 7,653 accounts will have been approved under CRT II. In 3,410 of these 3,536 Denials, the CRT concluded that the Claimant was not able to identify his or her relative as the account owner, in 95 cases the CRT concluded that the account owner closed the account and received the proceeds him/herself, in 26 cases the CRT determined that the Claimant was not entitled to the account owner's account, and in 5 cases the CRT determined that the evidence submitted by the Claimant was insufficient to support the existence of a bank account belonging to the Claimant's relative.

Therefore, it is hereby

ORDERED that the attached 100 Award Denials are hereby approved for release to the relevant Claimants.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award Denial which information shall be filed with the Court under seal.

Dated:  Brooklyn, New York
December 21, 2007

SO ORDERED:

_____
Edward R. Korman
United States District Judge

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 21 December 2007 the following Award Denials for approval by the Court:

| | | |
|---|---|---|
| 1. | Adler, Richard 501445/RT | Identification |
| 2. | Appel *et al* 771019/SB | Identification |
| 3. | Bauer 401475/RT | Identification |
| 4. | Berger, Gisela 224324/RT | Identification |
| 5. | Berger, Richard 224322/RT | Identification |
| 6. | Blumen 221528/MBC | Identification |
| 7. | Cohn 205361/SB | Identification |
| 8. | Deutsch 400191/MG | Identification |
| 9. | Engel 402018/MG | Identification |
| 10. | Finkelstein, Chaim 401681/MG | Identification |
| 11. | Finkelstein, Fajga 208411/MG | Identification |
| 12. | Finkelstein, Moses 402037/MG | Identification |
| 13. | Fischer 401908/MG | Identification |
| 14. | Frankel *et al* 500169/RT | Identification |
| 15. | Franz 709897/RT | Identification |
| 16. | Frenkel 206571/SB | Identification |
| 17. | Frey 402036/MG | Identification |
| 18. | Gans 220294/RT | Identification |
| 19. | Goldstein 771615/SB | Identification |
| 20. | Grinberg 501083/RT | Identification |
| 21. | Gruenhut 402022/MG | Identification |
| 22. | Grünwald 501056/RT | Identification |
| 23. | Hahn 401638/RT | Identification |
| 24. | Halàsz 501512/SB | Identification |
| 25. | Hammerschlag 401918/MG | Identification |
| 26. | Heller 210795/RT | Identification |
| 27. | Herczeg *et al* 210803/RT | Identification |
| 28. | Herz 401246/RT | Identification |
| 29. | Horn 221715/RT | Identification |
| 30. | Jellinek 501079/RT | Identification |
| 31. | Kahn 214927/MBC | Identification |
| 32. | Katz, Abraham 780180/SB | Identification |
| 33. | Katz, Abraham 783313/SB | Identification |
| 34. | Katz, Bernhard 221714/MBC | Identification |
| 35. | Katz, David 220391/RT | Identification |
| 36. | Katz, Rudolf 401912/MG | Identification |
| 37. | Katz, Rudolf 401916/MG | Identification |
| 38. | Katz, Rudolf 402020/MG | Identification |
| 39. | Krause 708792/RT | Identification |
| 40. | Krausz 786119/SB | Identification |

| 41. | Loewi 221994/RT | Identification |
|---|---|---|
| 42. | Löwy 221995/RT | Identification |
| 43. | Mayer, Louisa 300222/SB | Identification |
| 44. | Mayer, Simon 402023/MG | Identification |
| 45. | Molnar 211180/SB | Identification |
| 46. | Neufeld 784823/SB | Identification |
| 47. | Neumann 40125/RT | Identification |
| 48. | Oppenheimer 500646/RT | Identification |
| 49. | Poznanski et al 213256/SB | Identification |
| 50. | Rapp et al 218741/MBC; 218742/MBC | Identification |
| 51. | Richter, Alfred et al 773403/SB | Identification |
| 52. | Richter, Maria 500176/RT | Identification |
| 53. | Robinsohn 401891/MBC | Identification |
| 54. | Roller-Herbst 402029/RT | Identification |
| 55. | Rosenbaum 210784/RT | Identification |
| 56. | Rosenberg, Carl 218446/SB | Identification |
| 57. | Rosenberg, Hermann 501166/RT | Identification |
| 58. | Rosenberg, Max 774313/SB | Identification |
| 59. | Rosenzwieg, Ada 500908/RT | Identification |
| 60. | Rosenzwieg, Erna 500907/RT | Identification |
| 61. | Roth 786553/RT | Identification |
| 62. | Sachs 401910/RT | Identification |
| 63. | Scherer 401915/MG | Identification |
| 64. | Schmidt 709859/RT | Identification |
| 65. | Seligmann 782113/SB | Identification |
| 66. | Simon 771044/SB | Identification |
| 67. | Singer 213578/SB | Identification |
| 68. | Solow et al 501163/RT | Identification |
| 69. | Springer 772127/SB | Identification |
| 70. | Steiner 210074/SB | Identification |
| 71. | Stern, Adele 778126/SB | Identification |
| 72. | Stern, Joseph 219267/SB | Identification |
| 73. | Stern, Käthe 210824/RT | Identification |
| 74. | Stern, Marcus 778575/SB | Identification |
| 75. | Stern, Max 401893/MBC | Identification |
| 76. | Stern, Wilhelm 402042/MG | Identification |
| 77. | Strauss, Alfred 210876/SB | Identification |
| 78. | Strauss, Alice 500528/RT | Identification |
| 79. | Strauss, Frieda 500527/RT | Identification |
| 80. | Strauss, Kurt 500526/RT | Identification |
| 81. | Strauss, Mathilde 210798/SB | Identification |
| 82. | Thau 500520/RT | Identification |
| 83. | Ungar 402038/MG | Identification |
| 84. | Weber 401218/RT | Identification |
| 85. | Weil, Ida 206704/SB; 208533/SB | Identification |

| | | |
|---|---|---|
| 86. | Weil, Jacques 219924/MBC | Identification |
| 87. | Weiler *et al* 401244/RT | Identification |
| 88. | Weiss, Arnold 778299/SB; 779254/SB | Identification |
| 89. | Weiss, Hans 401850/RT | Identification |
| 90. | Weiss, Hedwig 401857/RT | Identification |
| 91. | Weisz 401072/MG | Identification |
| 92. | Winkler 401900/RT | Identification |
| 93. | Winter 710004/RT | Identification |
| 94. | Wolff, Cecile 220299/RT | Identification |
| 95. | Wolff, Max 203055/SB | Identification |
| 96. | Wolff, Paula 401903/MBC | Identification |
| 97. | Wolff, Rudolf Franz 401906/MBC | Identification |
| 98. | Zilber 212626/RT | Identification |
| 99. | Zilberberg 216881/SB | Identification |
| 100. | Zusman *et al* 209197/SB | Identification |