C/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

---------------------------------------------------------- 

This Document Relates to: All Cases

---------------------------------------------------------- X

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

**MEMORANDUM & ORDER**

## MEMORANDUM & ORDER APPROVING SET 159: 19 AWARDS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS AND AUTHORIZING PAYMENT FROM THE SETTLEMENT FUND

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal (the "CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 19 certified Awards listed in Annex A, and the resources to pay these Awards through funds to be deposited in the Swiss Banks Settlement-Dormant Accounts-Payment Account from the Settlement Fund. The total amount of these 19 Awards is US $2,859,348.72 (SF 3,316,844.51 converted at a rate of 1.16 Swiss Francs per U.S. Dollar).

With this one hundred and fifty-ninth set, a total of US $456,408,866.14 will have been awarded thus far. This total amount is comprised of Awards issued under CRT I and CRT II combined, and Plausible Undocumented Awards (PUAs). Under CRT I alone, which took place from 1997 through 2000, 207 accounts, with a value of US $18,184,492.00, were awarded as accounts that had belonged to Victims of Nazi Persecution. Under CRT II alone, 2,597 Awards for 4,140 accounts totaling US $385,876,165.22 will have been made to date to Victims or Targets of Nazi Persecution

making up the Deposited Assets Class, with the average Award amounting to US $128,950.48.[1] The total number of PUAs issued to date is 10,623 less 160 full and partial deductions totaling $52,348,208.92.

This submission includes two Awards to three Primary Claimants and one Co-Claimant who previously received a Plausible Undocumented Award ("PUA"), as detailed in Annex B to this Order. Each recipient was made aware at the time the PUA was awarded that, in the event the CRT located a Swiss Bank account or accounts to which he/she was entitled, the PUA amount of US $5,000.00 already received would be deducted from any future award(s) that may be made in connection with such account(s). Therefore, the amount requested for transfer to the Swiss Banks Settlement-Dormant Accounts - Payment Account equals the award amount of US $2,859,348.72 for the 19 Awards referred to above less US $20,000.00 for previous PUA payments, for a total of US $2,839,348.72.

As set forth in the Awards and as required by Article 31(3) of the Rules, the Certified Awards shall be paid in full by the Special Masters after approval of such Awards by the Court.

Therefore, it is hereby

ORDERED that the attached 19 Awards are hereby approved for payment pursuant to Article 31(2) of the Rules;

ORDERED that for the payment of these 19 Awards certified by the CRT and approved by the Court, less the 4 payments previously made in the form of PUAs, the Signatories of the Settlement Fund are hereby ordered to transfer immediately $2,839,348.72 from the Settlement Fund to the Swiss Banks Settlement-Dormant Accounts-Payment Account;

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award, which information shall be filed with the Court under seal.

---

[1] In calculating the average value, the Set 75 award and the two Set 110 awards were excluded because their size made them outliers that would have skewed the result. The calculation further excludes three denial reversals, as well as payments of decisions on appeal totaling US $4,605,779.97.

I will issue additional orders approving Awards certified by the CRT and transferring further sums from the Settlement Fund as the CRT certifies them to this Court.

Dated: Brooklyn, New York
December 21, 2007

SO ORDERED:

_____
Edward R. Korman
United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

*[BATCH CLIX] - ANNEX A*

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 21 December 2007 the following Awards for approval by the Court and payment by the Special Masters:

| | Account Owner Last Name and Claim Number | Award Amount (SFr.) |
|---|---|---:|
| 1. | Blumberg 707262/RS; 401737/RS; 401742/RS | 26,750.00 |
| 2. | Cohen *et al* 752872/LH | 26,750.00 |
| 3. | Cohn 215550/BW; 001320/BW* | 26,750.00 |
| 4. | Feigelmanis 003622/RS; 715010/RS; 715046/RS | 233,034.88 |
| 5. | Fuchs 003776/GO | 49,375.00 |
| 6. | Fuhrer 003661/MBC; 719481/MBC; 724497/MBC; 724497/MBC | 49,375.00 |
| 7. | Geca S.A. 710578/WI/AC** | 699,702.63 |
| 8. | Guttmann 215074/RS; 216141/RS | 10,375.00 |
| 9. | Katz 773752/WT; 775672/WT** | 325,000.00 |
| 10. | Klein, Otto 501765/CU/AC | 15,500.00 |
| 11. | Levinger 220773/RS | 76,125.00 |
| 12. | Levy 213172/BE; 710260/BE* | 49,375.00 |
| 13. | Moos 402230/CU** | 816,939.75 |
| 14. | Neumann 400280/MI | 37,125.00 |
| 15. | Schneider 004898/MBC; 725426/MBC* | 59,750.00 |
| 16. | Strauss 201563/MBC; 215665/MBC** | 310,642.25 |
| 17. | Strzelczyk 222288/MBC; 222289/MBC | 189,250.00 |
| 18. | Walter 735962/MBC; 736151/MBC* | 49,375.00 |
| 19. | Weiss 224343/AC** | 265,650.00 |
| | **TOTAL** | 3,316,844.51 |
| | **Total amount in US Dollars**[2] | $ 2,859,348.72 |

\* MPM Award
\*\* Substantively reviewed by SM Junz

---

[2] Exchange rate as of 21 December 2007 of 1.16 Swiss Francs per U.S. Dollar.