UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
:
IN RE: HOLOCAUST VICTIM ASSETS : Case No. CV 96-4849 (ERK)(MDG)
LITIGATION : (Consolidated with CV 96-5161
: and CV 97-461)
:
------------------------------------------------ :
:
This Document Relates to: All Cases : **MEMORANDUM & ORDER**
:
:
:
------------------------------------------------X

### MEMORANDUM & ORDER APPROVING SET 156: 5 AWARDS AND 7 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS AND AUTHORIZING PAYMENT FROM THE SETTLEMENT FUND

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal (the "CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 5 certified Awards listed in Annex A and 7 certified Award Denials listed in Annex B, and the resources to pay these Awards through funds to be deposited in the Swiss Banks Settlement-Dormant Accounts-Payment Account from the Settlement Fund. The total amount of these 5 Awards is US $184,339.68 (SF 211,990.63 converted at a rate of 1.15 Swiss Francs per U.S. Dollar).

With this one hundred and fifty-sixth set, a total of US $453,120,422.59 will have been awarded thus far. This total amount is comprised of Awards issued under CRT I and CRT II combined, and Plausible Undocumented Awards (PUAs). Under CRT I alone, which took place from 1997 through 2000, 207 accounts, with a value of US $18,184,492.00, were awarded as accounts that had belonged to Victims of Nazi Persecution. Under CRT II alone, 2,568 Awards for 4,099 accounts totaling US $382,562,721.67 will have been made to date to Victims or Targets of Nazi Persecution

making up the Deposited Assets Class, with the average Award amounting to US $129,116.80.[1] The total number of PUAs issued to date is 10,623 less 155 full and partial deductions totaling $52,373,208.92.

With this one hundred and fifty-sixth set, a total of 3,435 Certified Denials to 7,445 accounts will have been approved under CRT II. In 3,310 of these 3,435 Denials, the CRT concluded that the Claimant was not able to identify his or her relative as the Account Owner; in 94 cases the CRT concluded that the Account Owner closed the account and received the proceeds him/her self, in 26 cases the CRT determined that the Claimant was not entitled to the Account Owner's account, and in 5 cases the CRT determined that the evidence submitted was insufficient to support the existence of a bank account belonging to the Claimed Account Owner.

As set forth in the Awards and as required by Article 31(3) of the Rules, the Certified Awards shall be paid in full by the Special Masters after approval of such Awards by the Court.

Therefore, it is hereby

ORDERED that the attached 5 Awards are hereby approved for payment pursuant to Article 31(2) of the Rules;

ORDERED that the attached 7 Award Denials are hereby approved for release to the relevant Claimants;

ORDERED that for the payment of these 5 Awards certified by the CRT and approved by the Court, the Signatories of the Settlement Fund are hereby ordered to transfer immediately US $184,339.68 from the Settlement Fund to the Swiss Banks Settlement-Dormant Accounts-Payment Account;

---

[1] In calculating the average value, the Set 75 award and the two Set 110 awards were excluded because their size made them outliers that would have skewed the result. The calculation further excludes three denial reversals, as well as payments of decisions on appeal totaling US $4,605,779.97.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award and Award Denials, which information shall be filed with the Court under seal.

I will issue additional orders approving Awards certified by the CRT and transferring further sums from the Settlement Fund as the CRT certifies them to this Court.

Dated:	Brooklyn, New York
December 20, 2007

SO ORDERED.

Edward R. Korman
United States District Judge

*[BATCH CLVI] - ANNEX A*

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 19 December 2007 the following Awards for approval by the Court and payment by the Special Masters:

| | **Account Owner Last Name and Claim Number** | **Award Amount (SFr.)** |
|---|---|---:|
| 1. | Oster *et al* 400909/MI | 10,375.00 |
| 2. | Pollak 223314/MBC; 850006/MBC; 850007/MBC | 49,375.00 |
| 3. | Reichard 217447/HS; 217749/HS; 219419/HS | 26,750.00 |
| 4. | Schmid 002475/RS; 720773/RS | 76,115.63 |
| 5. | Steiner 735734/WI | 49,375.00 |
| | **TOTAL** | **211,990.63** |
| | **Total amount in US Dollars**[2] | **184,339.68** |

---

[2] Exchange rate as of 19 December 2007 of 1.15 Swiss Francs per U.S. Dollar.

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 19 December 2007 the following Award Denials for approval by the Court:

| 1. | Breger 209580/CU | Disposition |
|---|---|---|
| 2. | Goldberg 400374/WI | Disposition |
| 3. | Hirszberg 784923/GO/KG; 784926/GO/KG | Disposition |
| 4. | Loewenstein 750155/AC | Disposition |
| 5. | Maschler 217756/LH | Disposition |
| 6. | Strakosch 210724/LH; 210725/LH | Disposition |
| 7. | Wolf 212329/SB | Identification |