------------------------------------------------- X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

-------------------------------------------------

This Document Relates to: All Cases

MEMORANDUM & ORDER

------------------------------------------------- X

## MEMORANDUM & ORDER APPROVING SET 154: 100 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal ("CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 100 certified Award Denials listed in Annex A.

With this one hundred and fifty-fourth set, a total of 3,428 Certified Denials to 7,434 accounts will have been approved under CRT II. In 3,309 of these 3,428 Denials, the CRT concluded that the Claimant was not able to identify his or her relative as the account owner, in 88 cases the CRT concluded that the account owner closed the account and received the proceeds him/herself, in 26 cases the CRT determined that the Claimant was not entitled to the account owner's account, and in 5 cases the CRT determined that the evidence submitted by the Claimant was insufficient to support the existence of a bank account belonging to the Claimant's relative.

Therefore, it is hereby

ORDERED that the attached 100 Award Denials are hereby approved for release to the relevant Claimants.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award Denial which information shall be filed with the Court under seal.

Dated:    Brooklyn, New York
December 19, 2007

SO ORDERED:

_____
Edward R. Korman
United States District Judge

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 19 December 2007 the following Award Denials for approval by the Court:

| | | |
|---|---|---|
| 1. | Adler, Anna 221749/RT | Identification |
| 2. | Adler, Ernst 401608/RT | Identification |
| 3. | Adler, Helene *et al* 500618/RT; 500933/RT | Identification |
| 4. | Adler, Julius 221888/RT | Identification |
| 5. | Adler, Kathe 402090/SB | Identification |
| 6. | Apschan 709755/RT | Identification |
| 7. | Arnstein 210528/RT | Identification |
| 8. | Bachi *et al* 221800/RT | Identification |
| 9. | Baron 208877/RT | Identification |
| 10. | Becker 789347/RT | Identification |
| 11. | Beer 500616/RT | Identification |
| 12. | Beker 208251/SB | Identification |
| 13. | Berger 219502/SB | Identification |
| 14. | Bergwerk 208798/RT | Identification |
| 15. | Blum 401719/RT | Identification |
| 16. | Boettcher *et al* 221758/RT; 221759/RT | Identification |
| 17. | Böhmer 708662/RT | Identification |
| 18. | David 223827/RT | Identification |
| 19. | Deutsch 401577/RT | Identification |
| 20. | Eisikowitz *et al* 208853/SB | Identification |
| 21. | Fischer, Julius *et al* 784003/SB | Identification |
| 22. | Fischer, Max 401756/RT | Identification |
| 23. | Fleischmann 400181/HB; 400184/SB | Identification |
| 24. | Frank, Martha 401726/RT | Identification |
| 25. | Frank, Moritz 221629/RT | Identification |
| 26. | Franz 708924/RT | Identification |
| 27. | Friedländer 209475/SB | Identification |
| 28. | Friedman 208879/RT | Identification |
| 29. | Fuchs 401811/MG | Identification |
| 30. | Goldschmidt 709680/RT | Identification |
| 31. | Gross 401455/RT | Identification |
| 32. | Grünebaum *et al* 220525/RT | Identification |
| 33. | Grus 401870/MG | Identification |
| 34. | Guttmann, Gertrude 703807/SB | Identification |
| 35. | Guttmann, Samuel 401817/MG | Identification |
| 36. | Hartmann, Karl 401517/RT | Identification |
| 37. | Hartmann, Paul 401942/MG | Identification |
| 38. | Hauser 221597/RT | Identification |
| 39. | Herz 787274/RT | Identification |
| 40. | Hirsch 211754/SB | Identification |

| 41. | Hutter 221721/RT | Identification |
|---|---|---|
| 42. | Jordan 787986/RT | Identification |
| 43. | Kantor et al 220532/RT | Identification |
| 44. | Katz, Gunther et al 203807/SB | Identification |
| 45. | Katz, Rudolf 401854/MG | Identification |
| 46. | Klein, Ella 708555/RT | Identification |
| 47. | Klein, Emil 204840/SB | Identification |
| 48. | Klein, Leo 709377/RT | Identification |
| 49. | Kohn 221766/RT | Identification |
| 50. | Loewenberg 401833/MG | Identification |
| 51. | Lubowski, Else 401497/RT | Identification |
| 52. | Lubowski, Else 401566/RT | Identification |
| 53. | Maier 401829/MG | Identification |
| 54. | Mayer 401828/MG | Identification |
| 55. | Müller 710506/RT | Identification |
| 56. | Pollak, Alfred 223873/RT | Identification |
| 57. | Pollak, Anna 500938/RT | Identification |
| 58. | Pollak, Herrmann 223872/RT | Identification |
| 59. | Richter 710244/RT | Identification |
| 60. | Rose 710485/RT | Identification |
| 61. | Rosenberg 401839/MG | Identification |
| 62. | Rosenthal, Edgar 222112/RT | Identification |
| 63. | Rosenthal, Josef 207969/SB | Identification |
| 64. | Rosenthal, Max 222113/RT | Identification |
| 65. | Rosenthal, Willy 207964/SB | Identification |
| 66. | Rothschild 213161/SB | Identification |
| 67. | Schacht 203216/SB | Identification |
| 68. | Schiff 401859/MG | Identification |
| 69. | Schindler 211937/SB | Identification |
| 70. | Schmidt, Albert 709951/RT | Identification |
| 71. | Schmidt, Wilhelm 709787/RT | Identification |
| 72. | Schubert 708597/RT | Identification |
| 73. | Schwarcz 401446/RT | Identification |
| 74. | Schwartz 788352/RT | Identification |
| 75. | Simon, Max 401862/MG | Identification |
| 76. | Simon, Rose 401868/MG | Identification |
| 77. | Stein 709251/RT | Identification |
| 78. | Steinbach 710269/RT | Identification |
| 79. | Stern 778443/SB | Identification |
| 80. | Strauss, Hans 710106/RT | Identification |
| 81. | Strauss, Hulda 710112/RT | Identification |
| 82. | Strauss, Max 774657/SB | Identification |
| 83. | Strauss, Miksa 401398/RT | Identification |
| 84. | Streicher 500440/RT | Identification |
| 85. | Szymanski 221822/SB | Identification |

| | | |
|---|---|---|
| 86. | Teicher 212060/MG | Identification |
| 87. | Tietz 500900/RT | Identification |
| 88. | Wagner, Karoline *et al* 709744/RT | Identification |
| 89. | Wagner, Wilhelm 709131/RT | Identification |
| 90. | Weiss, Franz 709226/RT | Identification |
| 91. | Weiss, Franz Josef 208631/RT | Identification |
| 92. | Weiss, Hans 709843/RT | Identification |
| 93. | Weiss, Johanna 709964/RT | Identification |
| 94. | Weiss, Johanna *et al* 710499/RT | Identification |
| 95. | Weiss, Robert 709848/RT | Identification |
| 96. | Weiss, Wilhelm 710298/RT | Identification |
| 97. | Wolf, Hermann 205205/SB | Identification |
| 98. | Wolf, Moses 789291/RT | Identification |
| 99. | Wolff 223852/RT | Identification |
| 100. | Zaidman 401875/MG | Identification |