

```
                                          FILED
                                    IN CLERK'S OFFICE
                                 U.S. DISTRICT COURT, E.D.N.Y.

                                    ★  JUN 18 2008  ★
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK        BROOKLYN OFFICE
```

------------------------------------------------------X

IN RE:  
HOLOCAUST VICTIM ASSETS  
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)  
(Consolidated with CV 96-5161  
and CV 97-461)

------------------------------------------------------

**MEMORANDUM & ORDER**

This Document Relates to: All Cases

------------------------------------------------------ X

KORMAN, Judge:

I am in receipt of the June 5, 2008 Report and Recommendations of the Conference on Jewish Material Claims Against Germany, Inc. for cancellation and reallocation of funds allocated from July 2001 through December 2006, allocation of accrued interest, and extension of the time frame for utilization of 2007 and 2008 allocations in <u>In re Swiss Banks Settlement Looted Assets Class</u> ("Cancellation and Reallocation Claims Conference Report"). The Cancellation and Reallocation Claims Conference Report advises that the Claims Conference is prepared to cancel and reallocate a total of $1,559,626.81 which was allocated to social service organizations between July 2001 and December 2006 in accordance with the Plan of Allocation approved by the Court on November 22, 2000 but not utilized in the implementation of programs.

Additionally, I am advised that the Claims Conference will allocate to social service organizations an additional $384,646 in interest that has accrued on the Court's various prior allocations for utilization in 2008 and 2009.

I am advised that of this supplemental allocation totaling $1,944,272.81, $1,358,871.81 is

for 2008 and the remaining $585,401 is for 2009. This 2008 supplemental allocation is in addition to previously approved allocations for 2008 in the amount of $4,846,634 for Jewish victims of Nazi persecution outside of the former Soviet Union. With respect to funding for 2009, in addition to the amounts discussed herein, the Claims Conference also will be requesting at a later date Court approval of additional funding for programs serving needy members of the Looted Assets Class, including but not limited to the programs described in the accompanying June 5, 2008 Report.

Finally, the Claims Conference requests that, upon reasonable request from the respective agencies, the Claims Conference may extend the deadline by which these agencies must spend their allocations for the periods of 2007 and 2008.

I approve the Claims Conference recommendations as set forth in the June 5, 2008 Report. Accordingly, it is hereby

ORDERED that the Claims Conference reallocate a total of $1,559,626.81, allocate an additional $384,646 in interest that has accrued on the Court's various prior allocations for utilization in 2008 and 2009, and extend, as appropriate, the spending deadline for 2007 and 2008 allocations as outlined in the Cancellation and Reallocation Claims Conference Report.

Brooklyn, New York
June /5, 2008

SO ORDERED:

s/Edward R. Korman
_____
Edward R. Korman
United States District Judge