UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

-------------------------------------------------------

This Document Relates to: All Cases

MEMORANDUM & ORDER

------------------------------------------------------- X

## MEMORANDUM & ORDER APPROVING SET 166: 500 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal ("CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 500 certified Award Denials listed in Annex A.

With this one hundred and sixty-sixth set, a total of 4,244 Certified Denials to 8,970 accounts will have been approved under CRT II. In 4,114 of these 4,244 Denials, the CRT concluded that the Claimant was not able to identify his or her relative as the account owner, in 97 cases the CRT concluded that the account owner closed the account and received the proceeds him/herself, in 28 cases the CRT determined that the Claimant was not entitled to the account owner's account, and in 5 cases the CRT determined that the evidence submitted by the Claimant was insufficient to support the existence of a bank account belonging to the Claimant's relative[1].

Therefore, it is hereby

ORDERED that the attached 500 Award Denials are hereby approved for release to the relevant Claimants.

---

[1] Please note that the CRT has determined that an Award Denial *In re Dezsö Waldman* was erroneously released twice (in Set 109 and again in Set 160), and consequently one disposition denial to one account is now being deducted from the total number of disposition denials and denied accounts.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award Denial which information shall be filed with the Court under seal.

Dated:   Brooklyn, New York
June 22, 2008

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 19 June 2008 the following Award Denials for approval by the Court:

| | | |
|---|---|---|
| 1. | Aczel, Andor *et al* 741485/RT | Identification |
| 2. | Adler, Anna 300114/SB | Identification |
| 3. | Adler, Ernst 216851/SB | Identification |
| 4. | Adler, Ida 400612/RT | Identification |
| 5. | Adler, Ida 401571/MG | Identification |
| 6. | Adler, Ida 401949/SB | Identification |
| 7. | Adler, Josef 219817/SB | Identification |
| 8. | Adler, Joseph 208880/RT | Identification |
| 9. | Adler, Olga 727835/SB | Identification |
| 10. | Adler, Rachel 300064/RT | Identification |
| 11. | Adler, Rachel 722706/MG | Identification |
| 12. | Adler, Stefan 750808/SB | Identification |
| 13. | Adler, Stephan *et al* 220753/SB | Identification |
| 14. | Agular, Laszlo *et al* 213474/RT | Identification |
| 15. | Alexander, Erna *et al* 219260/RT | Identification |
| 16. | Alexander, Paul 400972/RT | Identification |
| 17. | Ambor *et al* 002552/MG | Identification |
| 18. | Anaf 735767/RT | Identification |
| 19. | Angyal 710803/MG | Identification |
| 20. | Aronsohn 003699/MG | Identification |
| 21. | Ashkenazi 401336/RT | Identification |
| 22. | Auer 150113/MG | Identification |
| 23. | Auerbach 400466/RT | Identification |
| 24. | Auspitz, Sandor 733120/SB | Identification |
| 25. | Avramov 220314/RT | Identification |
| 26. | Bachrach 200918/SB | Identification |
| 27. | Bader, Paul *et al* 222682/SB | Identification |
| 28. | Badmann, Max 400813/RT | Identification |
| 29. | Badmann, Max 715633/MG | Identification |
| 30. | Baer, Erna *et al* 300697/RT | Identification |
| 31. | Baer, Jenny 150104/MG | Identification |
| 32. | Baer, Joseph 217606/SB | Identification |
| 33. | Baer, Julius *et al* 721521/MG | Identification |
| 34. | Baer, Max 776767/SB | Identification |
| 35. | Baer, Max 776768/MG | Identification |
| 36. | Banyai 218408/RT | Identification |
| 37. | Barna 210854/RT | Identification |
| 38. | Bartels *et al* 205996/MG | Identification |
| 39. | Bash, Mordichi *et al* 217678/SB | Identification |
| 40. | Bauchwitz 221200/RT | Identification |

| | | |
|---|---|---|
| 41. | Bauer, Alfred 732440/MG | Identification |
| 42. | Bauer, Arthur 216434 | Identification |
| 43. | Bauer, Willy 735475/SB | Identification |
| 44. | Baum, Jiri 219883/SB | Identification |
| 45. | Baum, Richard 400906/MG | Identification |
| 46. | Baumann 501286/SB | Identification |
| 47. | Bear 214986/SB | Identification |
| 48. | Beck, Bela et al 718639/MG | Identification |
| 49. | Beck, Moric et al 220883/RT | Identification |
| 50. | Becker 222738/SB | Identification |
| 51. | Beder 201464/SB | Identification |
| 52. | Beer, Erich et al 772124/SB | Identification |
| 53. | Beer, Ernst 214645/MG | Identification |
| 54. | Behrend 707170/MG | Identification |
| 55. | Benisch 401346/SB | Identification |
| 56. | Bent 219779/SB | Identification |
| 57. | Berg, Helene et al 216797/SB | Identification |
| 58. | Berger, Adolf 150132/MG | Identification |
| 59. | Berger, Anna et al 711239/MG | Identification |
| 60. | Berger, Edith 401009/SB | Identification |
| 61. | Berger, Elke 401066/SB | Identification |
| 62. | Berger, Hana 216458/RT | Identification |
| 63. | Berger, Imre 223989/SB | Identification |
| 64. | Berger, Imre 732120/RT | Identification |
| 65. | Berger, Lia 221198/RT | Identification |
| 66. | Berger, Lia 710773/MG | Identification |
| 67. | Berger, Rosa 221199/RT | Identification |
| 68. | Berger, Rudolf 220409/SB | Identification |
| 69. | Berger, Rudolf et al 224323/SB | Identification |
| 70. | Berger, Rudolf et al 715090/MG | Identification |
| 71. | Berger, Sonja 222598/RT | Identification |
| 72. | Berger, William 211987/SB | Identification |
| 73. | Bergmann, Fritz 222235/RT | Identification |
| 74. | Bergmann, Max 700859/MG | Identification |
| 75. | Berkovits 728118/SB | Identification |
| 76. | Berkowitz 209180/MG | Identification |
| 77. | Bernstein 706724/MG | Identification |
| 78. | Bick 500400/SB | Identification |
| 79. | Binder et al 734713/RT | Identification |
| 80. | Birò 214531/RT | Identification |
| 81. | Biss 400817/MG | Identification |
| 82. | Bloch, Alfred et al 780330/SB | Identification |
| 83. | Bloch, Georges 750232/SB | Identification |
| 84. | Bloch, Marx 207490/RT | Identification |
| 85. | Bloch, Max 704869/SB 784574/SB | Identification |

| 86. | Bloch, Salomon et al 215864/RT | Identification |
|---|---|---|
| 87. | Blonder, Jano et al 223829/SB | Identification |
| 88. | Blum, Hermann 714188/MG | Identification |
| 89. | Blum, Josef 209130/SB; 718282/SB | Identification |
| 90. | Blum, Luise et al 707255/MG | Identification |
| 91. | Blum, Nathan 712417/MG | Identification |
| 92. | Blum, Nathan 780287/MG | Identification |
| 93. | Blum, Otto et al 727965/MG | Identification |
| 94. | Blumenfeld 782406/MG | Identification |
| 95. | Blumenstein 217791/SB | Identification |
| 96. | Blumstein 213109/RT | Identification |
| 97. | Böhm, Karl 210006/RT | Identification |
| 98. | Böhm, Otto et al 401170/MG | Identification |
| 99. | Borenstein 300536/SB | Identification |
| 100. | Boros et al 223160/RT | Identification |
| 101. | Brand 400900/MG | Identification |
| 102. | Braun, Alexander 216622/SB; 217319/SB | Identification |
| 103. | Braun, Frigyes 300700/SB | Identification |
| 104. | Braun, Helene 778405/SB | Identification |
| 105. | Braun, Herman 704825/SB | Identification |
| 106. | Braun, Hermann 401113/MG | Identification |
| 107. | Braun, Hermann 401202/RT | Identification |
| 108. | Braun, Josef 215726/RT | Identification |
| 109. | Braun, Joseph 783911/SB | Identification |
| 110. | Brucker 400845/SB | Identification |
| 111. | Bunimowitsch, Haim 211384/SB | Identification |
| 112. | Caen, Justin et al 210545/RT | Identification |
| 113. | Cahn 212544/SB | Identification |
| 114. | Clark 218340/RT | Identification |
| 115. | Cogan 003526/MG | Identification |
| 116. | Cohen, Abrahm et al 777954/SB | Identification |
| 117. | Cohen, Leon 500713/SB | Identification |
| 118. | Cohen, Leon 717335/MG | Identification |
| 119. | Cohn, Hermann 775611/MG | Identification |
| 120. | Cohn, Margarete 400730/RT | Identification |
| 121. | Cohn, Martha 220222/SB | Identification |
| 122. | Cohn, Martin 221238/SB | Identification |
| 123. | Cohn, Werner 206881/SB | Identification |
| 124. | Cohn, Werner 501571/SB | Identification |
| 125. | Czitter 208814/RT | Identification |
| 126. | Danziger 216284/RT | Identification |
| 127. | Deanovich et al 712705/MG | Identification |
| 128. | Deutsch, Alexander 713198/MG | Identification |
| 129. | Deutsch, Arthur 704994/MG | Identification |
| 130. | Deutsch, Artur 732384/SB | Identification |

| | | |
|---|---|---|
| 131. | Deutsch, Bela 703386/SB | Identification |
| 132. | Deutsch, David 211855/RT | Identification |
| 133. | Deutsch, David 714825/MG | Identification |
| 134. | Deutsch, Ferenc et al 208826/RT | Identification |
| 135. | Deutsch, Josef 002893/MG | Identification |
| 136. | Deutsch, Josef 219668/SB | Identification |
| 137. | Deutsch, Joseph 211486/SB | Identification |
| 138. | Deutsch, Joseph 773376/SB | Identification |
| 139. | Deutsch, Julius et al 208600/RT | Identification |
| 140. | Deutsch, Magda 400279/RT | Identification |
| 141. | Deutsch, Olga et al 004361/MG | Identification |
| 142. | Deutsch, Rosalie 211784/RT | Identification |
| 143. | Deutsch, Rudolf et al 003440/MG | Identification |
| 144. | Deutsch, Samuel 401103/MG | Identification |
| 145. | Diamant, Reszo 729961/MG | Identification |
| 146. | Diamant, Richard 003997/MG | Identification |
| 147. | Donath 740720/MG | Identification |
| 148. | Drechsler, Karl 216489/SB | Identification |
| 149. | Drechsler, Kurt et al 202584/SB | Identification |
| 150. | Dresner 224266/SB | Identification |
| 151. | Dreyfuss 400511/MG | Identification |
| 152. | Eisler 401407/SB | Identification |
| 153. | Eisner, Dora et al 000448/MG | Identification |
| 154. | Eisner, Ernst 708567/RT | Identification |
| 155. | Eisner, Magdalene 217284/RT | Identification |
| 156. | Elbogen 400165/SB | Identification |
| 157. | Elias 222597/SB | Identification |
| 158. | Engel, Fritz 780427/SB | Identification |
| 159. | Engel, Iosef 715776/MG | Identification |
| 160. | Engel, Michael 720533/MG | Identification |
| 161. | Engel, Moisha 779647/RT | Identification |
| 162. | Engel, Otto 718638/MG | Identification |
| 163. | Engler 723917/MG | Identification |
| 164. | Epstein, Ernst 220342/SB | Identification |
| 165. | Epstein, Paul 220330/RT | Identification |
| 166. | Epstein, Paul 702089/SB; 702088/SB | Identification |
| 167. | Fantl 210109/RT | Identification |
| 168. | Farkas, David 722863/MG | Identification |
| 169. | Farkas, Miklos 400199/MG | Identification |
| 170. | Farkas, Miklos 400893/MG | Identification |
| 171. | Feder 775915/MG | Identification |
| 172. | Feiner 205198/SB | Identification |
| 173. | Feldman, Hans 211910/SB | Identification |
| 174. | Feldman, Julius 716698/MG | Identification |
| 175. | Felix 207360/SB | Identification |

| | | |
|---|---|---|
| 176. | Feuerstein 401771/RT | Identification |
| 177. | Fischel 211210/SB | Identification |
| 178. | Fischer, Adolf 730830/MG | Identification |
| 179. | Fischer, Albert 740746/SB | Identification |
| 180. | Fischer, Alexander 400395/MG | Identification |
| 181. | Fischer, Alexander *et al* 740504/MG | Identification |
| 182. | Fischer, Alois 300117/SB | Identification |
| 183. | Fischer, Berta 753097/SB; 753446/SB | Identification |
| 184. | Fischer, Chaim 217105/SB; 218910/SB | Identification |
| 185. | Fischer, Emma 773531/SB | Identification |
| 186. | Fischer, Emma 776532/MG | Identification |
| 187. | Fischer, Hans 400771/RT | Identification |
| 188. | Fischer, Heinrich 219406/SB | Identification |
| 189. | Fischer, Heinrich *et al* 003888/MG | Identification |
| 190. | Fischer, Herman 740606/SB | Identification |
| 191. | Fischer, Hermann 775341/MG | Identification |
| 192. | Fischer, Hermann 776512/SB | Identification |
| 193. | Fischer, Hugo 736476/MG | Identification |
| 194. | Fischer, Irene 400396/MG | Identification |
| 195. | Fischer, Josef 719269/MG | Identification |
| 196. | Fischer, Josef *et al* 713988/MG | Identification |
| 197. | Fischer, Jozsef 207139/SB | Identification |
| 198. | Fischer, Lajos *et al* 219633/SB | Identification |
| 199. | Fischer, Marta 401883/SB | Identification |
| 200. | Fischer, Michael 781180/SB | Identification |
| 201. | Fischer, Oscar 704803/SB | Identification |
| 202. | Fischer, Regina *et al* 221022/RT | Identification |
| 203. | Fischer, Simcha 723133/MG | Identification |
| 204. | Fischer, Stefan 400397/MG | Identification |
| 205. | Fischer, Stefan 401141/MG | Identification |
| 206. | Fischer, Wilhelm 208936/SB | Identification |
| 207. | Fischl 207775/RT | Identification |
| 208. | Fleischman 732277/RT | Identification |
| 209. | Fleischner 211064/SB | Identification |
| 210. | Földi 217779/RT | Identification |
| 211. | Foldvary, *et al* 704636/SB | Identification |
| 212. | Fraenkel 206504/RT | Identification |
| 213. | Frajnd 219307/SB 219308/SB | Identification |
| 214. | Frank, Adolf 211810/SB | Identification |
| 215. | Frank, Emil 700729/MG | Identification |
| 216. | Frank, Eva 501664/SB | Identification |
| 217. | Frank, Josef 221151/SB | Identification |
| 218. | Frank, Max *et al* 774221/SB | Identification |
| 219. | Frankel 212666/SB; 212665/SB | Identification |
| 220. | Frankenstein 216995/SB | Identification |

| | | |
|---|---|---|
| 221. | Freund, Caroline 204737/SB | Identification |
| 222. | Freund, Dorothea 500695/SB | Identification |
| 223. | Freund, Marianne 500696/SB | Identification |
| 224. | Freund, Oskar 221131/SB | Identification |
| 225. | Freund, Rudolf 221132/SB | Identification |
| 226. | Frey 732934/SB | Identification |
| 227. | Fridman, Adolf 212188/RT | Identification |
| 228. | Fridman, Martin et al 211010/RT | Identification |
| 229. | Friedland 222887/SB | Identification |
| 230. | Friedländer, Betty 400268/MG | Identification |
| 231. | Friedlander, Max 221122/SB | Identification |
| 232. | Friedman, Josef et al 203053/SB | Identification |
| 233. | Friedmann, Adolf 402191/MG | Identification |
| 234. | Friedmann, Aleksandar 200267/SB | Identification |
| 235. | Friedmann, Artur et al 212811/SB | Identification |
| 236. | Friedmann, Arturo et al 734196/MG | Identification |
| 237. | Friedmann, Feiga 400315/MG | Identification |
| 238. | Friedmann, Feiga 401266/MG | Identification |
| 239. | Friedmann, Fischel 217869/SB | Identification |
| 240. | Friedmann, Hermann 732187/SB | Identification |
| 241. | Friedmann, Jozsef et al 005392/MG | Identification |
| 242. | Friedmann, Juda 300305/SB | Identification |
| 243. | Friedmann, Katharina 401132/MG | Identification |
| 244. | Friedmann, Leo et al 217819/RT | Identification |
| 245. | Friedmann, Lucie et al 400615/RT | Identification |
| 246. | Friedrich 731121/SB | Identification |
| 247. | Fritz 751679/SB | Identification |
| 248. | Froehlich, Bertha et al 213618/RT | Identification |
| 249. | Frohlich, Hans 401308/SB | Identification |
| 250. | Frohlich, Robert 222712 /SB | Identification |
| 251. | Fuchs, Bernhard 707213/SB | Identification |
| 252. | Fuchs, Josef 003381/MG | Identification |
| 253. | Fuchs, Josef 100085/MG | Identification |
| 254. | Fuchs, Maria et al 223757/SB | Identification |
| 255. | Fuchs, Maximilian 700841/MG | Identification |
| 256. | Fuchs, Otto 501461/SB | Identification |
| 257. | Fülöp, Andor et al 217024/RT | Identification |
| 258. | Fülöp, Morne 218896/RT | Identification |
| 259. | Furst 211262/SB; 703573/SB | Identification |
| 260. | Galland 401374/RT | Identification |
| 261. | Ganz 005258/MG | Identification |
| 262. | Geier 771045/SB | Identification |
| 263. | Genchik et al 224124/SB | Identification |
| 264. | Ginsberg 211890/MG | Identification |
| 265. | Glaesner 208448/RT | Identification |

# CLAIMS RESOLUTION TRIBUNAL

| | | |
|---|---|---|
| 266. | Glaser 223239/RT | Identification |
| 267. | Glück, Bernard 000110/MG | Identification |
| 268. | Gluck, Julius 216846/SB | Identification |
| 269. | Gluck, Shulim 500585/RT | Identification |
| 270. | Goldberg, Jacob *et al* 204606 | Identification |
| 271. | Goldberg, Max 704125/SB | Identification |
| 272. | Goldberg, Rosa *et al* 212777/MG | Identification |
| 273. | Goldenberg, Avram 501653/SB | Identification |
| 274. | Goldenberg, Boris 726584/MG; 726862/MG | Identification |
| 275. | Goldmann, David 717816/MG | Identification |
| 276. | Goldmann, David 729368/MG | Identification |
| 277. | Goldmann, Eduard *et al* 214011/SB | Identification |
| 278. | Goldmann, Izidor 211021/RT | Identification |
| 279. | Goldmann, Rudolf 218180/RT | Identification |
| 280. | Goldmann, Rudolf 700734/MG | Identification |
| 281. | Goldmeier 220777/SB | Identification |
| 282. | Goldschmidt, Alice 753646/SB | Identification |
| 283. | Goldschmidt, Hermann 002656/MG | Identification |
| 284. | Goldschmidt, Hermann *et al* 703576/SB | Identification |
| 285. | Goldschmidt, Karl 212163/RT | Identification |
| 286. | Goldschmidt, Karl 774084/MG | Identification |
| 287. | Goldschmidt, Kurt 216106/RT | Identification |
| 288. | Goldschmidt, Kurt 220668/SB | Identification |
| 289. | Goldschmidt, Siegfried 215608/MG | Identification |
| 290. | Goldschmidt, Sophie *et al* 222196/RT | Identification |
| 291. | Goldshtein 740041/RT | Identification |
| 292. | Goldstein, Avram 714775/MG | Identification |
| 293. | Goldstein, Bruno 716053/MG | Identification |
| 294. | Goldstein, Hugo 206099/RT | Identification |
| 295. | Goldstein, Oscar 707169/MG | Identification |
| 296. | Goldstein, Otto 734995/RT | Identification |
| 297. | Goldstein, Wilhelm *et al* 206687/RT | Identification |
| 298. | Gottlieb 223482/RT | Identification |
| 299. | Grimberg, Haim 716984/MG | Identification |
| 300. | Grimberg, Haim *et al* 213921/SB | Identification |
| 301. | Grinberg, Abram *et al* 002061/MG | Identification |
| 302. | Grinberg, David 721857/MG | Identification |
| 303. | Grinberg, David 722172/MG | Identification |
| 304. | Grinberg, Haim 002035/MG | Identification |
| 305. | Grinberg, Henry 716870/MG | Identification |
| 306. | Gross, Adolf 722262/MG | Identification |
| 307. | Gross, Hermina 209381/RT | Identification |
| 308. | Gross, Josef 720407/MG | Identification |
| 309. | Gross, Josef 754270/MG | Identification |
| 310. | Gross, Otto 208693/RT | Identification |

| | | |
|---|---|---|
| 311. | Gross, Otto 720408/MG | Identification |
| 312. | Gross, Rosa 215572/SB | Identification |
| 313. | Gross, Wilhelm 700522/MG | Identification |
| 314. | Grosser 401463/SB | Identification |
| 315. | Grossmann 700692/MG | Identification |
| 316. | Grosz, Adolfo 741174/RT | Identification |
| 317. | Grosz, Sandor 400383/SB | Identification |
| 318. | Gruber, Johanna *et al* 203297/RT | Identification |
| 319. | Gruber, Josef 207986/SB | Identification |
| 320. | Gruenwald 212941/RT | Identification |
| 321. | Grunfeld 222359/RT | Identification |
| 322. | Grünwald, Oskar 700681/MG | Identification |
| 323. | Günsberger, Eugen *et al* 216702/RT | Identification |
| 324. | Gutman, Sara *et al* 773304/SB | Identification |
| 325. | Gutman, Simon 217330/SB | Identification |
| 326. | Gutmann, Henriette 220849/RT | Identification |
| 327. | Gutmann, Jindrich *et al* 204486/RT | Identification |
| 328. | Gutmann, Theresa 401553/SB | Identification |
| 329. | Guttmann, Arpad 772801/SB | Identification |
| 330. | Guttmann, Elmir 213771/RT | Identification |
| 331. | Guttmann, Josef 707628/MG | Identification |
| 332. | Guttmann, Joseph 214062/SB | Identification |
| 333. | Guttmann, Moritz 214312/SB | Identification |
| 334. | Guttmann, Pal 400460/SB; 731809/SB | Identification |
| 335. | Guttmann, Simon 218521/SB | Identification |
| 336. | Guttmann, Stefanie 401722/RT | Identification |
| 337. | Haas 207238/RT | Identification |
| 338. | Hacker, Hans 220029/MG; 741486/MG | Identification |
| 339. | Hacker, Max 222890/SB | Identification |
| 340. | Hahn, Berta 213906/RT | Identification |
| 341. | Hahn, Fred *et al* 206010/RT | Identification |
| 342. | Hahn, Gertrud 501335/SB | Identification |
| 343. | Hahn, Julius *et al* 781887/SB | Identification |
| 344. | Hahn, Mina 401342/RT | Identification |
| 345. | Hahn, Rudolf 501338/SB | Identification |
| 346. | Halász 219289/SB | Identification |
| 347. | Hamber 005299/MG | Identification |
| 348. | Hammerschlag 217780/RT | Identification |
| 349. | Harsfalvi, Bela *et al* 731588/MG | Identification |
| 350. | Hatvany, Ferenc *et al* 221508/RT | Identification |
| 351. | Haymann, Max 215765/SB | Identification |
| 352. | Haymann, Sophie 215768/SB | Identification |
| 353. | Heller, Gustav *et al* 700111/SB | Identification |
| 354. | Heller, Robert 214279/RT | Identification |
| 355. | Hermann, Julius 222737/SB | Identification |

| | | |
|---|---|---|
| 356. | Hermann, Richard 218227/RT | Identification |
| 357. | Herrmann, Charles *et al* 701434/RT | Identification |
| 358. | Herrmann, Heinrich 209900/MG | Identification |
| 359. | Herrmann, Otto 218228/RT | Identification |
| 360. | Hertz, Moritz *et al* 703320SB | Identification |
| 361. | Herz, Bertha 217605/SB | Identification |
| 362. | Herz, Heinrich 782597/MG | Identification |
| 363. | Herz, Herman 217938/SB | Identification |
| 364. | Herz, Leo 700834/MG | Identification |
| 365. | Herz, Leo *et al* 740673/MG | Identification |
| 366. | Herz, Moritz 722383 | Identification |
| 367. | Herzog, Benno 216328/RT | Identification |
| 368. | Herzog, Emil 501488/SB | Identification |
| 369. | Herzog, Paul 501504/SB | Identification |
| 370. | Herzog, Paul 785050/SB | Identification |
| 371. | Hess, Karl 216788/RT | Identification |
| 372. | Hess, Karl 771093/SB | Identification |
| 373. | Heymann 701799/SB | Identification |
| 374. | Hirsch, Abraham *et al* 781633/RT | Identification |
| 375. | Hirsch, Annie 781339/SB | Identification |
| 376. | Hirsch, Arthur *et al* 001529/MG | Identification |
| 377. | Hirsch, Bertha *et al* 206473/RT | Identification |
| 378. | Hirsch, Berthe 786393/RT | Identification |
| 379. | Hirsch, David 401204/RT | Identification |
| 380. | Hirsch, Edith 401210/RT | Identification |
| 381. | Hirsch, Edith 701416/MG | Identification |
| 382. | Hirsch, Elisabeth *et al* 715491/MG | Identification |
| 383. | Hirsch, Ernest 776687/SB | Identification |
| 384. | Hirsch, Ernst 401190/RT | Identification |
| 385. | Hirsch, Eugen 401216/RT | Identification |
| 386. | Hirsch, Ferenc 728366/MG | Identification |
| 387. | Hirsch, Fritz 220620/RT | Identification |
| 388. | Hirsch, Fritz 782017/SB | Identification |
| 389. | Hirsch, Haim 717612/MG | Identification |
| 390. | Hirsch, Hans 783566/MG | Identification |
| 391. | Hirsch, Hermann 752733/MG | Identification |
| 392. | Hirsch, Louis *et al* 773450/SB | Identification |
| 393. | Hirsch, Martha 783565/MG | Identification |
| 394. | Hirsch, Max 783563/MG | Identification |
| 395. | Hirsch, Moritz 224136/MG | Identification |
| 396. | Hirschberg 401505/SB | Identification |
| 397. | Hirschfeld, Wilhelm 400779/RT | Identification |
| 398. | Hirsh 223065/SB | Identification |
| 399. | Hitschmann 216427/SB; 219064/SB | Identification |
| 400. | Hochhauser, Nathan *et al* 735443/MG | Identification |

| 401. | Hoffmann, Elsa 215729/RT | Identification |
| 402. | Hoffmann, Hugo et al 774224/SB | Identification |
| 403. | Hoffmann, Maximilian 000358/MG | Identification |
| 404. | Horn, Anna 401503/MG | Identification |
| 405. | Horn, Otto 401498/MG | Identification |
| 406. | Horn, Walter 709388/RT | Identification |
| 407. | Hornung Henriette 213384/SB | Identification |
| 408. | Hornung, Lilly 223222/RT | Identification |
| 409. | Hornung, Lilly et al 223219/RT | Identification |
| 410. | Horovitz, Lea-Lilly et al 714776/MG | Identification |
| 411. | Horowitz, Kalman et al 208413/RT | Identification |
| 412. | Horowitz; Max 224502/SB | Identification |
| 413. | Ickowicz 221824/SB | Identification |
| 414. | Immerglück et al 214176/RT; 214177/RT; 214178/RT; 214179/RT | Identification |
| 415. | Isaacsohn et al 215623/SB | Identification |
| 416. | Jacobs, Arthur 216238/RT | Identification |
| 417. | Jacoby 211774/RT; 214043/RT | Identification |
| 418. | Jäger 713456/MG | Identification |
| 419. | Jakobs, Robert 701044/RT | Identification |
| 420. | Jonas 401555/MG | Identification |
| 421. | Kagan et al. 214163/RT | Identification |
| 422. | Kahan, David et al 200244/SB | Identification |
| 423. | Kahn, Adolf 215682/SB | Identification |
| 424. | Kahn, Albert 207615/SB | Identification |
| 425. | Kahn, Albert 300478/RT | Identification |
| 426. | Kahn, David 221477/SB | Identification |
| 427. | Kahn, Heinrich et al 222714/SB | Identification |
| 428. | Kahn, Josef 401017/RT | Identification |
| 429. | Kahn, Julius 400929/RT | Identification |
| 430. | Kahn, Maurice 751365/SB | Identification |
| 431. | Kaiser, Adolf 735929/MG | Identification |
| 432. | Kaiser, Ilona 206325/RT | Identification |
| 433. | Kallmann, Heinz et al 718424/MG | Identification |
| 434. | Kàlmàn 210236/RT | Identification |
| 435. | Kammer 400323/RT | Identification |
| 436. | Kann 211766/RT | Identification |
| 437. | Kaplan, Moses 217390/SB | Identification |
| 438. | Kaplan, Moshe 717130/MG | Identification |
| 439. | Karplus, Johann et al 223151/SB | Identification |
| 440. | Karplus, Paul 221013/SB | Identification |
| 441. | Katz, Abraham 711175/MG | Identification |
| 442. | Katz, Abraham 784179/SB | Identification |
| 443. | Katz, Adolf 215309/SB | Identification |
| 444. | Katz, Alfred et al 721018/MG | Identification |
| 445. | Katz, Ana 736589/SB | Identification |

| | | |
|---|---|---|
| 446. | Katz, Bernhard 217059/RT | Identification |
| 447. | Katz, David 778822/SB | Identification |
| 448. | Katz, David 780324/SB | Identification |
| 449. | Katz, David 783886/SB | Identification |
| 450. | Katz, David 786895/SB | Identification |
| 451. | Katz, David 787507/SB | Identification |
| 452. | Katz, Emil 704131/SB | Identification |
| 453. | Katz, Emil 784139/MG | Identification |
| 454. | Katz, Hugo 401417/SB | Identification |
| 455. | Katz, Isidor 002491/MG; 002494/MG; 004400/MG | Identification |
| 456. | Katz, Jacob 715156/MG | Identification |
| 457. | Katz, Jacob 735708/MG | Identification |
| 458. | Katz, Jakob 211362/RT | Identification |
| 459. | Katz, Johanna 772931/SB | Identification |
| 460. | Katz, Josef 716501/MG | Identification |
| 461. | Katz, Josef 720198/MG | Identification |
| 462. | Katz, Josef 777469/SB | Identification |
| 463. | Katz, Karl 724153/MG | Identification |
| 464. | Katz, Menyhert 771306/SB | Identification |
| 465. | Katz, Menyhert 774440/SB | Identification |
| 466. | Katz, Menyhert 775638/SB | Identification |
| 467. | Katz, Paul 772930/SB | Identification |
| 468. | Katz, Paul et al 774776/SB | Identification |
| 469. | Katz, Paula et al 771670/SB | Identification |
| 470. | Kauffmann, Ernst 205959/SB | Identification |
| 471. | Kauffmann, Herta 216907/RT | Identification |
| 472. | Kaufman, Arthur et al 217108/SB | Identification |
| 473. | Kaufman, Sam 701835/SB | Identification |
| 474. | Kaufmann, Albert 224064/SB | Identification |
| 475. | Kaufmann, Ernst 220258 | Identification |
| 476. | Kaufmann, Eugen 787106/MG | Identification |
| 477. | Kaufmann, Hermann 220256/SB | Identification |
| 478. | Kaufmann, Ida 400953/RT | Identification |
| 479. | Kaufmann, Julius 222739/SB | Identification |
| 480. | Kaufmann, Moritz 500700/SB | Identification |
| 481. | Kaufmann; Werner 719615/MG | Identification |
| 482. | Keller, Fritz 401581/RT | Identification |
| 483. | Keller, Johanna 500991/SB | Identification |
| 484. | Kesler, Arthur 218070/SB | Identification |
| 485. | Kessler, Otto et al 211273/RT | Identification |
| 486. | Kisch 400950/SB | Identification |
| 487. | Kiss 731682/SB | Identification |
| 488. | Klein, Albert 729363/MG | Identification |
| 489. | Klein, Albert 732123/RT | Identification |
| 490. | Klein, David 213330/SB | Identification |

| | | |
|---|---|---|
| 491. | Klein, David 214929/SB | Identification |
| 492. | Klein, David 215422/SB | Identification |
| 493. | Klein, David 703659/SB | Identification |
| 494. | Klein, David 713922/MG | Identification |
| 495. | Klein, David 782732/SB | Identification |
| 496. | Klein, Dezsö *et al* 200242/RT; 200260/RT; 204829/RT | Identification |
| 497. | Klein, Emanuel 740618/MG | Identification |
| 498. | Klein, Emanuel 775940/SB | Identification |
| 499. | Stern-Einhorn *et al* 222753/RT | Identification |
| 500. | Stransky 401479/SB | Identification |