UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :    Case No. CV 96-4849 (ERK)(MDG)
IN RE: HOLOCAUST VICTIM ASSETS                              :    (Consolidated with CV 96-5161
LITIGATION                                                  :    and CV 97-461)
                                                            :
----------------------------------------------------------- :
                                                            :
This Document Relates to: All Cases                         :    MEMORANDUM & ORDER
                                                            :
                                                            :
                                                            :
----------------------------------------------------------- X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
JUN 15 2006
BROOKLYN OFFICE

## MEMORANDUM & ORDER APPROVING SET 167: 500 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal ("CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 500 certified Award Denials listed in Annex A.

With this one hundred and sixty-seventh set, a total of 4,744 Certified Denials to 9,911 accounts will have been approved under CRT II. In 4,614 of these 4,744 Denials, the CRT concluded that the Claimant was not able to identify his or her relative as the account owner, in 97 cases the CRT concluded that the account owner closed the account and received the proceeds him/herself, in 28 cases the CRT determined that the Claimant was not entitled to the account owner's account, and in 5 cases the CRT determined that the evidence submitted by the Claimant was insufficient to support the existence of a bank account belonging to the Claimant's relative.

Therefore, it is hereby

ORDERED that the attached 500 Award Denials are hereby approved for release to the relevant Claimants.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award Denial which information shall be filed with the Court under seal.

Dated:   Brooklyn, New York
         June 23, 2008                          SO ORDERED:

                                                    s/Edward R. Korman
                                                   Edward R. Korman
                                                   United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 20 June 2008 the following Award Denials for approval by the Court:

| | | |
|---|---|---|
| 1. | Klein, Emil 211240/SB | Identification |
| 2. | Klein, Eugen 212722/SB | Identification |
| 3. | Klein, Eugen 221963/SB | Identification |
| 4. | Klein, Eugen 702425/SB | Identification |
| 5. | Klein, Eugen 740587/MG | Identification |
| 6. | Klein, Eugen 740631/MG | Identification |
| 7. | Klein, Eugen 753238/SB | Identification |
| 8. | Klein, Eugen 770447/SB | Identification |
| 9. | Klein, Friedrich *et al* 401425/RT | Identification |
| 10. | Klein, Geza 209409/SB; 400198/MG | Identification |
| 11. | Klein, Goldie 400937/SB | Identification |
| 12. | Klein, Gyula 207963/RT | Identification |
| 13. | Klein, Herman *et al* 223477/RT | Identification |
| 14. | Klein, Hugo 213874/RT | Identification |
| 15. | Klein, Irene 789439/SB | Identification |
| 16. | Klein, Jacob 719034/MG | Identification |
| 17. | Klein, Jakob 207498/SB | Identification |
| 18. | Klein, Jeno 400579/SB | Identification |
| 19. | Klein, Jenö 223358/RT | Identification |
| 20. | Klein, Josef 718106/MG | Identification |
| 21. | Klein, Josef 736055/RT | Identification |
| 22. | Klein, Josef 772882/SB | Identification |
| 23. | Klein, Josef 785084/SB | Identification |
| 24. | Klein, Joseph 216934/SB | Identification |
| 25. | Klein, Joseph 218120/SB | Identification |
| 26. | Klein, Joseph 711562/MG | Identification |
| 27. | Klein, Joseph 719331/MG | Identification |
| 28. | Klein, Joseph *et al* 701714/SB | Identification |
| 29. | Klein, Jozef 721493/MG | Identification |
| 30. | Klein, Jozsef 224394/SB | Identification |
| 31. | Klein, Julius 715963/MG | Identification |
| 32. | Klein, Julius 772666/SB | Identification |
| 33. | Klein, Leo 730234/SB | Identification |
| 34. | Klein, Leopold *et al* 201814/SB | Identification |
| 35. | Klein, Louis *et al* 781930/SB | Identification |
| 36. | Klein, Magdalena *et al* 725868/MG | Identification |
| 37. | Klein, Moses 790445/MG | Identification |
| 38. | Klein, Otto 218934/SB; 218933/SB | Identification |
| 39. | Klein, Rosa 223476/RT | Identification |
| 40. | Klein, Salamon *et al* 775917/SB | Identification |

| | | |
|---|---|---|
| 41. | Klein, Salomon 726356/MG | Identification |
| 42. | Klein, Solomon 206533/RT | Identification |
| 43. | Klein, Viktor 209043/SB; 730546/SB; 732713/SB | Identification |
| 44. | Klein, Wilhelm 712476/MG | Identification |
| 45. | Kleinova *et al* 209507/RT | Identification |
| 46. | Klein-Tannenbaum, Luise *et al* 701106/SB | Identification |
| 47. | Klinger, Emil 400239/MG | Identification |
| 48. | Klinger, Lilly 210650/RT | Identification |
| 49. | Koch 778253/SB | Identification |
| 50. | Kogan, Eugenia *et al* 208366/RT | Identification |
| 51. | Kogan, Moyssey 208615/SB | Identification |
| 52. | Kohn, David 736112/RT | Identification |
| 53. | Kohn, Emil 220558/SB | Identification |
| 54. | Kohn, Emil *et al* 740806/RT | Identification |
| 55. | Kohn, Felix 773794/SB | Identification |
| 56. | Kohn, Karl 740382/MG | Identification |
| 57. | Kohn, Martha 218909/SB | Identification |
| 58. | Kohn, Martha 710373/MG | Identification |
| 59. | Kohn, Martha 718318/MG | Identification |
| 60. | Kohn, Sigmund 401700/MG | Identification |
| 61. | Kolski 219248/RT | Identification |
| 62. | Kon 401707/MG | Identification |
| 63. | Konig 774215/SB | Identification |
| 64. | Koppelmann *et al* 224404/SB | Identification |
| 65. | Körner, Alfred 205927/RT | Identification |
| 66. | Körner, Alfred 214189/RT | Identification |
| 67. | Kornfein *et al* 224347/SB | Identification |
| 68. | Kos 708280/RT | Identification |
| 69. | Kramer 750996/SB | Identification |
| 70. | Kraus, Albert *et al* 718070/MG | Identification |
| 71. | Kraus, Hugo 723756/MG | Identification |
| 72. | Kraus, Joseph *et al* 776717/SB | Identification |
| 73. | Krause, Georg 400351/MG | Identification |
| 74. | Krauss, Elisabeth 001988/MG | Identification |
| 75. | Krauss, Elisabeth 712193/MG | Identification |
| 76. | Krauss, Elisabeth *et al* 725478/MG | Identification |
| 77. | Krausz 729797/MG | Identification |
| 78. | Kuperberg 001263/MG | Identification |
| 79. | Kurschner 220090/RT | Identification |
| 80. | Lachmann 217135/SB | Identification |
| 81. | Landau 705406/SB | Identification |
| 82. | Langer, Frederick 219579/SB | Identification |
| 83. | Langer, Heinrich *et al* 219454/SB | Identification |
| 84. | Langer, Josef 222203/RT | Identification |
| 85. | Langer, Max 704533/MG | Identification |

| | | |
|---|---|---|
| 86. | Langer, Olga et al 718610/MG | Identification |
| 87. | Lau 501024/SB | Identification |
| 88. | Laufer et al 716417/MG | Identification |
| 89. | Lederer 401785/SB | Identification |
| 90. | Lehmann 784946/RT | Identification |
| 91. | Levi, Anna 713901/MG | Identification |
| 92. | Levi, Josef 726890/MG | Identification |
| 93. | Levi, Paula 401456/SB | Identification |
| 94. | Levin, Dora et al 223028/SB | Identification |
| 95. | Levin, Erna 703971/MG | Identification |
| 96. | Levy, Adolf 788377/SB | Identification |
| 97. | Lévy, Arthur 400623/MG | Identification |
| 98. | Levy, Artur 223383/MG | Identification |
| 99. | Levy, Benjamin 219760/SB | Identification |
| 100. | Levy, Carl 223765/SB | Identification |
| 101. | Levy, Edmond et al 707403/MG; 708003/MG | Identification |
| 102. | Levy, Hana et al 715942/MG | Identification |
| 103. | Levy, Hans 788763/RT | Identification |
| 104. | Levy, Israel 400811/MG | Identification |
| 105. | Levy, Jules et al 707968/RT | Identification |
| 106. | Levy, Julien 208687/SB | Identification |
| 107. | Levy, Julius 787080/SB | Identification |
| 108. | Levy, Klara 718074/MG | Identification |
| 109. | Levy, Leo 771959/SB | Identification |
| 110. | Levy, Leopold 705835/SB | Identification |
| 111. | Levy, Louis 701277/RT | Identification |
| 112. | Levy, Otto 736049/MG | Identification |
| 113. | Levy, Otto 736050/MG | Identification |
| 114. | Levy, Paul 216610/SB | Identification |
| 115. | Levy, Paul 773239/SB | Identification |
| 116. | Levy, Paula 779483/SB | Identification |
| 117. | Levy, Rene-Charles 707092/MG | Identification |
| 118. | Lewin, Bruno 216066/RT | Identification |
| 119. | Lewin, Leopold 401452/SB | Identification |
| 120. | Lewin, Lipman 218181/SB | Identification |
| 121. | Lewy, Erich 004212/MG | Identification |
| 122. | Lewy, Erich 751771/SB | Identification |
| 123. | Liebermann 401921/MG | Identification |
| 124. | Liebes et al 209887/SB | Identification |
| 125. | Lindheim et al 200577/SB; 300177/SB; 300208/SB; 300297/SB | Identification |
| 126. | Lion 700059/MG | Identification |
| 127. | Lipschitz, Avraham 501008/RT | Identification |
| 128. | Lipschitz, Sandor 218126/RT | Identification |
| 129. | Littman 211527/SB | Identification |
| 130. | Loewenthal 751151/SB | |

| | | |
|---|---|---|
| 131. | Loewy 216455/SB | Identification |
| 132. | Lovinger 223885/SB | Identification |
| 133. | Löwenrosen 215821/SB | Identification |
| 134. | Löwenstein *et al* 216339/RT | Identification |
| 135. | Lowinger, Adalbert 215097/SB | Identification |
| 136. | Löwinger, Berta 212187/MG | Identification |
| 137. | Löwy, Ernst 208490/RT | Identification |
| 138. | Löwy, Karel *et al* 500049/RT | Identification |
| 139. | Lowy, Max 214017/SB | Identification |
| 140. | Lubowski 401372/RT | Identification |
| 141. | Lutfag *et al* 719188/MG | Identification |
| 142. | Magnus, Julius 217307/RT | Identification |
| 143. | Mahler 700645/MG | Identification |
| 144. | Manczyk, Mosze *et al* 205350/SB | Identification |
| 145. | Mandel, Max 400462/MG | Identification |
| 146. | Mandl, Fritz 400481/MG | Identification |
| 147. | Mandler 400275/MG | Identification |
| 148. | Marcus *et al* 222497/SB | Identification |
| 149. | Margulies 218052/SB | Identification |
| 150. | Markovic, Izidor *et al* 776181/SB | Identification |
| 151. | Martin 206896/RT | Identification |
| 152. | Marx, Alice 217768/RT | Identification |
| 153. | Marx, Gottfried 779441/SB | Identification |
| 154. | Marx, Martha *et al* 708736/RT | Identification |
| 155. | Marx, Max *et al* 217745/RT | Identification |
| 156. | Maschke, Helene 219766/RT | Identification |
| 157. | Maschke, Helene 220836/RT | Identification |
| 158. | Maschke, Helene 220837/MG | Identification |
| 159. | Mayer, Alice 401228/MG | Identification |
| 160. | Mayer, Alice 401853/SB | Identification |
| 161. | Mayer, Ernestine 000937/SB; 215969/SB; 712945/SB | Identification |
| 162. | Mayer, Heinrich 500714/SB | Identification |
| 163. | Mayer, Hermann 003862/MG | Identification |
| 164. | Mayer, Leo 775264/MG | Identification |
| 165. | Mayer, Moritz 400789/MG | Identification |
| 166. | Mayer, Moritz 400927/MG | Identification |
| 167. | Mayer, Moritz 719682/MG | Identification |
| 168. | Mayer, Paul 400790/MG | Identification |
| 169. | Mendel, Max 223129/RT | Identification |
| 170. | Mendel, Max 707915/SB | Identification |
| 171. | Mendel, Max 721788/MG | Identification |
| 172. | Messner *et al* 206507/RT | Identification |
| 173. | Meyer, Alice 400920/RT | Identification |
| 174. | Meyer, Bernhard 223118/RT | Identification |
| 175. | Meyer, Georg 772551/SB | Identification |

| | | |
|---|---|---|
| 176. | Meyer, Henriette 218947/RT; 224208/RT | Identification |
| 177. | Meyer, Herbert 784402/SB | Identification |
| 178. | Meyer, Max 219670/SB | Identification |
| 179. | Michaelis 214006/RT | Identification |
| 180. | Miller 206591/RT | Identification |
| 181. | Mohr, Berta *et al* 720052/MG | Identification |
| 182. | Mohr, Emil 401248/SB | Identification |
| 183. | Molnar, Julius *et al* 206632/RT | Identification |
| 184. | Morein *et al* 214906/RT | Identification |
| 185. | Moscovici 003080/MG | Identification |
| 186. | Moses 726173/MG | Identification |
| 187. | Mueller, Hermann *et al* 003445/MG | Identification |
| 188. | Muller, Adolf 740611/SB | Identification |
| 189. | Müller, Arthur 401151/RT | Identification |
| 190. | Müller, Emilie 401650/MG | Identification |
| 191. | Müller, Eugen 401762/MG | Identification |
| 192. | Muller, George 715571/MG | Identification |
| 193. | Müller, Gyula 221601/RT | Identification |
| 194. | Muller, Hanna 722786/MG | Identification |
| 195. | Müller, Hedwig *et al* 401160/MG | Identification |
| 196. | Müller, Helena 217415/SB; 400473/SB | Identification |
| 197. | Müller, Hugo *et al* 702869/MG | Identification |
| 198. | Müller, Hugo *et al* 753010/MG | Identification |
| 199. | Müller, Ilona 733281/RT | Identification |
| 200. | Muller, Jules 401643/MG | Identification |
| 201. | Muller, Louis *et al* 204302/RT | Identification |
| 202. | Muller, Simon 754538/RT | Identification |
| 203. | Müller, Therese 220821/RT | Identification |
| 204. | Munczner 703599/SB | Identification |
| 205. | Naumann 401258/MG | Identification |
| 206. | Navon 003664/MG | Identification |
| 207. | Nebel, Fritz *et al* 400338/SB | Identification |
| 208. | Neufeld, Alexander 401878/SB | Identification |
| 209. | Neufeld, Alexander 700085/SB | Identification |
| 210. | Neumann, Alexander 400846/SB | Identification |
| 211. | Neumann, Arthur 215615/SB | Identification |
| 212. | Neumann, Freida 702545/SB | Identification |
| 213. | Neumann, Hanus 700348/MG | Identification |
| 214. | Neumann, Hanus 700739/MG | Identification |
| 215. | Neumann, Louis *et al* 201472/RT | Identification |
| 216. | Neumann, Max 214727/SB | Identification |
| 217. | Neumann, Miriam *et al* 000496/MG | Identification |
| 218. | Neumann, Norbert 214724/SB | Identification |
| 219. | Neumann, Robert 401970/MG | Identification |
| 220. | Neumann, Wilhelm *et al* 222824/RT | Identification |

| # | Name | Status |
|---|---|---|
| 221. | Nochimowski et al 005267/MG | Identification |
| 222. | Nussbaum, Ida 216786/RT | Identification |
| 223. | Nussbaum, Ida 401861/SB | Identification |
| 224. | Odenwald 204229/SB | Identification |
| 225. | Oesterreicher, Emil et al 222696/RT | Identification |
| 226. | Oppenheimer, Hans 210907/SB | Identification |
| 227. | Oppenheimer, Hans 705366/SB | Identification |
| 228. | Oppenheimer, Otto 214879/SB | Identification |
| 229. | Oppenheimer, Paul 705363/SB | Identification |
| 230. | Oppenheimer, Zilli 210011/RT; 211256/RT | Identification |
| 231. | Parker 500711/SB | Identification |
| 232. | Pashevskaj 779440/RT | Identification |
| 233. | Paszto-Stern, Josef et al 701960/SB | Identification |
| 234. | Perels 215420/SB | Identification |
| 235. | Perl, Edgar 213758/RT | Identification |
| 236. | Perl, Rosa 771872/SB | Identification |
| 237. | Peter et al 300422/SB; 300423/SB | Identification |
| 238. | Pfeifer, Maria 400295/MG | Identification |
| 239. | Pfeiffer, Sophie 005369/MG | Identification |
| 240. | Pfeiffer, Sophie 213868/RT | Identification |
| 241. | Pick, Else et al 216679/SB | Identification |
| 242. | Pick, Irma et al 721621/MG | Identification |
| 243. | Pick, Ludwig 213498/SB | Identification |
| 244. | Pick, Rudolf 216208/RT | Identification |
| 245. | Polak, Menachem 720267/MG | Identification |
| 246. | Polar, Leib 500984/SB | Identification |
| 247. | Pollak, Aleksander 777788/SB | Identification |
| 248. | Pollak, Alfons 775748/MG | Identification |
| 249. | Pollak, Anna 714328/MG | Identification |
| 250. | Pollak, Edith 741868/RT | Identification |
| 251. | Pollak, Else 201285/MG | Identification |
| 252. | Pollak, Ferenc 778644/SB | Identification |
| 253. | Pollak, Gabriel 217449/RT | Identification |
| 254. | Pollak, Ida 223261/RT | Identification |
| 255. | Pollak, Josef 219546/SB | Identification |
| 256. | Pollak, Josef et al 710181/RT | Identification |
| 257. | Pollak, Julius 218156/SB | Identification |
| 258. | Pollak, Karl et al 501189/SB | Identification |
| 259. | Pollak, Moric 221305/RT | Identification |
| 260. | Pollak, Moriz et al 220739/SB | Identification |
| 261. | Pollak, Nandor et al 204811/RT | Identification |
| 262. | Pollak, Oskar 209089/RT | Identification |
| 263. | Pollak, Oskar et al 221722/RT | Identification |
| 264. | Pollak, Otto 219475/SB | Identification |
| 265. | Pollak, Rudolf 223265/RT | Identification |

| | | |
|---|---|---|
| 266. | Pollak, Ruth 725229/RT | Identification |
| 267. | Pollak, Salomon *et al* 716582/MG | Identification |
| 268. | Popper 732670/SB | Identification |
| 269. | Poznanski 202154/RT | Identification |
| 270. | Rabinek 222302/RT | Identification |
| 271. | Rabinowitsch 400216/MG | Identification |
| 272. | Rado, Alexandre 732230/RT | Identification |
| 273. | Rado, Marta *et al* 208626/RT; 741995/RT | Identification |
| 274. | Rado, Sandor 220671/RT | Identification |
| 275. | Rappaport 401349/RT | Identification |
| 276. | Raymer 300243/SB | Identification |
| 277. | Redlich 223212/RT | Identification |
| 278. | Regensburger 004392/MG | Identification |
| 279. | Reich, Elisabeth 223332/RT; 223921/RT | Identification |
| 280. | Reich, Elizabeta 206492/RT | Identification |
| 281. | Reich, Josef 734590/MG | Identification |
| 282. | Reich, Rose 400649/RT | Identification |
| 283. | Reinhardt, Elisabeth 709298/MG | Identification |
| 284. | Reinhardt, Karl *et al* 215924/RT | Identification |
| 285. | Reisner *et al* 201616/SB; 702498/SB | Identification |
| 286. | Richter *et al* 003967/MG | Identification |
| 287. | Ritter, Eli *et al* 726105/MG | Identification |
| 288. | Ritter, Regina 706990/MG | Identification |
| 289. | Robinsohn 400287/MG | Identification |
| 290. | Roos *et al* 217877/SB | Identification |
| 291. | Rosen 222285/SB | Identification |
| 292. | Rosenbaum, Gisela 400563/MG | Identification |
| 293. | Rosenbaum, Max 400368/RT | Identification |
| 294. | Rosenbaum, Max 400564/MG | Identification |
| 295. | Rosenberg, Dragutin 219392 /SB | Identification |
| 296. | Rosenberg, Hermann 501311/SB | Identification |
| 297. | Rosenberg, Hermann 501440/SB | Identification |
| 298. | Rosenberg, Hermann 733441/RT | Identification |
| 299. | Rosenberg, Ignaz 777895/SB; 782323/SB | Identification |
| 300. | Rosenberg, Jakob 219053/SB | Identification |
| 301. | Rosenberg, Julius *et al* 778657/SB | Identification |
| 302. | Rosenblatt *et al* 219744/SB | Identification |
| 303. | Rosenfeld, Albert 210086/SB | Identification |
| 304. | Rosenfeld, Josef 401402/SB | Identification |
| 305. | Rosenfeld, Leopold 700225/RT | Identification |
| 306. | Rosenfeld, Paul 401393/RT | Identification |
| 307. | Rosenkranz 400904/RT | Identification |
| 308. | Rosenthal, Bertha 209992/SB | Identification |
| 309. | Rosenthal, Fritz *et al* 217063/RT | Identification |
| 310. | Rosenthal, Hermann 400810/SB | Identification |

| | | |
|---|---|---|
| 311. | Rosenthal, Josef 208171/SB | Identification |
| 312. | Rosenthal, Josef 300365/SB | Identification |
| 313. | Rosenthal, Josef 784482/MG | Identification |
| 314. | Rosenthal, Josef et al 704538/SB | Identification |
| 315. | Rosenthal, Ludwig 400728/RT | Identification |
| 316. | Rosenthal, Simon et al 200587/MG | Identification |
| 317. | Rosenthal, Trude 401809/SB | Identification |
| 318. | Rosenthal, Willi 401437/SB | Identification |
| 319. | Rosenzweig et al 400419/MG | Identification |
| 320. | Roth, Dezso 221372/SB | Identification |
| 321. | Roth, Edith 714632/MG | Identification |
| 322. | Roth, Edith 720370/MG | Identification |
| 323. | Roth, Iakab 736165/MG | Identification |
| 324. | Roth, Jenö et al 715979/MG | Identification |
| 325. | Roth, Nathan 781879/MG | Identification |
| 326. | Rothschild, Bertha 221189/RT | Identification |
| 327. | Rothschild, Bertha 222912/SB | Identification |
| 328. | Rothschild, Henry 213673/RT | Identification |
| 329. | Rothschild, Ida 213674/RT | Identification |
| 330. | Rothschild, Johanna et al 213851/SB | Identification |
| 331. | Rozenfeld et al 212244/SB | Identification |
| 332. | Rozsa et al 200515/RT | Identification |
| 333. | Rubin, Frieda et al 222290/SB | Identification |
| 334. | Rubin, Maurice 400732/SB | Identification |
| 335. | Rubinstein, Rachel 718344/MG | Identification |
| 336. | Rubinstein, Symcha 206813/RT | Identification |
| 337. | Sachs, Georg et al 771860/SB | Identification |
| 338. | Sachs, Hans 401292/RT | Identification |
| 339. | Salomon, Fritz 709492/RT | Identification |
| 340. | Salomon, Max 782428/SB | Identification |
| 341. | Samuel 731125/MG | Identification |
| 342. | Schacht 401247 /RT | Identification |
| 343. | Schaefer, Friedrich 220408/RT | Identification |
| 344. | Schaeffer, Mathilde 401783/SB | Identification |
| 345. | Scharf 204490/RT | Identification |
| 346. | Schiff et al 217887/RT | Identification |
| 347. | Schlesinger 300535/SB | Identification |
| 348. | Schmidt, Adolf 731137/MG | Identification |
| 349. | Schmidt, Albert 206111/RT | Identification |
| 350. | Schmidt, Heinrich 750815/SB | Identification |
| 351. | Schmidt, Julius 776914/SB | Identification |
| 352. | Schmidt, Julius et al 218157/RT | Identification |
| 353. | Schmitz et al 400991/RT | Identification |
| 354. | Schneider, Alexander 005156/MG | Identification |
| 355. | Schneider, Wilhelm 718322/MG | Identification |

| | | |
|---|---|---|
| 356. | Schnitzer 213953/SB | Identification |
| 357. | Schon 215340/SB; 300633/SB | Identification |
| 358. | Schonfeld 402033/SB | Identification |
| 359. | Schreier et al 770509/SB | Identification |
| 360. | Schubert, Henri 710819/MG; 714278/MG | Identification |
| 361. | Schubert, Louis et al 776174/MG | Identification |
| 362. | Schutz 401530/SB | Identification |
| 363. | Schwarcz, Bela 221813/RT | Identification |
| 364. | Schwarcz, Bela et al 218954/SB | Identification |
| 365. | Schwarcz, Samuel 217858/SB | Identification |
| 366. | Schwartz, Adolf 782918/SB | Identification |
| 367. | Schwartz, Alexander 214480/RT | Identification |
| 368. | Schwartz, Alexander 217200/RT | Identification |
| 369. | Schwartz, David 212149/SB | Identification |
| 370. | Schwartz, Jacob 775712/MG | Identification |
| 371. | Schwartz, Samuel 212148/SB | Identification |
| 372. | Schwartz, Sandor et al 206521/RT; 500048/RT | Identification |
| 373. | Schwartz, Sandor et al 206849/RT | Identification |
| 374. | Schwarz, Avraham 713859/MG | Identification |
| 375. | Schwarz, Bedrich 401611/RT | Identification |
| 376. | Schwarz, David et al 720880/MG | Identification |
| 377. | Schwarz, Edwin 400324/RT | Identification |
| 378. | Schwarz, Egon 400872/SB | Identification |
| 379. | Schwarz, Emanuel 401661/RT | Identification |
| 380. | Schwarz, Fritz 501602/SB | Identification |
| 381. | Schwarz, Heinrich 220806/RT | Identification |
| 382. | Schwarz, Jacob 001093/MG | Identification |
| 383. | Schwarz, Jakob 400332/RT | Identification |
| 384. | Schwarz, Jakob 400752/MG | Identification |
| 385. | Schwarz, Karl et al 210159/RT; 750356/RT | Identification |
| 386. | Schwarz, Marton et al 210936/SB | Identification |
| 387. | Schwarz, Max 711352/MG | Identification |
| 388. | Schwarz, Max 720390/MG | Identification |
| 389. | Schwarz, Miriam 401118/MG | Identification |
| 390. | Schwarz, Richard 401614/RT | Identification |
| 391. | Schwarz, Sandor 400862/MG | Identification |
| 392. | Schwarz, Siegfried 781575/SB | Identification |
| 393. | Schwarz, Siegfried et al 783329/SB | Identification |
| 394. | Schwarzmann et al 213952/SB | Identification |
| 395. | Schweizer 300704/SB | Identification |
| 396. | Seeman, Sobel et al 203091/RT | Identification |
| 397. | Segal, Ida 218293/RT | Identification |
| 398. | Segal, Simon et al 223397/SB | Identification |
| 399. | Seidel et al 779398/SB | Identification |
| 400. | Seifert 782087/SB | Identification |

| | | |
|---|---|---|
| 401. | Shaefer 221501/SB | Identification |
| 402. | Shlayen *et al* 214731/SB | Identification |
| 403. | Silber *et al* 211986/MG | Identification |
| 404. | Silberstein, Hermann 213877/RT | Identification |
| 405. | Silberstein, Markus *et al* 206864/MG | Identification |
| 406. | Silbiger 754009/MG | Identification |
| 407. | Simon, Albert 501718/SB | Identification |
| 408. | Simon, Gertrud 219802/MG | Identification |
| 409. | Simon, Josef 721567/MG | Identification |
| 410. | Simon, Max 401648/MG | Identification |
| 411. | Simon, Rose 401675/MG | Identification |
| 412. | Singer, Felix *et al* 210914/RT | Identification |
| 413. | Singer, Marianne *et al* 216978/MG | Identification |
| 414. | Singer, Nina *et al* 777229/SB | Identification |
| 415. | Singer, Oscar *et al* 206643/RT; 773298/RT | Identification |
| 416. | Spiegel, Arnold 710684/MG | Identification |
| 417. | Spiegelglass, Chaskel *et al* 789045/MG | Identification |
| 418. | Spira 214523/SB | Identification |
| 419. | Spirer, Rozalia *et al* 214597/RT; 217963/RT | Identification |
| 420. | Spitz 400857/MG | Identification |
| 421. | Spitzer, Ernst *et al* 717085/MG | Identification |
| 422. | Spitzer, Ernst *et al* 717189/MG | Identification |
| 423. | Spitzer, Ernst *et al* 719942/MG | Identification |
| 424. | Spitzer, Helene 401623/SB | Identification |
| 425. | Spitzer, Jacob 781031/MG | Identification |
| 426. | Spitzer, Samuel 400334/MG | Identification |
| 427. | Spitzer, Siegfried 400360/MG | Identification |
| 428. | Spitzer, Sophie 400941/SB | Identification |
| 429. | Springer 772126/SB | Identification |
| 430. | Stein, Alfred *et al* 215823/RT | Identification |
| 431. | Stein, Ernest 774847/SB | Identification |
| 432. | Stein, Fritz 401797/MG | Identification |
| 433. | Stein, Josef 722186/MG | Identification |
| 434. | Stein, Martha 774666/SB | Identification |
| 435. | Stein, Siegfried 400230/MG | Identification |
| 436. | Steiner, Adolf 728984/MG; 729011/MG | Identification |
| 437. | Steiner, Adolf 733329/MG | Identification |
| 438. | Steiner, Aladar 221143/SB | Identification |
| 439. | Steiner, Frieda 213696/RT | Identification |
| 440. | Steiner, Fritz 209919/SB; 704044/SB | Identification |
| 441. | Steiner, Helen 212546/RT | Identification |
| 442. | Steiner, Josef 715011/MG | Identification |
| 443. | Steiner, Josef 723109/MG | Identification |
| 444. | Steiner, Josef *et al* 004438/MG | Identification |
| 445. | Steiner, Joseph *et al* 208683/RT; 735734/RT; 736072/RT | Identification |

| | | |
|---|---|---|
| 446. | Steiner, Jozsef 713398/MG | Identification |
| 447. | Steiner, Max 001246/MG | Identification |
| 448. | Steiner, Pal *et al* 790597/MG | Identification |
| 449. | Steiner, Regina *et al* 718206/MG | Identification |
| 450. | Steiner, Rudolf 727710/MG | Identification |
| 451. | Steinhardt *et al* 214247/SB; 215319/SB | Identification |
| 452. | Stern, Adele 701913/MG | Identification |
| 453. | Stern, Erich *et al* 401609/RT | Identification |
| 454. | Stern, Ferenc 729744/MG | Identification |
| 455. | Stern, Heinrich 783413/SB | Identification |
| 456. | Stern, Hilda 778911/SB | Identification |
| 457. | Stern, Ida 217005/SB | Identification |
| 458. | Stern, Jakab 785449/SB | Identification |
| 459. | Stern, Johanna 220379/SB | Identification |
| 460. | Stern, Josef 783913/MG | Identification |
| 461. | Stern, Joseph *et al* 782959/SB | Identification |
| 462. | Stern, Marcus 778193/SB | Identification |
| 463. | Stern, Margaret 753609/SB | Identification |
| 464. | Stern, Max 401073/RT | Identification |
| 465. | Stern, Moritz 710842/MG | Identification |
| 466. | Stern, Paul 774772/SB | Identification |
| 467. | Stern, Paul 783820/SB | Identification |
| 468. | Stern, Paul 784368/MG | Identification |
| 469. | Stern, Regina 771619/SB | Identification |
| 470. | Stern, Regine 222220/RT | Identification |
| 471. | Stern, Samuel 714871/MG | Identification |
| 472. | Stern, Samuel 724945/MG | Identification |
| 473. | Stern, Samuel 776920/SB | Identification |
| 474. | Stern, Samuel 782521/SB | Identification |
| 475. | Stern, Samuel *et al* 770789/SB | Identification |
| 476. | Sternberg, Hans 219292/SB | Identification |
| 477. | Sternberg, Morris 400371/SB | Identification |
| 478. | Stevens 204444/SB | Identification |
| 479. | Stiefel, Herman *et al* 216762/RT | Identification |
| 480. | Straus, Lili 501126/SB | Identification |
| 481. | Strauss, Alfred *et al* 222963/RT | Identification |
| 482. | Strauss, Anna-Marie *et al* 701025/RT | Identification |
| 483. | Strauss, Anna-Marie *et al* 701026/RT | Identification |
| 484. | Strauss, Berthold 213755/SB | Identification |
| 485. | Strauss, Hermann 210093/RT | Identification |
| 486. | Strauss, Jules 750446/SB | Identification |
| 487. | Strauss, Max 776676/SB | Identification |
| 488. | Strauss, Miksa 401400/MG | Identification |
| 489. | Strauss, Moses 784109/SB | Identification |
| 490. | Strauss, Paula 401565/MG | Identification |

| 491. | Strauss, Siegfried 778732/SB | Identification |
| 492. | Strauss, Willi *et al* 705251/SB | Identification |
| 493. | Sussmann 401860/MG | Identification |
| 494. | Szaberszky *et al* 220276/RT | Identification |
| 495. | Szajbe 400748/SB | Identification |
| 496. | Szego *et al* 773268/SB | Identification |
| 497. | Szekely, Laszlo 401711/MG | Identification |
| 498. | Szekely, Sandor 221833/SB; 732091/SB | Identification |
| 499. | Szikszai 219161/SB | Identification |
| 500. | Szlachter, Aron *et al* 217463/SB | Identification |