D+F
C/F

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 19 2008 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

IN RE:
HOLOCAUST VICTIM ASSETS
LITIGATION

This Document Relates to: All Cases
----------------------------------------X

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

**MEMORANDUM & ORDER**

KORMAN, Chief Judge:

I am in receipt of the Claims Conference letter of July 10, 2008, referring to the 2005-2006 allocation for assistance to needy Holocaust victims through programs administered by the Claims Conference. For the reasons set forth in the July 10, 2008 letter and in the Order of September 29, 2005, the Claims Conference's request is hereby GRANTED.

Accordingly, it is hereby

ORDERED that the signatories to the Settlement Fund are hereby directed to transfer immediately $3,967,023.40 to the Claims Conference for the remainder of funding under the fifth Phase of the emergency assistance programs for Jewish Nazi victims for calendar years 2005 and 2006. Pending the distribution of these program funds to the designated survivor assistance programs and organizations, the Claims Conference shall deposit the program funds in a designated interest-bearing account. The principal as well as any interest that may accrue thereon shall be solely for the benefit of the Settlement Fund. Upon application, any such accrued interest shall be distributed by the Claims Conference to the survivor assistance

programs described above or to such other survivor assistance programs as the Claims Conference may recommend and the Court may approve.

Brooklyn, New York
July 10, 2008

SO ORDERED:

s/Edward R. Korman
_____
Edward R. Korman
United States District Judge