UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

----------------------------------------------------------------

This Document Relates to: All Cases


---------------------------------------------------------------- x

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

MEMORANDUM & ORDER

## MEMORANDUM & ORDER APPROVING SET 169: 500 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal ("CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 500 certified Award Denials listed in Annex A.

With this one hundred and sixty-ninth set, a total of 5,244 Certified Denials to 10,847 accounts will have been approved under CRT II. In 5,114 of these 5,244 Denials, the CRT concluded that the Claimant was not able to identify his or her relative as the account owner, in 97 cases the CRT concluded that the account owner closed the account and received the proceeds him/herself, in 28 cases the CRT determined that the Claimant was not entitled to the account owner's account, and in 5 cases the CRT determined that the evidence submitted by the Claimant was insufficient to support the existence of a bank account belonging to the Claimant's relative.

Therefore, it is hereby

ORDERED that the attached 500 Award Denials are hereby approved for release to the relevant Claimants.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award Denial which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
May 4, 2008

SO ORDERED:

/s/(ERK)
Edward R. Korman
United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

*[Batch CLXIX] -Annex A*

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 31 July 2008 the following Award Denials for approval by the Court:

| | | |
|---|---|---|
| 1. | Abraham, Julius 300001/SB | Identification |
| 2. | Adler, Betti 501096/SB | Identification |
| 3. | Adler, Felix 709186/SB | Identification |
| 4. | Adler, Lily 771805/SB | Identification |
| 5. | Adler, Max 771562/SB | Identification |
| 6. | Alexandrescu 002698/MG | Identification |
| 7. | Auerbach, Fanny *et al* 210647/RT | Identification |
| 8. | Bahir, Shmuel *et al* 004121/MG | Identification |
| 9. | Baron, Juker 215928/SB | Identification |
| 10. | Beck, Regina 201373/SB | Identification |
| 11. | Beer, Gustav 719776/MG | Identification |
| 12. | Berger, Arnold 774716/SB | Identification |
| 13. | Berger, Max 204831/SB; 204832/SB | Identification |
| 14. | Bergwerk, Wolf 221982/SB | Identification |
| 15. | Bernshtein, Fanni 219256/SB | Identification |
| 16. | Bernstein, Aron 771171/SB | Identification |
| 17. | Binder, Moses 703013/SB | Identification |
| 18. | Blank, Herman 789487/SB | Identification |
| 19. | Bloch, Simon 741836/MG | Identification |
| 20. | Blum, Joseph 788312/SB | Identification |
| 21. | Blum, Klara 001979/MG | Identification |
| 22. | Bondy, Karel 223731/SB | Identification |
| 23. | Brauer, Lina *et al* 216977/SB | Identification |
| 24. | Braun, Herman 705223/SB | Identification |
| 25. | Buchsbaum, Rudolf *et al* 206313/SB | Identification |
| 26. | Casper, Sally 150047/MG | Identification |
| 27. | Cohen, Leon 777183/SB | Identification |
| 28. | Cohen, Lion 703954/SB | Identification |
| 29. | Corny, Dagobert *et al* 790602/SB | Identification |
| 30. | Davidovsky, Villia 004700/MG | Identification |
| 31. | Ellenbogen, Emanuel 002716/MG | Identification |
| 32. | Engel, Alice 218986/SB | Identification |
| 33. | Engel, Olga 783137/SB | Identification |
| 34. | Epstein, Alfred *et al* 501170/RT | Identification |
| 35. | Eshkenazy, Eli 210974/SB | Identification |
| 36. | Fabian, Arnold *et al* 732556/MG | Identification |
| 37. | Falkenstein, Kurt 212467/SB | Identification |
| 38. | Fantl, Gustav 703673/SB | Identification |
| 39. | Feldman, Arthur 201691/SB | Identification |
| 40. | Fenyes, György *et al* 741910/MG | Identification |
| 41. | Fischer, Emma 708697/SB | Identification |
| 42. | Fischer, Herman 215731/SB | Identification |
| 43. | Fischer, Johanna 779983/SB | Identification |
| 44. | Fischer, Josef 212009/SB | Identification |

| 45. | Fischer, Jozsef 730259/MG | Identification |
|---|---|---|
| 46. | Frank, Béla 217019/SB | Identification |
| 47. | Frank, Edgar 781109/SB; 784655/SB | Identification |
| 48. | Frank, Hermann 776819/SB | Identification |
| 49. | Freed, Sally 222506/SB | Identification |
| 50. | Freund, Calel 205320/SB | Identification |
| 51. | Freund, Josef 700508/MG | Identification |
| 52. | Freund, Karel 222627/SB | Identification |
| 53. | Freund, Max 222353/SB | Identification |
| 54. | Freund, Olga 212369/SB | Identification |
| 55. | Freundlich, Leo 219314/SB | Identification |
| 56. | Fried, Israel *et al* 214370/SB | Identification |
| 57. | Friedman, Marton 214469/SB | Identification |
| 58. | Friedmann, Hugo 209679/RT | Identification |
| 59. | Friedmann, Irma 775029/SB | Identification |
| 60. | Friedmann, Jeno 206435/SB | Identification |
| 61. | Frohlich, Rudolf 709774/SB | Identification |
| 62. | Fruhling, Louis 709909/SB | Identification |
| 63. | Fuchs, Arthur 784713/SB | Identification |
| 64. | Fuchs, Irma *et al* 710443/SB | Identification |
| 65. | Fuchs, Julius 753350/SB | Identification |
| 66. | Futar, Andras 728150/MG | Identification |
| 67. | Gartenberg, Salomea 219833/SB | Identification |
| 68. | George, Katharina 221252/SB | Identification |
| 69. | Gerber, Joseph 300245/SB | Identification |
| 70. | Gluck, Julius 216863/SB | Identification |
| 71. | Glyck, Julius 221719/SB | Identification |
| 72. | Goldberg, Moishe 201095/SB | Identification |
| 73. | Goldschläger, Dionisius 005193/MG | Identification |
| 74. | Goldstein, Adalbert 217103/SB | Identification |
| 75. | Goldstein, Oscar 751261/SB | Identification |
| 76. | Gombert, Georges 500434/RT | Identification |
| 77. | Gottlieb, Moshe 004620/MG | Identification |
| 78. | Gottschalk, Alfred 219315/SB | Identification |
| 79. | Gross, Akiva 004666/MG | Identification |
| 80. | Gross, Bernat 772652/SB | Identification |
| 81. | Gross, Joseph 704856/SB | Identification |
| 82. | Grosz, Daniel 219164/SB | Identification |
| 83. | Grosz, Jozsef 215032/SB | Identification |
| 84. | Gruenberg, Leo 300257/SB | Identification |
| 85. | Grunbaum, Miksa 772937/SB | Identification |
| 86. | Guttman, Emanuel 300041/SB | Identification |
| 87. | Guttman, Josef 300626/RT | Identification |
| 88. | Guttmann, Imre 500524/SB | Identification |
| 89. | Haas, Paul 786812/SB; 786813/SB | Identification |
| 90. | Haber, Leib Isak 206266/SB | Identification |
| 91. | Haberfeld, Paul 220375/SB | Identification |
| 92. | Hartmann, Karel 205266/SB | Identification |
| 93. | Heller, Joseph 701822/SB | Identification |
| 94. | Heller, Joseph *et al* 784686/SB | Identification |

# CLAIMS RESOLUTION TRIBUNAL

| | | |
|---|---|---|
| 95. | Henrich, Samuel 202495/SB | Identification |
| 96. | Herzfeld, Emmy 206565/SB | Identification |
| 97. | Hess, Elisabeth 221408/SB | Identification |
| 98. | Hess, Martin 221426/SB | Identification |
| 99. | Heymann, Paul 782878/SB | Identification |
| 100. | Hirsch, Bertha 787975/SB | Identification |
| 101. | Hirsch, Egon 002161/MG | Identification |
| 102. | Hirsch, Moor 210401/SB | Identification |
| 103. | Hirschfeld, Isidor 219441/SB | Identification |
| 104. | Hoffman, Alexander 788276/SB | Identification |
| 105. | Hoffmann, Erich 222062/SB | Identification |
| 106. | Hoffmann, Rudolf *et al* 204826/SB | Identification |
| 107. | Hofmann, Adolf *et al* 220745/SB | Identification |
| 108. | Horowitz, Helena 100016/MG | Identification |
| 109. | Horwitz, Walter 212681/SB | Identification |
| 110. | Huber, Berta 734386/SB | Identification |
| 111. | Jacobs, Aaron *et al* 207220/SB | Identification |
| 112. | Jacobsberg, Alfred 224063/SB | Identification |
| 113. | Jonas, Paul 781169/SB | Identification |
| 114. | Kaczynski-Kac, Jozef 223596/SB | Identification |
| 115. | Kahn, Adolf 705261/SB | Identification |
| 116. | Kahn, Adolf 741291/MG | Identification |
| 117. | Kahn, David 300547/RT | Identification |
| 118. | Kahn, Josef 789841/SB | Identification |
| 119. | Kahn, Julia 753729/SB | Identification |
| 120. | Kaiser, Adolf 004263/MG | Identification |
| 121. | Kantor, Hans 750452/SB | Identification |
| 122. | Katz, Avraham 780325/SB | Identification |
| 123. | Katz, Emil *et al* 753484/SB | Identification |
| 124. | Katz, Jacob 771193/SB | Identification |
| 125. | Katz, Jacob *et al* 771371/SB | Identification |
| 126. | Katz, Leo 214149/SB | Identification |
| 127. | Katz, Otto 787529/SB | Identification |
| 128. | Kaufmann, Abraham 204152/SB | Identification |
| 129. | Kaufmann, Albert 205990/SB | Identification |
| 130. | Kellog, Anna 702936/SB | Identification |
| 131. | Kertesz, Helene 220803/SB | Identification |
| 132. | Kessler, Morrice *et al* 203303 | Identification |
| 133. | Klein, Arnold 751792/SB | Identification |
| 134. | Klein, David 775464/SB | Identification |
| 135. | Klein, David 786661/SB | Identification |
| 136. | Klein, Emanuel 708259/SB | Identification |
| 137. | Klein, Hersku 208255/SB | Identification |
| 138. | Klein, Irene 218917/SB | Identification |
| 139. | Klein, Josef 774632/SB | Identification |
| 140. | Klein, Joseph 204092/SB | Identification |
| 141. | Klein, Joseph 784464/SB | Identification |
| 142. | Klein, Joseph 784770/SB | Identification |
| 143. | Klein, Jozsef 729514/MG | Identification |
| 144. | Klein, Paul 787464/SB | Identification |

| | | |
|---|---|---|
| 145. | Klein, Tony et al 209064/SB | Identification |
| 146. | Kogan, Moyssey 003386/MG | Identification |
| 147. | Kohn, Otto 213204/SB | Identification |
| 148. | Kohn, Rosa et al 216159/SB | Identification |
| 149. | Kolski, Abraham 223676/SB | Identification |
| 150. | Kraus, Gisela 211148/SB | Identification |
| 151. | Krebs, Rosa 204169/SB | Identification |
| 152. | Kulka, Leopold 788766/SB | Identification |
| 153. | Kunz, Arthur 501145/SB | Identification |
| 154. | Lakatos, Juraj 200014/SB; 740837/SB | Identification |
| 155. | Landau, Fannie 750767/SB | Identification |
| 156. | Lesser, Alfred 208776/SB | Identification |
| 157. | Levi, Arthur 213193/SB | Identification |
| 158. | Levi, Ilse 206464/MG | Identification |
| 159. | Levi, Josef 224260/SB | Identification |
| 160. | Levi, Julius 777567/SB | Identification |
| 161. | Levi, Leopold 400557/MG | Identification |
| 162. | Levi, Paul 207765/SB | Identification |
| 163. | Levin, Dora 300189/SB | Identification |
| 164. | Levitas, Hinda 002033/MG | Identification |
| 165. | Levy, Arthur et al 209278/SB | Identification |
| 166. | Levy, Salomon 004564/MG | Identification |
| 167. | Levy, Wolfgang 773134/SB; 788637/SB | Identification |
| 168. | Lewartowski, Miriam 720447/MG | Identification |
| 169. | Lewinski, Alfred 207416/SB | Identification |
| 170. | Lichtenstein, Ludwig 401945/SB | Identification |
| 171. | Litman, Zalman 205210/SB | Identification |
| 172. | Loewenstein, Hans 221724/SB | Identification |
| 173. | Low, Hans 400323/SB | Identification |
| 174. | Majer, Berthold 203534/SB | Identification |
| 175. | Mandel, Henry 206381/SB | Identification |
| 176. | Maschler, Josef 150110/MG | Identification |
| 177. | Mayer, Adolf 706187/SB | Identification |
| 178. | Mayer, Jessy 222975/SB | Identification |
| 179. | Mayer, Julius 703128/SB | Identification |
| 180. | Mayer, Julius 787303/SB | Identification |
| 181. | Mayer, Simon 776882/SB | Identification |
| 182. | Meier, Else 223105/SB | Identification |
| 183. | Mertens, Artur et al 500388/RT | Identification |
| 184. | Meyer, Arthur 209717/SB; 751316/SB | Identification |
| 185. | Meyer, Gertrude 784403/SB | Identification |
| 186. | Meyer, Kurt 208436/SB | Identification |
| 187. | Meyer, Louis 224442/SB; 300658/SB | Identification |
| 188. | Meyer, Oscar 224424/SB | Identification |
| 189. | Mittleman, Zalman et al 702062/SB | Identification |
| 190. | Mueller, Sabina 217957/SB | Identification |
| 191. | Muller, Anna 401632/MG; 401649/MG | Identification |
| 192. | Muller, Carol 706712/SB | Identification |
| 193. | Muller, Eugen 751579/SB | Identification |
| 194. | Muller, Istvan 213834/SB | Identification |

| 195. | Muller, Lazslo 776680/SB | Identification |
|---|---|---|
| 196. | Muller, Naum 752799/SB | Identification |
| 197. | Müller, Theodor 401654/MG | Identification |
| 198. | Mullerova, Ruth 300487/SB | Identification |
| 199. | Neumann, Alfred 708939/SB | Identification |
| 200. | Neumann, Artur 213070/SB; 213076/SB | Identification |
| 201. | Neumann, Elisabeth 220171/SB | Identification |
| 202. | Neumann, Leo 222426/SB | Identification |
| 203. | Neumann, Moriz 300522/RT | Identification |
| 204. | Neumann, Peter 221253/SB | Identification |
| 205. | Pfeifer, Lipotne 727873/MG | Identification |
| 206. | Pick, Margarete 401203/RT | Identification |
| 207. | Pollak, Alfred *et al* 206669/SB | Identification |
| 208. | Pollak, Else 004749/MG | Identification |
| 209. | Pollak, Helene 222240/SB | Identification |
| 210. | Pollak, Josef 213466/SB | Identification |
| 211. | Pollak, Josef 752768/SB | Identification |
| 212. | Pollak, Jozef 300686/SB | Identification |
| 213. | Pollak, Mihail 741590/MG | Identification |
| 214. | Pollak, Moriz 005411/MG | Identification |
| 215. | Popper, Hugo 501227/SB | Identification |
| 216. | Przyrowski, Izrael *et al* 221488/SB | Identification |
| 217. | Rabl, Ludwig 218245/SB; 220675/SB | Identification |
| 218. | Rado, Deszo 222148/SB | Identification |
| 219. | Reich, Karel 700518/MG | Identification |
| 220. | Reich, Leib 218092/SB | Identification |
| 221. | Reicher, Erna 219101/SB | Identification |
| 222. | Reiss, Abraham 150103/MG | Identification |
| 223. | Reiss, Amalie 221284/SB | Identification |
| 224. | Rose, Alfred 709502/RT | Identification |
| 225. | Rosenberg, Albert 222019/SB; 224100/SB | Identification |
| 226. | Rosenberg, Fritz 784659/SB | Identification |
| 227. | Rosenberg, Hans 217171/SB | Identification |
| 228. | Rosenberg, Herman 772633/SB | Identification |
| 229. | Rosenblatt, Salomon 217629/SB | Identification |
| 230. | Rosenzweig, Slomo 777039/SB | Identification |
| 231. | Roth, Berta 729389/MG | Identification |
| 232. | Roth, Dezso 203506/SB | Identification |
| 233. | Roth, Ludovik 002012/MG | Identification |
| 234. | Roth, Nathan 219711/SB | Identification |
| 235. | Roth, Yakov 003547/MG | Identification |
| 236. | Rothschild, Hugo 224559/SB | Identification |
| 237. | Rothschild, Otto 218265/SB | Identification |
| 238. | Roubitschek, Rudolf 223736/SB | Identification |
| 239. | Rudey, Pinchas *et al* 004763/MG | Identification |
| 240. | Salomon, Jonas 706383/SB | Identification |
| 241. | Salzman, Bernard 211589/SB | Identification |
| 242. | Schick, Hedwig 218202/SB | Identification |
| 243. | Schlesinger, Ella 501298/MG | Identification |
| 244. | Schnurmann, Sophie 500960/RT | Identification |

| | | |
|---|---|---|
| 245. | Schoenfeld, Julius *et al* 200744/SB | Identification |
| 246. | Schwabe, Willi 218956/SB | Identification |
| 247. | Schwarcz, Edit 215699/SB | Identification |
| 248. | Schwartz, Adolf 781106/SB | Identification |
| 249. | Schwartz, Emanuel 219643/SB | Identification |
| 250. | Schwartz, Eugen 212670/SB | Identification |
| 251. | Schwarz, Adalbert 786306/SB | Identification |
| 252. | Schwarz, Albert 202257/SB | Identification |
| 253. | Schwarz, David 774304/SB | Identification |
| 254. | Schwarz, Eva 213350/SB | Identification |
| 255. | Schwarz, Julius 784999/SB | Identification |
| 256. | Schwarz, Moshe 790603/MG | Identification |
| 257. | Seemann, Franz 752511/SB | Identification |
| 258. | Simon, Ben 214425/SB | Identification |
| 259. | Simon, Gertrud 219830/SB | Identification |
| 260. | Simon, Leo 203513/MG | Identification |
| 261. | Simon, Paul 217498/SB | Identification |
| 262. | Singer, Betty 501122/RT | Identification |
| 263. | Singer, Josef *et al* 777383/SB | Identification |
| 264. | Singer, Solomon 776315/SB | Identification |
| 265. | Smoiro, Abraham 221028/SB | Identification |
| 266. | Spira, Josef 212574/SB | Identification |
| 267. | Spira, Leona 212575/SB | Identification |
| 268. | Spitzer, Hans 789634/SB | Identification |
| 269. | Spitzer, Julius *et al* 706959/SB | Identification |
| 270. | Stein, Josef 003944/MG | Identification |
| 271. | Stein, Paul 789401/SB | Identification |
| 272. | Stein, Vera 753248/SB | Identification |
| 273. | Steinbach, Karl 709557/RT | Identification |
| 274. | Steiner, Erzsebet 213621/SB | Identification |
| 275. | Steiner, Ignatz 790679/SB | Identification |
| 276. | Steiner, Jozef 740781/MG | Identification |
| 277. | Steiner, Max 203972/SB | Identification |
| 278. | Stern, Eufrajm 203292/SB | Identification |
| 279. | Stern, Ida 702867/SB | Identification |
| 280. | Stern, Ida 771254/SB | Identification |
| 281. | Stern, Josef 501060/RT | Identification |
| 282. | Stern, Josef 782611/SB | Identification |
| 283. | Stern, Otakar 222861/SB | Identification |
| 284. | Stern, Paul *et al* 786162/SB | Identification |
| 285. | Stern, Rosa 221448/SB | Identification |
| 286. | Stern, Samuel 704169/SB | Identification |
| 287. | Sternberg, Julius 223244/SB | Identification |
| 288. | Stiassny, Paul 221235/SB | Identification |
| 289. | Strauss, Betty 212322/SB | Identification |
| 290. | Strauss, Emanuel 203884/SB | Identification |
| 291. | Strauss, Otto 401381/RT | Identification |
| 292. | Strauss, Paula 401257/MG | Identification |
| 293. | Strauss, Yanka *et al* 720714/MG; 720715/MG | Identification |
| 294. | Szabados, Andrew 205031/SB; 205375/SB | Identification |

| | | |
|---|---|---|
| 295. | Szekely, Laszlo 223739/SB | Identification |
| 296. | Szpigelman 222873/SB | Identification |
| 297. | Szymanski, Stanislaw 221823/RT 735618/RT | Identification |
| 298. | Szymanski, Stanislaw 735619/RT | Identification |
| 299. | Tausk, Walter 213648/SB; 213649/SB | Identification |
| 300. | Taussig, Josef 222877/SB | Identification |
| 301. | Taussik 213772/RT | Identification |
| 302. | Tennenbaum 401229/RT | Identification |
| 303. | Tivoli, Isaac et al 214392/SB | Identification |
| 304. | Toch 782666/RT | Identification |
| 305. | Trompeter, Simon 221753/SB | Identification |
| 306. | Ungar, Alfred 209479/SB | Identification |
| 307. | Ungar, Bella 401822/SB | Identification |
| 308. | Ungar, Malwine 223464/RT | Identification |
| 309. | Unger, Adolphe 207267/SB | Identification |
| 310. | Urbach 214535/SB; 214536/SB | Identification |
| 311. | Vandor, Dezsö 501527/RT | Identification |
| 312. | Vas 218841/SB | Identification |
| 313. | Veith 211797/SB; 211825/SB | Identification |
| 314. | Vogel 770795/SB | Identification |
| 315. | Wachtel, Emma 717878/MG | Identification |
| 316. | Wachtel, Emma et al 708271/RT | Identification |
| 317. | Wagner, Iacob 003374/MG | Identification |
| 318. | Wagner, Max 777016/SB | Identification |
| 319. | Waldman, Sandor et al 774524/MG | Identification |
| 320. | Waldmann, Anna 710639/MG | Identification |
| 321. | Walter 716983/MG | Identification |
| 322. | Wassermann, George 200757/SB | Identification |
| 323. | Wassermann, Jacob 400331/MG | Identification |
| 324. | Wassermann, Jakob 401173/MG | Identification |
| 325. | Wastl, Edith et al 207316/RT | Identification |
| 326. | Weber, Artur 730536/MG | Identification |
| 327. | Weber, Hani 782800/SB | Identification |
| 328. | Weber, Heinrich 400865/MG | Identification |
| 329. | Weber, Helena 772488/SB | Identification |
| 330. | Weber, Israel 209797/SB | Identification |
| 331. | Weber, Jakob 400850/MG | Identification |
| 332. | Weber, Lina 401856/SB | Identification |
| 333. | Weber, Luise 208899/SB | Identification |
| 334. | Weber, Sarah 400888/MG | Identification |
| 335. | Weber, Solomon et al 782616/SB | Identification |
| 336. | Weidenbaum 217454/RT | Identification |
| 337. | Weigert 210470/RT | Identification |
| 338. | Weil, Alfred 213437/SB | Identification |
| 339. | Weil, Alfred 217523/RT | Identification |
| 340. | Weil, Augusta 202387/SB | Identification |
| 341. | Weil, Eduard 216628/RT | Identification |
| 342. | Weil, Eduard 217522/RT | Identification |
| 343. | Weil, Ida 209871/SB | Identification |
| 344. | Weil, Ida 222590/SB | Identification |

| 345. | Weil, Mor 208355/RT; 731848RT | Identification |
|---|---|---|
| 346. | Weil, Robert 703326/SB | Identification |
| 347. | Weil, Sali 203027/RT | Identification |
| 348. | Weil, Siegfried 207860/SB | Identification |
| 349. | Weil, Siegfried *et al* 213361/RT | Identification |
| 350. | Weill, Georges 208845/SB | Identification |
| 351. | Weill, Pierre 203286/MG; 707764/MG | Identification |
| 352. | Weinberger, Adolf 783270/MG | Identification |
| 353. | Weinberger, Maximilian 500105/SB | Identification |
| 354. | Weinberger, Maximilian 775130/SB; 788985/SB | Identification |
| 355. | Weinberger, Robert 707796/SB | Identification |
| 356. | Weinberger, Salomon 771182/SB | Identification |
| 357. | Weiner 224520/SB | Identification |
| 358. | Weinles, Jacob *et al* 002560/MG | Identification |
| 359. | Weiss, Aaron 400440/MG | Identification |
| 360. | Weiss, Adolf 401165/MG | Identification |
| 361. | Weiss, Adolf 718472/MG | Identification |
| 362. | Weiss, Adolf 727880/SB; 736116/SB | Identification |
| 363. | Weiss, Adolf 754406/MG | Identification |
| 364. | Weiss, Adolf *et al* 715879/MG; 726500/MG | Identification |
| 365. | Weiss, Aladar 000159/MG | Identification |
| 366. | Weiss, Alexander 789638/SB | Identification |
| 367. | Weiss, Alfred 300531/SB | Identification |
| 368. | Weiss, Armin 772029/SB | Identification |
| 369. | Weiss, Armin *et al* 740575/MG | Identification |
| 370. | Weiss, Arnost *et al* 401590/MG | Identification |
| 371. | Weiss, Arthur 209232/MG; 209546/MG; 400796/MG | Identification |
| 372. | Weiss, Bela 716061/MG | Identification |
| 373. | Weiss, Bela 722939/MG | Identification |
| 374. | Weiss, Bela 724939/MG | Identification |
| 375. | Weiss, Bela 772110/SB | Identification |
| 376. | Weiss, Bela *et al* 722104/MG | Identification |
| 377. | Weiss, Emil 220885/SB | Identification |
| 378. | Weiss, Emil 702628/SB | Identification |
| 379. | Weiss, Emil 709781/SB | Identification |
| 380. | Weiss, Emil 772611/SB | Identification |
| 381. | Weiss, Emil 774467MG | Identification |
| 382. | Weiss, Emil *et al* 702628/SB | Identification |
| 383. | Weiss, Ferenc *et al* 711603/MG | Identification |
| 384. | Weiss, Franz 216120/SB | Identification |
| 385. | Weiss, Frederic 201406/SB | Identification |
| 386. | Weiss, Fritz 787970/SB | Identification |
| 387. | Weiss, Gustav 771531/SB | Identification |
| 388. | Weiss, Hedwig 401347/RT | Identification |
| 389. | Weiss, Hedwig 401435/SB | Identification |
| 390. | Weiss, Heinrich 701309/RT | Identification |
| 391. | Weiss, Heinrich 709700/RT | Identification |
| 392. | Weiss, Helena 719497/MG | Identification |
| 393. | Weiss, Henrik 720640/MG | Identification |

# CLAIMS RESOLUTION TRIBUNAL

| | | |
|---|---|---|
| 394. | Weiss, Ida 202002/RT | Identification |
| 395. | Weiss, Ida 205016/RT | Identification |
| 396. | Weiss, Ilona 209826/SB; 200681/SB | Identification |
| 397. | Weiss, Isidor *et al* 212874/SB | Identification |
| 398. | Weiss, Izidor 777855/SB | Identification |
| 399. | Weiss, Jacob 777173/SB | Identification |
| 400. | Weiss, Jakob 501601/SB | Identification |
| 401. | Weiss, Jakob 773740/SB | Identification |
| 402. | Weiss, Jakub 401617/RT | Identification |
| 403. | Weiss, Joe 211011/SB | Identification |
| 404. | Weiss, Johann 701234/RT | Identification |
| 405. | Weiss, Johann 709849/RT | Identification |
| 406. | Weiss, Johann 709853/RT | Identification |
| 407. | Weiss, Johann 710043/RT | Identification |
| 408. | Weiss, Johanna 708599/RT | Identification |
| 409. | Weiss, Josef 710081/SB | Identification |
| 410. | Weiss, Josef 710113/RT | Identification |
| 411. | Weiss, Josef 714322/MG | Identification |
| 412. | Weiss, Josef 726813/MG | Identification |
| 413. | Weiss, Joseph 780030/SB | Identification |
| 414. | Weiss, Joseph 787932/SB | Identification |
| 415. | Weiss, Leopold 003672/MG | Identification |
| 416. | Weiss, Lily 711946/MG | Identification |
| 417. | Weiss, Marcu 221548/SB | Identification |
| 418. | Weiss, Mathilde 209537/RT | Identification |
| 419. | Weiss, Matilde 735701/MG | Identification |
| 420. | Weiss, Matityahu 720343/MG | Identification |
| 421. | Weiss, Max 772395/SB | Identification |
| 422. | Weiss, Moritz 700221/SB | Identification |
| 423. | Weiss, Mozes 713540/MG | Identification |
| 424. | Weiss, Oscar 218360/RT | Identification |
| 425. | Weiss, Oskar 703407/SB | Identification |
| 426. | Weiss, Robert 700057/MG | Identification |
| 427. | Weiss, Rudolf 700052/MG | Identification |
| 428. | Weiss, Rudolf 709957/RT | Identification |
| 429. | Weiss, Samuel 727417/MG | Identification |
| 430. | Weiss, Sarah 722598/MG | Identification |
| 431. | Weiss, Shimon 721466/MG | Identification |
| 432. | Weiss, Siegfried 735879/MG | Identification |
| 433. | Weiss, Siegfried 735945/MG | Identification |
| 434. | Weiss, Willy 401412/SB | Identification |
| 435. | Weissenstein 222168/RT | Identification |
| 436. | Weissmann 401263/MG | Identification |
| 437. | Weisz, Alexander 787917/SB | Identification |
| 438. | Weisz, Alexander 789596/SB | Identification |
| 439. | Weisz, Andras 206324/RT | Identification |
| 440. | Weisz, David 773825/SB | Identification |
| 441. | Weisz, Dezso 729846/MG | Identification |
| 442. | Weisz, Ferenc 732387/MG; 732389/MG | Identification |
| 443. | Weisz, Geza 729168/MG | Identification |

# CLAIMS RESOLUTION TRIBUNAL

| | | |
|---|---|---|
| 444. | Weisz, Meir 711241/MG | Identification |
| 445. | Weisz, Mouric 400851/MG | Identification |
| 446. | Weisz, Sandor et al 218915/RT | Identification |
| 447. | Weisz, Tibor 215679/HB | Identification |
| 448. | Werner 788017/SB | Identification |
| 449. | Wertheim 706158/SB | Identification |
| 450. | Wilhelm 201920/RT | Identification |
| 451. | Winkler, David 713126/MG | Identification |
| 452. | Winkler, Franz et al 220757/SB | Identification |
| 453. | Winter 702236/SB; 785139/SB | Identification |
| 454. | Winternitz 400659/SB | Identification |
| 455. | Wirth, Erno et al 206498/MG | Identification |
| 456. | Wirth, Friedrich 714384/MG; 736097/MG | Identification |
| 457. | Wischnia et al 100081/MG | Identification |
| 458. | Wohlmuth, Max 789095/SB | Identification |
| 459. | Wolf, Adolf 222828/SB; 754331/SB | Identification |
| 460. | Wolf, Arthur 782098/SB | Identification |
| 461. | Wolf, Chaim 720266/MG | Identification |
| 462. | Wolf, Chaim 753210/SB | Identification |
| 463. | Wolf, Elizabeta et al 713553/MG | Identification |
| 464. | Wolf, Elkune 715474/MG | Identification |
| 465. | Wolf, Emil 770956/SB | Identification |
| 466. | Wolf, Herman 715475/MG | Identification |
| 467. | Wolf, Joseph 220384/SB | Identification |
| 468. | Wolf, Joseph 705105/SB | Identification |
| 469. | Wolf, Joseph 753461/SB | Identification |
| 470. | Wolf, Leo 782567/SB | Identification |
| 471. | Wolf, Maria 212687/RT; 708117/RT | Identification |
| 472. | Wolf, Martha 401152/MG | Identification |
| 473. | Wolf, Max 711885/MG | Identification |
| 474. | Wolf, Max 782250/SB | Identification |
| 475. | Wolf, Nathan 712233/MG | Identification |
| 476. | Wolf, Paula 222828/SB | Identification |
| 477. | Wolff, Arthur et al 220541/RT | Identification |
| 478. | Wolff, Charlotte 213616/RT | Identification |
| 479. | Wolff, Hans 710632/MG; 754307/MG | Identification |
| 480. | Wolff, Hans 753812/MG | Identification |
| 481. | Wolff, Herbert 214851/SB | Identification |
| 482. | Wolff, Julius 777618/SB | Identification |
| 483. | Wolff, Richard 213615/RT | Identification |
| 484. | Wolff, Richard 771715/MG | Identification |
| 485. | Wolff, Rosa 788906/SB | Identification |
| 486. | Wolff, Siegfried 400567/MG | Identification |
| 487. | Wolff, Walter 400465/MG | Identification |
| 488. | Wurm, Louis 705895/SB; 754008/SB | Identification |
| 489. | Wyss 2016812/RT; 216841/RT; 216842/RT; 217370/RT | Identification |
| 490. | Zander 215934/SB | Identification |
| 491. | Zeilendorf 223771/SB | Identification |
| 492. | Zeisler 211237/RT | Identification |
| 493. | Ziegler 711805/MG; 717277/MG | Identification |
| 494. | Zimmermann 735971/MG | Identification |

| 495. | Zsidanics, Jozsefne 729539/MG | Identification |
|---|---|---|
| 496. | Zsoldos 203640/RT | Identification |
| 497. | Zwart, Hildegard 300374/SB | Identification |
| 498. | Zwecher 216888/RT | Identification |
| 499. | Zwecker, Moses 300207/SB | Identification |
| 500. | Zwecker, Mosje 209140/SB | Identification |