FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 30 2008 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

----------------------------------------------------------

This Document Relates to: All Cases

**MEMORANDUM & ORDER**

---------------------------------------------------------- x

### MEMORANDUM & ORDER APPROVING SET 175: 450 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal ("CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 450 certified Award Denials listed in Annex A.

With this one hundred and seventy-fifth set, a total of 5,694 Certified Denials to 11,780 accounts will have been approved under CRT II. In 5,564 of these 5,694 Denials, the CRT concluded that the Claimant was not able to identify his or her relative as the account owner, in 97 cases the CRT concluded that the account owner closed the account and received the proceeds him/herself, in 28 cases the CRT determined that the Claimant was not entitled to the account owner's account, and in 5 cases the CRT determined that the evidence submitted by the Claimant was insufficient to support the existence of a bank account belonging to the Claimant's relative.

Therefore, it is hereby

ORDERED that the attached 450 Award Denials are hereby approved for release to the relevant Claimants.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award Denial which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
September 29, 2008

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 29 September 2008 the following Award Denials for approval by the Court:

| | | |
|---|---|---|
| 1. | Adler, Adolf 219397/SB | Identification |
| 2. | Adler, Max 500620/SB | Identification |
| 3. | Alexander, Walter 210887/SB | Identification |
| 4. | Amkraut, Izak 219062/SB | Identification |
| 5. | Apfelbaum, Kalma 212376/SB | Identification |
| 6. | Arnstein, Hynek 209845/SB | Identification |
| 7. | Auerbach, Adolf 150062/MG | Identification |
| 8. | Baer, Josef 501265/RT | Identification |
| 9. | Baer, Josef 501494/RT | Identification |
| 10. | Baer, Julius 002704/MG | Identification |
| 11. | Balensi, Georges 204273/SB | Identification |
| 12. | Barder, Alice 209327/RT | Identification |
| 13. | Bauer, Heinrich 222078/SB | Identification |
| 14. | Baumann, Marguerite 206166/SB; 206167/SB; 206168/SB; 206169/SB | Identification |
| 15. | Becher, Max 004816/MG | Identification |
| 16. | Beck, Josef 751560/SB | Identification |
| 17. | Becker, Anna *et al* 201885/SB | Identification |
| 18. | Becker, Elisabeth 400554/SB | Identification |
| 19. | Becker, Karl 776674/SB | Identification |
| 20. | Becker, Max 401394/SB | Identification |
| 21. | Beer, Gertrud 708407/RT | Identification |
| 22. | Benisch, Rosa 217127/SB | Identification |
| 23. | Berger, Charles 779963/RT | Identification |
| 24. | Berger, Gisela 217427/SB | Identification |
| 25. | Berger, Hermann 004516/MG | Identification |
| 26. | Berger, Rella 204969/SB | Identification |
| 27. | Berger, Richard 217427/SB | Identification |
| 28. | Berger, Rudolf 217427/SB | Identification |
| 29. | Bergman, Simon 402127/SB | Identification |
| 30. | Bernstein, Alfred 004598/MG | Identification |
| 31. | Bettelheim, Karl 150126/MG | Identification |
| 32. | Beyer, Alfred 710036/SB | Identification |
| 33. | Biedermann, Vojtech *et al* 219109/SB | Identification |
| 34. | Blau, Zoltan Lajos Imre 223014/MG | Identification |
| 35. | Bloch, Clara 500574/RS | Identification |
| 36. | Block, Henri 204561/SB | Identification |
| 37. | Blum, Gabrielle 219722/SB | Identification |
| 38. | Boas, Marcus 401168/MG | Identification |
| 39. | Boros, Janos 213916/SB | Identification |
| 40. | Bousquet, Henri 221447/SB | Identification |
| 41. | Brand, Marie 708114/SB | Identification |
| 42. | Brandl, Robert 777624/SB | Identification |
| 43. | Braslavsky, Malca 217188/SB | Identification |

| 44. | Braun, Fritz 100099/MG | Identification |
|---|---|---|
| 45. | Brunner, Felix 218045/SB | Identification |
| 46. | Chappaz, Marcelle 222674/SB | Identification |
| 47. | Cohen, Isaac 219785/SB | Identification |
| 48. | Cohen, Isaac 221968/SB | Identification |
| 49. | Cohen, Peter 778933/SB | Identification |
| 50. | Cohen, Rosa *et al* 222653/SB | Identification |
| 51. | Cohn, Therese 771295/SB | Identification |
| 52. | Constantinescu, Grigore 150115/MG | Identification |
| 53. | Couturier, Louis 211951/SB | Identification |
| 54. | De Bovee, Alice 212082/SB | Identification |
| 55. | De Forceville, Elisa 208350/SB | Identification |
| 56. | Deutsch, David 002767/MG | Identification |
| 57. | Deutsch, David 150053/MG | Identification |
| 58. | Deutsch, Stefan 736228/MG | Identification |
| 59. | Diamant, Richard 224473/MG | Identification |
| 60. | Diamant, Walter 400816/SB | Identification |
| 61. | Didisheim, Hippolyte 401582/SB | Identification |
| 62. | Distel, Anna 003332/MG | Identification |
| 63. | Donath, Laszlo 219297/RT | Identification |
| 64. | Duveen H. *et al* 701516/MG | Identification |
| 65. | Eckhaus, Karl *et al* 712839/MG | Identification |
| 66. | Elbogen, Friedrich 218977/SB | Identification |
| 67. | Ellenbogen, Emanuel 218974/SB | Identification |
| 68. | Elsner, Emma 205851/HB | Identification |
| 69. | Engel, Maria 783570/SB | Identification |
| 70. | Falk, Gertrud 705450/RT | Identification |
| 71. | Feiner, Wolfgang 500880/SB | Identification |
| 72. | Feldheim, Clementine 221825/SB; 221828/SB; 221829/SB | Identification |
| 73. | Feldheim, Lea 221826/SB; 221827/SB | Identification |
| 74. | Feldmann, Marie 400290/MG | Identification |
| 75. | Finkelstein, Fajga 213568/SB | Identification |
| 76. | Finkelstein, Moses 401059/RT | Identification |
| 77. | Fischer, Alexandru 218400/RT | Identification |
| 78. | Fischer, Irene 216036/SB | Identification |
| 79. | Fischer, Johann 750752/RT | Identification |
| 80. | Fischer, Ludwig 401004/SB | Identification |
| 81. | Fischer, Majer 401770/RT; 752946/RT | Identification |
| 82. | Fischmann, Ernst 751232/MG | Identification |
| 83. | Fleischer, Harry *et al* 752147/RT; 752149/SB | Identification |
| 84. | Fleischer, Siegfried 400913/SB | Identification |
| 85. | Fleischner, Emil 219233/SB | Identification |
| 86. | Fleiss, Heinz 212421/SB | Identification |
| 87. | Fraenkel, Alfons 400312/SB; 400506/SB; 400312/SB; 400506/SB; 400510/SB | Identification |
| 88. | Frank, Marianne 400519/SB | Identification |
| 89. | Frank, Martha *et al* 401085/MG | Identification |
| 90. | Fried, Elsa 222507/SB | Identification |
| 91. | Fried, Israel 213424/SB | Identification |
| 92. | Friedman, Adolf 002037/MG | Identification |
| 93. | Friedmann, Hermann 400738/SB | Identification |

| | | |
|---|---|---|
| 94. | Friedmann, Josef 703358/SB | Identification |
| 95. | Friedmann, Maximilian 209461/SB | Identification |
| 96. | Friedmann, Pinchas 781224/RT | Identification |
| 97. | Fuchs, Josef 400418/SB | Identification |
| 98. | Furst, Alexander 204594/SB; 708929/SB | Identification |
| 99. | Gans, Max 708135/SB | Identification |
| 100. | Geller, Rud 219789/SB | Identification |
| 101. | Gellert, Paul 215992/SB | Identification |
| 102. | Geluk, Servaas 204507/RT | Identification |
| 103. | Genchik, Rocha 222039/SB | Identification |
| 104. | Gerstl-Gluck, Elvira 401376/SB | Identification |
| 105. | Glanz, Ada 778935/RT | Identification |
| 106. | Glatt, Bertha 204468/SB | Identification |
| 107. | Gluck, Siegfried 401368/SB | Identification |
| 108. | Gold, Ernest 223472/SB | Identification |
| 109. | Gold, József 210998/RT | Identification |
| 110. | Goldberg, Dvora 710774/MG | Identification |
| 111. | Goldenberg, Boris et al 204463/SB | Identification |
| 112. | Goldschmidt, Ferenc 204746/SB | Identification |
| 113. | Goldschmidt, Seigfred 217158/RT | Identification |
| 114. | Goldschmidt, Sophie 215609/SB | Identification |
| 115. | Goldshteyn, Emil 220523/SB | Identification |
| 116. | Graber, Simon 004355/MG | Identification |
| 117. | Grinberg, Khaya 219788/SB | Identification |
| 118. | Gross, Martha 202669/SB | Identification |
| 119. | Grosz, Adolf 708275/SB | Identification |
| 120. | Grünwald, Ludwig 003150/MG | Identification |
| 121. | Gumprich, Adolf et al 210763/SB | Identification |
| 122. | Gutman, Theodor 205613/SB | Identification |
| 123. | Gutmann, Josef 300056/RT | Identification |
| 124. | Guttman, Serena 217392/SB | Identification |
| 125. | Guttmann, Solomon 705584/SB | Identification |
| 126. | Haas, Katharina 206757/RT | Identification |
| 127. | Haas, Walter 216397/SB | Identification |
| 128. | Hajman, Walter 223664/RT | Identification |
| 129. | Halberstadt, A. 701445/MG | Identification |
| 130. | Halberstadt, A. 701446/MG | Identification |
| 131. | Halberstadt, A. 701447/MG | Identification |
| 132. | Halberstadt, A. 701448/MG | Identification |
| 133. | Halberstadt, A. 701449/MG | Identification |
| 134. | Halberstadt, A. 701450/MG | Identification |
| 135. | Halff, Renee 206792/SB | Identification |
| 136. | Hammerschlag, Emil 217781/SB | Identification |
| 137. | Hammerschlag, Franz 216454/SB | Identification |
| 138. | Hartmann, Karel 211052/RT | Identification |
| 139. | Haas, Itzik 001932/HB | Identification |
| 140. | Hauptschein, Lobel 501509/SB | Identification |
| 141. | Hauser, Josef 707002/SB | Identification |
| 142. | Heller, Ida 750006/RT | Identification |
| 143. | Heller, Joseph 500240/SB | Identification |

| | | |
|---|---|---|
| 144. | Hermann, Frank 401087/MG | Identification |
| 145. | Herrmann, Hans 223516/MG | Identification |
| 146. | Herzberg, Gertrud 780133/SB | Identification |
| 147. | Heymann, Ernst 500045/RT | Identification |
| 148. | Heymann, Helene 402171/SB | Identification |
| 149. | Hirsch, Charles 216843/SB | Identification |
| 150. | Hirsch, Eugene 223978/SB | Identification |
| 151. | Hirschfeld, Elisabeth 207722/SB | Identification |
| 152. | Hoffman, Samuel 219980/SB | Identification |
| 153. | Hoffman, Wolf 202025/SB | Identification |
| 154. | Hoffmann, Adolf 400944/SB | Identification |
| 155. | Hoffmann, Anna 400815/SB | Identification |
| 156. | Hoffmann, Mathilde 401678/SB | Identification |
| 157. | Honig, Rosa 216483/SB; 216486/SB | Identification |
| 158. | Hopmeier, Lotte 004123/MG | Identification |
| 159. | Hupfershmid, Clara 219185/SB | Identification |
| 160. | Hurwitz, Alfred 750131/MG | Identification |
| 161. | Jacoby, Hanna *et al* 401671/MG | Identification |
| 162. | Jordan, Paul 224277/SB | Identification |
| 163. | Kac, Jósef 213295/SB | Identification |
| 164. | Kagan, Alexander 212365/SB | Identification |
| 165. | Kahn, Georgette 219659/SB | Identification |
| 166. | Kahn, Moritz 215187/SB | Identification |
| 167. | Kahn, Rudolf 300546/SB | Identification |
| 168. | Kaliski, Martin *et al* 220027/SB | Identification |
| 169. | Katz, Jacob 751868/SB | Identification |
| 170. | Katz, Abraham 207881/MBC | Identification |
| 171. | Katz, Abraham 784178/SB | Identification |
| 172. | Katz, Mandel 217670/SB | Identification |
| 173. | Kauffmann, Grethe 740988/SB | Identification |
| 174. | Kaufmann, Herman 217789/SB | Identification |
| 175. | Kaufmann, Ida 401110/SB | Identification |
| 176. | Kessler, Natalie 205903/SB | Identification |
| 177. | Kitover, Izik *et al* 780385/SB | Identification |
| 178. | Klein, Emilie 752125/SB | Identification |
| 179. | Klein, Ernest *et al* 219394/SB | Identification |
| 180. | Klein, Isidor 201072/SB | Identification |
| 181. | Klein, Isidor 224333/SB | Identification |
| 182. | Klein, Jakob 216348/SB | Identification |
| 183. | Klein, Leopold 220175/SB | Identification |
| 184. | Klein, Maurice 223875/SB | Identification |
| 185. | Klein, Vilmos 208563/SB | Identification |
| 186. | Klein, Wilhelm 774245/SB | Identification |
| 187. | Kogan, Moyssey 003683/MG | Identification |
| 188. | Konig-Pulfer, Walter 750978/SB | Identification |
| 189. | Korn, Israel 205568/SB | Identification |
| 190. | Kraus, Richard 734364/SB | Identification |
| 191. | Kraus, Viktor 402173/RT | Identification |
| 192. | Krause, Ernst 401848/SB | Identification |
| 193. | Krause, Hermann 401852/SB | Identification |

| | | |
|---|---|---|
| 194. | Krotoschin, Gertrud 220028/SB | Identification |
| 195. | Kugelmann, Bella 215152/SB | Identification |
| 196. | Kuhn, Yermeyahu 223742/SB | Identification |
| 197. | Landau, Jozef 002979/MG | Identification |
| 198. | Lang, Julius 770902/SB | Identification |
| 199. | Langer, Olga 718610/MG | Identification |
| 200. | Langfelder, Friedrich 501522/SB | Identification |
| 201. | Latzko, Ernst 401973/MG; 401197/MG | Identification |
| 202. | Lauffer, Max 400253/SB | Identification |
| 203. | Lederer, Max 300248/SB | Identification |
| 204. | Lederer, Richard 300249/SB | Identification |
| 205. | Lehmann, Bertha 734446/SB | Identification |
| 206. | Lehmann, Grete 708638/RT | Identification |
| 207. | Lerner, Fred 216926/SB | Identification |
| 208. | Lesser, Alfred 213831/SB | Identification |
| 209. | Levi, Josef 750071/RT | Identification |
| 210. | Levin, Mihail 224316/SB | Identification |
| 211. | Levin, Mordechai 205615/SB | Identification |
| 212. | Levy, Ernst 220033/SB | Identification |
| 213. | Levy, Jules 707920/MG; 707958/MG | Identification |
| 214. | Levy, Juliette 216633/RT | Identification |
| 215. | Levy, Leopold 221991/SB | Identification |
| 216. | Levy, Lucien 209182/RT | Identification |
| 217. | Levy, Oscar 707438/MG | Identification |
| 218. | Levy, Paul 212487/SB | Identification |
| 219. | Levy, Paul 220524/SB; 300165/SB | Identification |
| 220. | Levy, Sigmund 203225/SB | Identification |
| 221. | Lewi, Jacob 500058/RT | Identification |
| 222. | Lewin, Martin 213259/SB | Identification |
| 223. | Liebmann, Hermann 219130/SB | Identification |
| 224. | Lindner, Alfred 400819/SB | Identification |
| 225. | Lindner, Karl 400812/SB | Identification |
| 226. | Lipson, Betty 201298/SB | Identification |
| 227. | Lissaur, Elizabeth 208304/SB | Identification |
| 228. | Lobstein, Phillipe 400740/SB | Identification |
| 229. | Loewe, Ludwig 204910/SB | Identification |
| 230. | Lorentz, Ernest 207095/SB | Identification |
| 231. | Löwenstein, Paul 200737/MG | Identification |
| 232. | Maba, Icek 224135/SB | Identification |
| 233. | Majer, Roman *et al* 210379/SB | Identification |
| 234. | Mandel, Henry 216186/SB | Identification |
| 235. | Mandl Peter 212676/SB | Identification |
| 236. | Margittai, Bela 772452/SB | Identification |
| 237. | Markus, Itzhak 219183/SB | Identification |
| 238. | Masur, Anna 300416/SB | Identification |
| 239. | Mautner, Hugo *et al* 206281/SB | Identification |
| 240. | May, Siegmund 223995/SB | Identification |
| 241. | Mayer, Alfred 782485/MG | Identification |
| 242. | Mayer, Alice 216036/SB | Identification |
| 243. | Mayer, Fritz 203634/SB | Identification |

| | | |
|---|---|---|
| 244. | Mayer, Julius 001407/MG | Identification |
| 245. | Mayer, Moritz 400789/SB | Identification |
| 246. | Mayer, Rosa 224283/SB | Identification |
| 247. | Messner, Franz 708214/SB | Identification |
| 248. | Meyer, Arthur 002070/HB; 002199/HB; 002247/HB | Identification |
| 249. | Meyer, Felix 780133/SB | Identification |
| 250. | Meyer, Hans 401808/SB | Identification |
| 251. | Meyer, Jettge 205851/HB | Identification |
| 252. | Meyer, Kurt 790656/MG | Identification |
| 253. | Meyer, Leopold 704704/SB | Identification |
| 254. | Meyer, Max 400458/HB | Identification |
| 255. | Meyer, Otto 200755/SB | Identification |
| 256. | Meyer, Rudolf 224498/HB | Identification |
| 257. | Meyer, Tobias 750442/SB | Identification |
| 258. | Morgenstern, Oscar 400340/SB | Identification |
| 259. | Muller, Gertrud 224517/SB | Identification |
| 260. | Muller, Julie 201931/RT | Identification |
| 261. | Muller, Ludwig 751425/SB | Identification |
| 262. | Muller, Marcel *et al* 7720956/MG | Identification |
| 263. | Müller, Maria 730029/MG | Identification |
| 264. | Muller, Sigmund 217057/SB | Identification |
| 265. | Muller, Traude 224528/SB | Identification |
| 266. | Munk, Frank 202404/SB | Identification |
| 267. | Nagy, Margarethe *et al* 222799/SB | Identification |
| 268. | Nathan, Maurice 211476/SB | Identification |
| 269. | Neiman Isaac 201295/SB; 215735/SB | Identification |
| 270. | Neuman, Adele 215442/SB | Identification |
| 271. | Neumann, Arthur 778104/RT | Identification |
| 272. | Neumann, Friedrich 400278/MG | Identification |
| 273. | Neumann, Marton 219115/RT | Identification |
| 274. | Neumann, Oskar 781545/SB | Identification |
| 275. | Newman, Ester 222938/SB | Identification |
| 276. | Nordmann, Paul 219208/SB | Identification |
| 277. | Nordmann, Paul 221589/SB | Identification |
| 278. | Oppenheim, Salomon 709765/SB | Identification |
| 279. | Ornstein, Rosa 221393/SB | Identification |
| 280. | Otto, Maier 219510/SB | Identification |
| 281. | Pal, Victor *et al* 215402/SB | Identification |
| 282. | Perl, Elisabeth *et al* 219383/SB | Identification |
| 283. | Picard, Marthe 402071/RT | Identification |
| 284. | Picard, Raymond 402054/MG | Identification |
| 285. | Pick, Gertrud 402062/SB | Identification |
| 286. | Pollak, Alexander 003601/MG | Identification |
| 287. | Pollak, Ernst 705206/SB | Identification |
| 288. | Pollak, Jozsef *et al* 215873/SB | Identification |
| 289. | Pollak, Otto 219810/SB | Identification |
| 290. | Polláková, Grete 206662/SB; 222156/SB | Identification |
| 291. | Popper, Josef 207070/SB | Identification |
| 292. | Prejbeanu, Dimtrie C 005191/MG | Identification |
| 293. | Raczek, Josef *et al* 219076/SB | Identification |

| | | |
|---|---|---|
| 294. | Rado, Sandor 219278/MG | Identification |
| 295. | Rado, Sandor 219300/MG | Identification |
| 296. | Reich, Josef 751802/SB | Identification |
| 297. | Richter, Ernst 204904/SB | Identification |
| 298. | Robey, Frederick 786939/SB | Identification |
| 299. | Rose, Amalie *et al* 708713/RT | Identification |
| 300. | Rosenberg, Anna 776440/RT | Identification |
| 301. | Rosenberg, Blanca 200731/RT | Identification |
| 302. | Rosenzweig, Lore 708477/SB | Identification |
| 303. | Roth, Jacobo 752301/SB | Identification |
| 304. | Roth, Jakob 500634/SB | Identification |
| 305. | Rothschild, Jacques 221992/SB | Identification |
| 306. | Rothschild, Suzanne 209516/SB | Identification |
| 307. | Rubinstein, Moritz 300317/SB | Identification |
| 308. | Ruziewicz, Henryk 004758/MG | Identification |
| 309. | Sachs, Hugo 400416/SB | Identification |
| 310. | Sachs, Hugo 401919/SB | Identification |
| 311. | Samuel, Salamon 208846/SB | Identification |
| 312. | Schenk, Rudolf 210901/SB | Identification |
| 313. | Schik, Walter 401535/RT | Identification |
| 314. | Schindler, Paul 751704/SB | Identification |
| 315. | Schmidt, August 500216/RT | Identification |
| 316. | Schmidt, Bertha 750864/SB | Identification |
| 317. | Schmidt, Heinrich 750530/SB | Identification |
| 318. | Schmidt, Heinrich 750867/SB | Identification |
| 319. | Schmidt, Theodor 751593/SB | Identification |
| 320. | Schneider, Franz 750129/MG | Identification |
| 321. | Schneider, Hermann 751782/SB | Identification |
| 322. | Schneider, Josef 201647/RT | Identification |
| 323. | Schonberg, Anna 704972/MG | Identification |
| 324. | Schuler, Herscu 300150/SB | Identification |
| 325. | Schulz, Elisabeth 207420/SB | Identification |
| 326. | Schulze, Otto 751790/SB | Identification |
| 327. | Schwarcz, Adolf 702145/SB | Identification |
| 328. | Schwarcz, Bela 207314/SB | Identification |
| 329. | Schwarcz, Bela 214544/SB | Identification |
| 330. | Schwarcz, Ender 400658/MG | Identification |
| 331. | Schwartz, Bala 702318/SB | Identification |
| 332. | Schwartz, Frida *et al* 214595/SB | Identification |
| 333. | Schwartz, Fritz 214316/SB | Identification |
| 334. | Schwartz, Henrietta 214447/RT | Identification |
| 335. | Schwartz, Margareta 203481/RT | Identification |
| 336. | Schwarz, Henry 214120/RT | Identification |
| 337. | Schwarz, Louise 224457/RS | Identification |
| 338. | Schwarz, Rubin 203047/SB; 773210/SB | Identification |
| 339. | Schweizer, Paula 751894/SB | Identification |
| 340. | Shtern, Hermann 772485/SB | Identification |
| 341. | Silbiger, Heinrich 215669/SB | Identification |
| 342. | Simon, Jacob *et al* 223102/SB | Identification |

| | | |
|---|---|---|
| 343. | Sion, Henri et al 222985/SB; 222990/SB; 222991/SB; 222992/SB; 222993/SB; 222994/SB; 222995/SB; 222996/SB; 222997/SB; 222998/SB 222999/SB | Identification |
| 344. | Slavova, Sofya 207780/RT | Identification |
| 345. | Sperber, Leopold 401309/SB; 401316/SB | Identification |
| 346. | Spielmann, Ignatz 213801/SB | Identification |
| 347. | Spira, Alice 215728/SB | Identification |
| 348. | Spitz, Lilly 701881/SB | Identification |
| 349. | Spitzer, Arnold 702834/SB | Identification |
| 350. | Spitzer, Arnold et al 753126/SB; 753569/SB | Identification |
| 351. | Spitzer, Ernest 718791/MG | Identification |
| 352. | Spitzer, Jakob 223399/SB | Identification |
| 353. | Spitzer, S. 400997/SB | Identification |
| 354. | Spitzer, Sándor 731037/SB | Identification |
| 355. | Steinberg, Georg et al 203293/RT | Identification |
| 356. | Steiner, Alejandro 729960/MG | Identification |
| 357. | Steiner, Otto 211418/SB | Identification |
| 358. | Stern, Abraham 779368/SB | Identification |
| 359. | Stern, Adolf 400957/SB | Identification |
| 360. | Stern, Andor 220091/SB | Identification |
| 361. | Stern, Hans et al 207329/RT | Identification |
| 362. | Stern, Heinrich 208923/SB | Identification |
| 363. | Stern, Leo 500360/RT | Identification |
| 364. | Stern, Ludwig 204005/SB | Identification |
| 365. | Stern, Martha 401053/SB | Identification |
| 366. | Sternberg, Anna 224286/SB | Identification |
| 367. | Sternberg, Max et al 221883/SB | Identification |
| 368. | Straus, Hans 501118/RT | Identification |
| 369. | Strauss, Emil 401396/SB | Identification |
| 370. | Strauss, Herman 778360/MG | Identification |
| 371. | Strauss, Max 401574/SB | Identification |
| 372. | Strauss, Otto 400425/SB | Identification |
| 373. | Sussmann, Leopold 400613/SB | Identification |
| 374. | Szilagyi, Aladar 751271/MG | Identification |
| 375. | Taussig, Adolf 400518/MG | Identification |
| 376. | Tyrrasch, Herbert et al 221156/RT | Identification |
| 377. | Ungar, Maximillian 222423/SB | Identification |
| 378. | Vogl, Karl 002007/MG | Identification |
| 379. | Wagner, Adolf 750117/RT | Identification |
| 380. | Wagner, Elsa 790678/SB | Identification |
| 381. | Wagowski, Selma 150119/MG | Identification |
| 382. | Waldmann, Erich 214375/SB | Identification |
| 383. | Wargon, Moszek et al 208290/SB | Identification |
| 384. | Wassermann, Froim 217009/RT; 212559/RT | Identification |
| 385. | Weber, Celine 215865/SB | Identification |
| 386. | Weber, Josef 400847/SB | Identification |
| 387. | Weber, Josef 401341/SB | Identification |
| 388. | Weber, Paula 222504/SB | Identification |
| 389. | Weber, Sara 400844/SB | Identification |
| 390. | Weil, Ludwig 214873/SB | Identification |
| 391. | Weill, Sylvain 208743/SB | Identification |

| 392. | Weinberg, Julius 219296/RT | Identification |
|---|---|---|
| 393. | Weinberger, Menachem 004676/MG | Identification |
| 394. | Weiner, Irma 217427/SB | Identification |
| 395. | Weinheber, Ludwig et al 000892/MG | Identification |
| 396. | Weinschenk, Ida 501169/SB | Identification |
| 397. | Weinstock, Rudolf 002669/MG | Identification |
| 398. | Weiser, Leo 203294/RT | Identification |
| 399. | Weiss, Alexander 222049MBC | Identification |
| 400. | Weiss, Harry 217313/SB | Identification |
| 401. | Weiss, Hedwig 401375/SB | Identification |
| 402. | Weiss, Herman 750330/RT | Identification |
| 403. | Weiss, Jakob 751761/SB | Identification |
| 404. | Weiss, Josef 220870/SB | Identification |
| 405. | Weiss, Josef 751763/SB | Identification |
| 406. | Weiss, Joseph 751572/SB | Identification |
| 407. | Weiss, Leopold 750640/MG | Identification |
| 408. | Weiss, Michael 716007/MG | Identification |
| 409. | Weiss, Mor 702588/SB | Identification |
| 410. | Weiss, Noha et al 003026/MG | Identification |
| 411. | Weiss, Regina 200253/SB | Identification |
| 412. | Weiss, Regina 707972/SB | Identification |
| 413. | Weiss, Rosa 002951/MG | Identification |
| 414. | Weiss, Samuel 206985/SB | Identification |
| 415. | Weisz, Bela 300050/SB | Identification |
| 416. | Weisz, Fulop 223199/SB | Identification |
| 417. | Weisz, Jakab 207887/SB | Identification |
| 418. | Weisz, Leo 300791/SB | Identification |
| 419. | Weisz, Moricz 003754/MG | Identification |
| 420. | Weisz, Morris 400990/SB | Identification |
| 421. | Weisz, Regina 003714/MG | Identification |
| 422. | Weisz, Rozalia 219540/RT | Identification |
| 423. | Weisz, Zsigmond 775033/SB | Identification |
| 424. | Wengraf, Julius 150114/MG | Identification |
| 425. | Werner, Elsa 780537/SB | Identification |
| 426. | Werner, Margarete 500853/RT | Identification |
| 427. | Werner, Max 401954/SB | Identification |
| 428. | Wertheimer, Fritz 401194/SB | Identification |
| 429. | Wiener, Henry 735204/MG | Identification |
| 430. | Wilhelm, Hugo et al 217945/SB; 217946/SB | Identification |
| 431. | Winter, Karl 224236/MG | Identification |
| 432. | Wisel, Benjamin et al 203739/SB | Identification |
| 433. | Wojnar-Wojnarowski, Eugeniusz et al 219410/SB | Identification |
| 434. | Wolf, Bernard 701540/RT | Identification |
| 435. | Wolf, Erich 222806/SB | Identification |
| 436. | Wolf, Eugene 224540/MG | Identification |
| 437. | Wolf, Gertrud 222805/SB | Identification |
| 438. | Wolf, Hermann 224152/RT | Identification |
| 439. | Wolf, Moses 202859/SB | Identification |
| 440. | Wolff, Charlotte 212904/SB | Identification |
| 441. | Wolff, Ernst 210350/RT | Identification |

| 442. | Wolff, Lucie 150066/MG | |
|---|---|---|
| 443. | Wolff, Max 221697/SB | Identification |
| 444. | Wolff, Max 224270/SB | Identification |
| 445. | Wolff, Paul 224539/SB | Identification |
| 446. | Zilberberg, Irma 005224/MG | Identification |
| 447. | Zimmer, Ella *et al* 203964/SB | Identification |
| 448. | Zimmermann, Emil 216844/SB | Identification |
| 449. | Zimmermann, Heinrich 401872/SB | Identification |
| 450. | Zweig, Erna *et al* 219857/SB | Identification |
| | | Identification |