FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 30 2008 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

-------------------------------------------------------

This Document Relates to: All Cases

------------------------------------------------------- X

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

MEMORANDUM & ORDER

## MEMORANDUM & ORDER APPROVING SET 171: 15 AWARDS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS AND AUTHORIZING PAYMENT FROM THE SETTLEMENT FUND

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal (the "CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 15 certified Awards listed in Annex A, and the resources to pay these Awards through funds to be deposited in the Swiss Banks Settlement-Dormant Accounts-Payment Account from the Settlement Fund. The total amount of these 15 Awards is US $3,523,603.37 (SF 3,805,491.64 converted at a rate of 1.08 Swiss Francs per U.S. Dollar).

With this one hundred and seventy-first set, a total of US $499,423,938.76 will have been awarded thus far. This total amount is comprised of Awards issued under CRT I and CRT II combined, and Plausible Undocumented Awards (PUAs). Under CRT I alone, which took place from 1997 through 2000, 207 accounts, with a value of US $18,184,492.00, were awarded as accounts that had belonged to Victims of Nazi Persecution. Under CRT II alone, 2,664 Awards for 4,229 accounts totaling US $420,321,237.84[1] will have been made to date to Victims or Targets of Nazi Persecution

---

[1] This amount includes the payments of decisions on appeal issued by Special Masters Michael Bradfield and Helen Junz totaling US $4,655,653.71. The total US $ amount, number of approved decisions and number of accounts have been adjusted to account for the rescission of

making up the Deposited Assets Class, with the average Award amounting to US $ 138,542.41.[2] The total number of PUAs issued to date is 12,360 less 183 full and partial deductions totaling $60,918,208.92.

This submission includes six Awards to six Primary Claimants and four Co-Claimants who previously received a Plausible Undocumented Award ("PUA"), as detailed in Annex B to this Order. Each recipient was made aware at the time the PUA was awarded that, in the event the CRT located a Swiss Bank account or accounts to which he/she was entitled, the PUA amount of US $5,000.00 already received would be deducted from any future award(s) that may be made in connection with such account(s). Therefore, the amount requested for transfer to the Swiss Banks Settlement-Dormant Accounts - Payment Account equals the award amount of US $3,523,603.37 for the 15 Awards referred to above less US $50,000.00 for previous PUA payments, for a total of US $3,473,603.37.

As set forth in the Awards and as required by Article 31(3) of the Rules, the Certified Awards shall be paid in full by the Special Masters after approval of such Awards by the Court.

Therefore, it is hereby

ORDERED that the decision *In re Felsenstein* as submitted with Set 39, which was approved on 31 December 2003, is hereby rescinded and that the decision *In re Felsenstein* as submitted with this 171st Set of 15 Awards is hereby approved;

ORDERED that the attached 15 Awards are hereby approved for payment pursuant to Article 31(2) of the Rules;

ORDERED that for the payment of these 15 Awards certified by the CRT and approved by the Court, less ten payments previously made in the form of PUAs, the Signatories of the Settlement

---

the decision *In re Felsenstein*, as provided in this Order.

[2] In calculating the average value of CRT-II awards, the Set 75 award and the two Set 110 awards were excluded because their size made them outliers that would have skewed the result. The calculation further excludes appeal awards in the amount of US $4,500,173.97 in which the earlier award was not rescinded. On the other hand, the calculation includes appeal awards issued upon reversal of a denial as recommended by Special Masters Michael Bradfield and Helen Junz and issued by the CRT.

Fund are hereby ordered to transfer immediately US $3,473,603.37 from the Settlement Fund to the Swiss Banks Settlement-Dormant Accounts-Payment Account;

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award and Award Denials, which information shall be filed with the Court under seal.

I will issue additional orders approving Awards certified by the CRT and transferring further sums from the Settlement Fund as the CRT certifies them to this Court.

Dated: Brooklyn, New York
September 24, 2008

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

*[BATCH CLXXI] - ANNEX A*

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 24 September 2008 the following Awards for approval by the Court and payment by the Special Masters:

| Account Owner Last Name and Claim Number | Award Amount (SFr.) |
|---|---|
| 1. Breslauer 219845/HB; 781988/HB; 781992/HB** *** | 26,750.00 |
| 2. De Boschan 501507/LH; 501514/LH; 850069/LH; 850070/LH | 49,375.00 |
| 3. Felsenstein 213614/NP*** | 487,163.88 |
| 4. Freud 213425/GO; 778941/GO; 784509/GO; 784510/GO** *** | 242,750.00 |
| 5. Haar 203988/MBC; 601075/MBC; 753814/MBC** *** | 211,875.00 |
| 6. Hirschfeld, Hugo 216575/DE | 10,375.00 |
| 7. Mendel et al 400823/RS; 400833/RS; 400837/RS; 400328/RS; 400330/RS; 400367/RS | 49,375.00 |
| 8. Müller 216260/HB; 778310/HB* | 10,375.00 |
| 9. Persitz 220524/MBC** *** | 79,781.38 |
| 10. Pieck 213887/MBC** *** | 462,800.00 |
| 11. Popper 401732/TC; 401733/TC*** | 374,375.00 |
| 12. Rothberger, Jacob 402211/NB | 26,750.00 |
| 13. Schulz, Meta 400711/TC; 400713/TC; 400717/TC*** | 325,000.00 |
| 14. Singer 210937/WT | 26,750.00 |
| 15. Vanos 707864/WT; 707956/WT*** | 1,421,996.38 |
| **TOTAL** | **3,805,491.64** |
| **Total amount in US Dollars[3]** | **$ 3,523,603.37** |

\* MPM award
\*\* TAD award
\*\*\* Substantively reviewed by SM Junz

---

[3] Exchange rate as of 24 September 2008 of 1.08 Swiss Francs per U.S. Dollar.

Deduction for Plausible Undocumented Awards previously issued by the Claims Resolution Tribunal:

| Account Owner Last Name and Claim Number | Claimant Name | Amount to be deducted (in US $) |
|---|---|---|
| Breslauer 219845/HB; 781988/HB; 781992/HB** *** | Henni Padawer | $ 5,000.00 |
| Breslauer 219845/HB; 781988/HB; 781992/HB** *** | Paul Charles Breslow | $ 5,000.00 |
| Freud 213425/GO; 778941/GO; 784509/GO; 784510/GO** *** | Nicholas S. Freud | $ 5,000.00 |
| Haar 203988/MBC; 601075/MBC; 753814/MBC** *** | Ernest Haar | $ 5,000.00 |
| Hirschfeld, Hugo 216575/DE | Estate of Dr. Tsvi Sadeh | $0.00 (Deducted in Cahn award, Batch 152) |
| Hirschfeld, Hugo 216575/DE | Menachem Sadeh | $0.00 (Deducted in Cahn award, Batch 152) |
| Hirschfeld, Hugo 216575/DE | Chava Levin | $0.00 (Deducted in Cahn award, Batch 152) |
| Mendel et al 400823/RS; 400833/RS; 400837/RS; 400328/RS; 400330/RS; 400367/RS | Ruth Dreike | $ 5,000.00 |
| Mendel et al 400823/RS; 400833/RS; 400837/RS; 400328/RS; 400330/RS; 400367/RS | Gerald Albert Mendel | $ 5,000.00 |
| Pieck 213887/MBC** *** | Ilse Shelton | $ 5,000.00 |
| Schulz, Meta 400711/TC; 400713/TC; 400717/TC*** | Andrew Schulz | $ 5,000.00 |
| Schulz, Meta 400711/TC; 400713/TC; 400717/TC*** | Catherine S. Benison | $ 5,000.00 |
| Schulz, Meta 400711/TC; 400713/TC; 400717/TC*** | Elizabeth Schulz | $ 5,000.00 |
| Schulz, Meta 400711/TC; 400713/TC; 400717/TC*** | Eva Schulz | $0.00 (Deducted in Treumann award, Batch 164) |
| **Total PUA Deduction Amount in US Dollars** | | **$ 50,000.00** |
| **Total Set Amount Awarded in US Dollars** | | **$ 3,523,603.37** |
| **Total Net Set Amount (after deduction) in US Dollars** | | **$ 3,473,603.37** |

\* MPM award
\*\* TAD award
\*\*\* Substantively reviewed by SM Junz