FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 30 2008 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

This Document Relates to: All Cases

-------------------------------------------------- X

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

MEMORANDUM & ORDER

# MEMORANDUM & ORDER APPROVING SET 4HBJ[1] OF DECISIONS ON APPEAL

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order, in the December 14, 2006 Memorandum & Order, and in the Plan of Allocation and Distribution of Settlement Proceeds, Special Master Helen B. Junz is hereby requesting the Court's approval of the 20 Decisions on Appeal listed in Annex A to this Order. At the direction of the Court, Special Master Junz was not involved in the initial review of the CRT's recommendations in connection with the 20 decisions described herein. Accordingly, the Court determined that it was appropriate for her to review these decisions on appeal and to provide her appellate recommendations to the Court.

Under Article 22(2), the Rules further provide that "[a]n Award may be made of the value of an Account in favor of a Claimant if:

---

[1] This being the fourth Set of Appeal Decisions submitted to the Court by Special Master Helen B. Junz.

a) the Claimant has identified a person with precisely the same name as the Account Owner, or the Claimant has accurately identified a person with substantially the similar name as the Account Owner or a credible pseudonym, and where applicable, has provided a plausible explanation for the difference in names; and

b) the CRT is satisfied that the information provided by the Claimant is consistent with unpublished information in the bank records..."

In 19 of these 20 cases the CRT has determined, and the Special Master has confirmed on appeal, that the Claimant was not able to identify his or her relative as the Account Owner as described in Article 22(2) of the Rules. Accordingly, these appeals are dismissed. In one case, the CRT's Certified Denial has been reversed as to the non-identity denial, vacated as to other issues and remanded to the CRT for consideration of disposition issues that may result in a possible award of the account in question to the Claimant/Appellant. Therefore, it is hereby

ORDERED that the 20 Decisions on Appeal listed in Annex A are hereby approved and shall be distributed to the relevant Claimants by the CRT.

It is further ordered that the Special Master shall provide the Court with the name and address of every Claimant receiving a Decision on Appeal, which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
September 1, 2008

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge

Special Master Helen B. Junz hereby certifies as of September 5, 2008 the following decisions on appeal for approval by the Court:

| | Appeal Number | Account Owner's Last Name and Claim Number | Original Decision in Batch | Type | Disposition of the Appeal |
|---|---|---|---|---|---|
| 1. | 1172 | Stern, Martha 207375/SB; 402057/SB | 115 | Non Identity Denial | Dismissed |
| 2. | 1219 | Goldberger 204252/HU | 126 | Non Identity Denial | Dismissed |
| 3. | 1220 | Schindler 402179/SB | 133 | Non Identity Denial | Reversed non-identity denial, vacated as to other issues and remanded |
| 4. | 1226 | Fischer 783683/RT | 133 | Non Identity Denial | Dismissed |
| 5. | 1232 | Weiss 211856/SB; 772595/SB | 119 | Non Identity Denial | Dismissed |
| 6. | 1235 | Müller 400473/RT | 125 | Non Identity Denial | Dismissed |
| 7. | 1236 | Levy 210417/HU | 132 | Non Identity Denial | Dismissed |
| 8. | 1237 | Lederer et al, 402166/MG | 119 | Non Identity Denial | Dismissed |
| 9. | 1240 | Schwarz, Sandor et al 004388/MG; 004389/MG; 400836/MG; 402048/MG; 402058/MG | 121 | Non Identity Denial | Dismissed |
| 10. | 1241 | Schwartz 402051/MG | 120 | Non Identity Denial | Dismissed |
| 11. | 1242 | Schwarz, Riza 402056/MG | 120 | Non Identity Denial | Dismissed |
| 12. | 1243 | Falk 003579/HB | 126 | Non Identity Denial | Dismissed |
| 13. | 1249 | Weil, Ida 212197/HU | 132 | Non Identity Denial | Dismissed |
| 14. | 1250 | Weil, Hermann 212198/HU | 132 | Non Identity Denial | Dismissed |
| 15. | 1252 | Bloch 200464/HU | 126 | Non Identity Denial | Dismissed |
| 16. | 1255 | Milch 002995/MG | 117 | Non Identity Denial | Dismissed |
| 17. | 1261 | Feldmann et al 201954/SU | 126 | Non Identity Denial | Dismissed |
| 18. | 1267 | Klein 221783/HB | 128 | Non Identity Denial | Dismissed |
| 19. | 1270 | Herbst 402031/HU | 132 | Non Identity Denial | Dismissed |
| 20. | 1275 | Berger 400859/MI | 133 | Non Identity Denial | Dismissed |