FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 14 2008 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
:
IN RE: HOLOCAUST VICTIM ASSETS    :   Case No. CV 96-4849 (ERK)(MDG)
LITIGATION                         :   (Consolidated with CV 96-5161
                                   :   and CV 97-461)
---------------------------------------------------------- :
:
:   MEMORANDUM & ORDER
This Document Relates to: All Cases :
:
:
---------------------------------------------------------- X

## MEMORANDUM & ORDER APPROVING SET 5HBJ[1] OF DECISIONS ON APPEAL

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order, in the December 14, 2006 Memorandum & Order, and in the Plan of Allocation and Distribution of Settlement Proceeds, Special Master Helen B. Junz is hereby requesting the Court's approval of the 20 Decisions on Appeal listed in Annex A to this Order. At the direction of the Court, Special Master Junz was not involved in the initial review of the CRT's recommendations in connection with the 20 decisions described herein. Accordingly, the Court determined that it was appropriate for her to review these decisions on appeal and to provide her appellate recommendations to the Court.

Under Article 22(2), the Rules further provide that "[a]n Award may be made of the value of an Account in favor of a Claimant if:

---

[1] This being the fifth Set of Appeal Decisions submitted to the Court by Special Master Helen B. Junz.

a) the Claimant has identified a person with precisely the same name as the Account Owner, or the Claimant has accurately identified a person with substantially the similar name as the Account Owner or a credible pseudonym, and where applicable, has provided a plausible explanation for the difference in names; and

b) the CRT is satisfied that the information provided by the Claimant is consistent with unpublished information in the bank records..."

In these 20 cases the CRT has determined, and the Special Master has confirmed on appeal, that the Claimant was not able to identify his or her relative as the Account Owner as described in Article 22(2) of the Rules. Accordingly, these appeals are dismissed. Therefore, it is hereby

ORDERED that the 20 Decisions on Appeal listed in Annex A are hereby approved and shall be distributed to the relevant Claimants by the CRT.

It is further ordered that the Special Master shall provide the Court with the name and address of every Claimant receiving a Decision on Appeal, which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
October 16 2008

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge

*[Set 5 HBJ] Annex A – UNREDACTED*
*CONFIDENTIAL*

Special Master Helen B. Junz hereby certifies as of October 27, 2008 the following decisions on appeal for approval by the Court:

| | Appeal Number | Account Owner's Last Name and Claim Number | Original Decision in Batch | Type | Disposition of the Appeal |
|---|---|---|---|---|---|
| 1. | 1280 | Mayer 215625/RT | 134 | Non Identity Denial | Dismissed |
| 2. | 1281 | Fuchs 402205/SB | 133 | Non Identity Denial | Dismissed |
| 3. | 1286 | Rosenbaum 400423/HU | 123 | Non Identity Denial | Dismissed |
| 4. | 1287 | Rosenbaum 400424/HU | 123 | Non Identity Denial | Dismissed |
| 5. | 1291 | Shon 204383, 204627/HU | 122 | Non Identity Denial | Dismissed |
| 6. | 1293 | Neumann 220643/SB | 123 | Non Identity Denial | Dismissed |
| 7. | 1294 | Hirschfeld 401540/MG | 119 | Non Identity Denial | Dismissed |
| 8. | 1298 | Katz 401965/SB | 115 | Non Identity Denial | Dismissed |
| 9. | 1303 | Stern 204333/SB | 115 | Non Identity Denial | Dismissed |
| 10. | 1306 | Richter 401729/SB, 500192/SB | 117 | Non Identity Denial | Dismissed |
| 11. | 1310 | Frank 780500/SB | 133 | Non Identity Denial | Dismissed |
| 12. | 1311 | Borger 401207/SU | 132 | Non Identity Denial | Dismissed |
| 13. | 1318 | Weber 401283/HB | 128 | Non Identity Denial | Dismissed |
| 14. | 1320 | Blumenstein 400572/HB | 125 | Non Identity Denial | Dismissed |
| 15. | 1324 | Weber 401277/HB | 128 | Non Identity Denial | Dismissed |
| 16. | 1326 | Lobl 203526/HU | 126 | Non Identity Denial | Dismissed |
| 17. | 1334 | Rothschild 400303/RT | 120 | Non Identity Denial | Dismissed |
| 18. | 1337 | Neumann 401373/RT | 121 | Non Identity Denial | Dismissed |
| 19. | 1340 | Tobias 712056/MI, 714056/MI | 134 | Non Identity Denial | Dismissed |
| 20. | 1341 | Strauss 401602/SB | 117 | Non Identity Denial | Dismissed |