UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

IN RE:
HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

------------------------------------------------------------

This Document Relates to: All Cases

**MEMORANDUM & ORDER**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 30 2009 ★

------------------------------------------------------------ X

KORMAN, Judge:

BROOKLYN OFFICE

I am in receipt of the January 28, 2009 Report and Recommendations of the Conference on Jewish Material Claims Against Germany, Inc. for the Thirty Third Group of Slave Labor Class I Claims in In re Holocaust Victim Assets Litigation (Swiss Banks) ("Thirty Third Claims Conference Report"). The Thirty Third Claims Conference Report advises that in accordance with the Plan of Allocation and Distribution of Settlement Proceeds ("Distribution Plan"), my Memorandum & Order dated June 28, 2001, and my Memorandum & Order dated September 25, 2002, the Claims Conference is prepared to transfer payments to heirs of Holocaust survivors who are members of Slave Labor Class I in 54 cases, 51 of which cases pertain to survivors previously approved by the Court for payment but were deceased prior to receiving the proceeds and for which payments to their heirs have now been approved.

I am advised that of the 54 Holocaust survivors described in the Thirty Third Claims Conference Report, three cases are being submitted to the Court for the first time and were approved by the German Foundation for Slave and Forced Laborers.

Finally, I am advised that with respect to all of the three newly submitted claims related to Holocaust survivors and described in the Thirty Third Claims Conference Report, the survivors have established that they are Jewish, and/or were, or were thought to have been,

Jewish at the time of persecution, thereby meeting the definition of being victims or targets of Nazi persecution, and satisfying the eligibility requirement for compensation under Slave Labor Class I.

I am pleased to note that inclusive of those referred to in this Order, 173,929 Jewish members of Slave Labor Class I and their heirs have been awarded a total of $252,191,200.

I have also been informed that sufficient funds to make these payments are in the Claims Conference designated program accounts for Slave Labor Class I.

Accordingly, in anticipation of the forthcoming distribution of $1,450 to the heirs of the newly approved three deceased Holocaust survivors who comprise this Thirty Third group of recipients under Slave Labor Class I, it is hereby

ORDERED that the Claims Conference transfer funds to the heirs of the three deceased Holocaust survivors eligible for Slave Labor Class I as described in the Thirty Third Claims Conference Report.

As stated in the Thirty Third Claims Conference Report, the Claims Conference is in the process of finalizing payments in this class, and these awards will be the last.

Brooklyn, New York
January 29, 2009

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge