UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

---------------------------------------------------------

This Document Relates to: All Cases

MEMORANDUM & ORDER

--------------------------------------------------------- X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 3 2009 ★
BROOKLYN OFFICE

## MEMORANDUM & ORDER APPROVING SET 185: 100 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal ("CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 100 certified Award Denials listed in Annex A.

This set contains one decision involving a claim that was previously addressed in an inadmissibility denial. In that inadmissibility denial, the CRT had determined that the Claimant's claim was inadmissible on the grounds that the Claimed Account Owner was not a Victim or Target of Nazi Persecution. *See Inadmissibility Decision regarding Claimed Account Owner Albert Einstein* (approved on 3 November 2008). Upon further review of the Claimant's claim, the CRT has determined that the Inadmissibility Decision was issued in error, and that the Claimed Account Owner was a Victim or Target of Nazi Persecution. Accordingly, the CRT also requests the Court's approval to rescind the previous decision. Nevertheless, as in all other decisions in this set, the CRT determined that the Claimant did not identify the account owner as his grandfather, the well-known theoretical physicist Albert Einstein, because the information he provided about his grandfather, as well as published information about him, was inconsistent with unpublished information about the account owner contained in the bank records.

With this one hundred and eighty fifth set, a total of 5,855 Certified Denials to 12,149 accounts will have been approved under CRT II. In 5,714 of these 5,855 Denials, the CRT concluded that the Claimant was not able to identify his or her relative as the account owner, in 108 cases the CRT concluded that the account owner closed the account and received the proceeds him/herself, in 28 cases the CRT determined that the Claimant was not entitled to the account owner's account, and in 5 cases the CRT determined that the evidence submitted by the Claimant was insufficient to support the existence of a bank account belonging to the Claimant's relative.

Therefore, it is hereby

ORDERED that the *Inadmissibility Decision for Claimed Account Owner Albert Einstein* (approved on November 3, 2008) is hereby rescinded;

ORDERED that the attached 100 Award Denials are hereby approved for release to the relevant Claimants.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award Denial which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
March 11, 2009

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 10 March 2009 the following Award Denials for approval by the Court:

| | | |
|---|---|---|
| 1. | Adler, Gustav 209658/MBC | Identification |
| 2. | Adler, Gustav 211341/MBC | Identification |
| 3. | Bakman 208197/RT | Identification |
| 4. | Bass 223589/RT | Identification |
| 5. | Baumgarten 223091/RT | Identification |
| 6. | Bekesi 208346/RT | Identification |
| 7. | Benjamin 401079/RT | Identification |
| 8. | Berg 401478/RT | Identification |
| 9. | Berger, Abraham 210277/RT | Identification |
| 10. | Berger, Faivel 788196/MBC | Identification |
| 11. | Berger, Ignaz 222559/RT | Identification |
| 12. | Einstein 212659/MBC* | Identification |
| 13. | Ekstein 750791/MBC; 754179/MBC | Identification |
| 14. | Engel, Mihaly 731091/MBC | Identification |
| 15. | Engel, Moshe 004062/MBC | Identification |
| 16. | Fischer, Iren 300603/RT | Identification |
| 17. | Friedlander 209108/RT | Identification |
| 18. | Friedman 205053/RT | Identification |
| 19. | Friedmannova 211415/RT | Identification |
| 20. | Fuhrman 200214/RT | Identification |
| 21. | Gibor, Esther (Klara) *et al* 790714/MBC | Identification |
| 22. | Gimmelfarb, Roza *et al* 204849/MBC | Identification |
| 23. | Goldkind, Murray *et al* 204889/RT | Identification |
| 24. | Graf, Imre *et al* 205128/RT | Identification |
| 25. | Greener 208663/MBC | Identification |
| 26. | Guttmann 002358/MBC | Identification |
| 27. | Hess 203360/MBC | Identification |
| 28. | Hirsch, Hermine 725761/MBC | Identification |
| 29. | Hirsch, Martin 202522/RT | Identification |
| 30. | Honig 401370/RT | Identification |
| 31. | Hubscher 400848/RT | Identification |
| 32. | Katz, Hermann 217639/RT; 217645/RT; 217646/RT; 217647/RT; 217539/RT | Identification |
| 33. | Katz, Jacob 003009/MBC | Identification |
| 34. | Keller 400622/RT | Identification |
| 35. | Kolar, Rosza *et al* 204734/RT | Identification |
| 36. | Kolski 400525/MBC | Identification |
| 37. | Kon 223420/RT | Identification |
| 38. | Krieger 501499/MBC | Identification |
| 39. | Landau 400300/RT | Identification |
| 40. | Langer 221637/MBC | Identification |

| 41. | Lederer 221104/RT | Identification |
|---|---|---|
| 42. | Leib, Eizik et al 203585/MBC | Identification |
| 43. | Lerner 205854/RT | Identification |
| 44. | Mandelbaum 210608/MBC | Identification |
| 45. | Markus, Ernö 730122/MBC; 730123/MBC | Identification |
| 46. | Markus, Ernö 730611/MBC | Identification |
| 47. | Markuze 204914/RT | Identification |
| 48. | Martel 202084/MBC | Identification |
| 49. | Mueller, Hans 400976/RT | Identification |
| 50. | Müller, Albert 401560/RT | Identification |
| 51. | Muller, Hersch 203881/MBC | Identification |
| 52. | Müller, Karl 400562/RT | Identification |
| 53. | Muller, Marta 402159/MBC | Identification |
| 54. | Müller, Marthe 401696/RT | Identification |
| 55. | Müllerova 700499/RT | Identification |
| 56. | Neuman, Julian 206658/RT | Identification |
| 57. | Neumann, Margit 222825/RT | Identification |
| 58. | Nusynowicz et al 211172/MBC | Identification |
| 59. | Perls 210429/RT; 216249/RT | Identification |
| 60. | Popper 500969/MBC | Identification |
| 61. | Richter, Else 004095/MBC | Identification |
| 62. | Richter, Hugo 004096/MBC | Identification |
| 63. | Rosenberg, Jacob 214308/MBC | Identification |
| 64. | Rosenberg, Max 400514/MBC | Identification |
| 65. | Rosenfeld 200894/MBC | Identification |
| 66. | Rothschild 223588/RT | Identification |
| 67. | Rozsa 206285/RT | Identification |
| 68. | Sachs 002621/MBC; 300476/MBC | Identification |
| 69. | Schnabl, Emil et al 770148/MBC | Identification |
| 70. | Schneider, Albert 223603/RT; 223604/RT | Identification |
| 71. | Schneider, Albert 782248/RT | Identification |
| 72. | Schulz 719938/MBC | Identification |
| 73. | Schwartz, Samuel 204477/MBC | Identification |
| 74. | Schwarz, Moses 200905/RT | Identification |
| 75. | Seidl 215240/RT | Identification |
| 76. | Simon 790713/MBC | Identification |
| 77. | Singer 208390/RT | Identification |
| 78. | Spitzer 780692/MBC | Identification |
| 79. | Steiner 200930/RT | Identification |
| 80. | Stern 213000/MBC | Identification |
| 81. | Strauss 782322/MBC | Identification |
| 82. | Von Hoffmann 204105/RT | Identification |
| 83. | Wagner, Ferenc 222079/RT | Identification |
| 84. | Wagner, Johann 207083/RT | Identification |
| 85. | Weiss, Elizabeth et al 214566/RT | Identification |

| 86. | Weiss, Emil 788127/RT | Identification |
|---|---|---|
| 87. | Weiss, Victor *et al* 223249/RT | Identification |
| 88. | Weisz, Fülöp 205262/RT | Identification |
| 89. | Weisz, Geza 730018/MBC | Identification |
| 90. | Weisz, Marton 208627/RT; 740920/RT | Identification |
| 91. | Weisz, Moric 400288/RT | Identification |
| 92. | Weisz, Rozalia 205117/RT | Identification |
| 93. | Weisz, Tibor 005093/MBC | Identification |
| 94. | Weisz, Tibor 213450/MBC | Identification |
| 95. | Wolff, Artur 217550/RT | Identification |
| 96. | Wolff, Edmond 401894/MBC | Identification |
| 97. | Wolff, Else 221417/MBC | Identification |
| 98. | Wolff, Richard 223585/RT | Identification |
| 99. | Zoltan 150125/MBC | Identification |
| 100. | Zukier 200363/RT | Identification |

\* Denial upon Rescission