UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

-------------------------------------------------------

This Document Relates to: All Cases

------------------------------------------------------- X

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

MEMORANDUM & ORDER

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 28 2009 ★
BROOKLYN OFFICE

## MEMORANDUM & ORDER APPROVING SET 187: 15 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal ("CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 15 certified Award Denials listed in Annex A.

With this one hundred and eighty-seventh set, a total of 5,872 Certified Denials to 12,187 accounts will have been approved under CRT II. In 5,730 of these 5,872 Denials, the CRT concluded that the Claimant was not able to identify his or her relative as the account owner, in 108 cases the CRT concluded that the account owner closed the account and received the proceeds him/herself, in 29 cases the CRT determined that the Claimant was not entitled to the account owner's account, and in 5 cases the CRT determined that the evidence submitted by the Claimant was insufficient to support the existence of a bank account belonging to the Claimant's relative.

Therefore, it is hereby

ORDERED that the attached 15 Award Denials are hereby approved for release to the relevant Claimants.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award Denial which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
May 14, 2009

SO ORDERED:

s/Edwward R. Korman
Edward R. Korman
United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 26 May 2009 the following Award Denials for approval by the Court:

|  | **Account Owner Last Name and Claim Number** | **Denial Type** |
|---|---|---|
| 1. | Engel 224462/RS | Identification |
| 2. | Goldstein, Benno 214038/RS | Identification |
| 3. | Goldstein, Bernhard 213911/RS | Identification |
| 4. | Goldstein, Edith 214037/RS | Identification |
| 5. | Goldstein, Erwin 213912/RS | Identification |
| 6. | Goldstein, Henriette 213836/RS, 213839/RS, 214029/RS | Identification |
| 7. | Goldstein, Hugo 214028/RS | Identification |
| 8. | Goldstein, Mathilde 214039/RS | Identification |
| 9. | Goldstein, Otto 213910/RS | Identification |
| 10. | Goldstein, Willy 213838/RS | Identification |
| 11. | Kessel 206981/MBC | Identification |
| 12. | Moscovici, Ana 207379/RS | Identification |
| 13. | Moscovici, Isidor 212975/RS | Identification |
| 14. | Moscovici, Isidor 500996/RS | Identification |
| 15. | Steiner 213837/RS | Identification |