FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★    6  2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------X
:
IN RE: HOLOCAUST VICTIM ASSETS    : Case No. CV 96-4849 (ERK)(MDG)
LITIGATION                        : (Consolidated with CV 96-5161
                                  : and CV 97-461)
                                  :
----------------------------------------:
                                  : **MEMORANDUM & ORDER**
                                  :
This Document Relates to: All Cases :
                                  :
                                  :
                                  :
----------------------------------------X

## MEMORANDUM & ORDER APPROVING CRT SET 10: 473 SUMMARY DENIALS TO APPEALS AS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 30 OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 and December 14, 2006 Memoranda & Orders and in the Plan of Allocation and Distribution of Settlement Proceeds, the Claims Resolution Tribunal (the "CRT") is hereby requesting the Court's summary denial of 473 Appeals listed in Annex A to this Order.

Under Article 30 of the Rules Governing the Claims Resolution Process, as amended (the "Rules"), an appeal must be based upon a plausible suggestion of error regarding the conclusions reached by the CRT in the Certified "No Match" Decision. Any appeals submitted without a plausible suggestion of error shall be summarily denied.

At my direction, the CRT has analyzed the information provided in each of the Appeals listed in Annex A. Upon careful consideration, the CRT has concluded that none of the Appellants whose claims are listed in Annex A raised a plausible suggestion of error in the CRT's finding that no accounts could be located in the Account History Database belonging to

any person or entity listed in the submitted Claims. Accordingly, the CRT recommends that these Appeals be summarily denied.

I have reviewed the CRT's analyses and I concur with the CRT's recommendations. Therefore, it is

ORDERED that the 473 Appeals to the claims listed in Annex A shall be summarily denied and the relevant Appellants so informed.

It is further ordered that the CRT shall provide the Court with the name and address of every Appellant whose appeal is herewith summarily denied, which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
August 2✓, 2009

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge