```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------- X
                                                  :   Case No. CV 96-4849 (ERK)(MDG)
IN RE: HOLOCAUST VICTIM ASSETS                    :   (Consolidated with CV 96-5161
LITIGATION                                        :   and CV 97-461)              FILED
                                                  :
                                                  :                    IN CLERK'S OFFICE
------------------------------------------------- :                U.S. DISTRICT COURT, E.D.N.Y.
                                                  :   MEMORANDUM & ORDER
This Document Relates to: All Cases               :                  ★  OCT 6  2009  ★
                                                  :
                                                  :                    BROOKLYN OFFICE
                                                  :
------------------------------------------------- X
```

# MEMORANDUM & ORDER APPROVING SIXTEENTH SET OF INADMISSIBILITY DECISIONS: 5 INADMISSIBILITY DECISIONS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal ("CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of five certified Inadmissibility Decisions listed in Annex A.

The CRT operates under the authority and supervision of this Court for the purpose of analyzing the claims submitted under the Settlement Agreement by members of the Deposited Assets Class. According to Article 18(2)(b) and (c) of the Rules, "[a] claim submitted to the CRT is inadmissible if the claim is based essentially on a statement that the Claimant or his or her relative and the Account Owner have the same or similar last name [or] the Claimant has provided no relevant information and/or documentation regarding his or her relationship to the Account Owner." Accordingly, a Claimant must provide some specific information or documentation about the Claimed Account Owner and the Claimant's relationship to that person.

In all five decisions detailed in Annex A attached to this Order, the CRT has determined that the Claimants did not satisfy this admissibility standard. With this sixteenth set, a total of 2,262 Inadmissibility Decisions will thus far have been approved under the CRT.[1]

Therefore, it is hereby

ORDERED that the five Inadmissibility Decisions listed in Annex A are hereby approved and shall be distributed to the relevant Claimants by the CRT.

It is further ordered that the CRT shall provide the Court with the name and address of every Claimant receiving an Inadmissibility Decision, which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
August / / 2009

SO ORDERED:

s/Edward R. Korman

Edward R. Korman
United States District Judge

---

[1] This number includes a Certified Inadmissibility Decision included in a Certified Denial that was not previously counted in the total number of inadmissibility decisions issued to date. *See Certified Denial In re Accounts of Eduard Jung, Erich Jung, and Else Jung* (approved on 17 March 2008).