------------------------------------------------------------- X
: Case No. CV 96-4849 (ERK)(MDG)
IN RE: HOLOCAUST VICTIM ASSETS : (Consolidated with CV 96-5161
LITIGATION : and CV 97-461)
:
------------------------------------------------------------- :
: MEMORANDUM & ORDER
This Document Relates to: All Cases :
: 96 CV 4849
:
:
------------------------------------------------------------- X

## MEMORANDUM & ORDER AUTHORIZING
## APPROVAL OF FUNDS FOR THE AWARDS—IN RE ACCOUNT OF PAUL ROTH
## AND IN RE ACCOUNTS OF CARL FUCHS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ NOV 19 ★

BROOKLYN OFFICE

KORMAN, C.J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, Special Master Michael Bradfield is hereby requesting the Court's approval of resources to pay Claimant Frank Lippmann, the Estate of Thomas Lippmann, Sharon Magnus and Deborah Magnus pursuant to the Award *In re Accounts of Carl Fuchs*, and Ana Martina Elena Susana Novak Slavik and Adan Juan Martin Novak Slavik pursuant to the Award *In re Account of Paul Roth*, through funds to be deposited in the Swiss Banks Settlement-Dormant Accounts-Payment Account from the Settlement Fund. The total amount of funds needed to pay Claimant Frank Lippmann, the Estate of Thomas Lippmann, Sharon Magnus and Deborah Magnus is $126,710.12, and the total amount of fund needed to pay Ana Martina Elena Susana Novak Slavik and Adan Juan Martin Novak Slavik is $38,275.19.

ORDERED that for the payment of Claimant Frank Lippmann, the Estate of Thomas Lippmann, Sharon Magnus, Deborah Magnus, Ana Martina Elena Susana Novak Slavik, and Adan Juan Martin Novak Slavik, the Signatories of the Settlement Fund are hereby directed to

- immediately transfer $164,985.31 to the Swiss Banks Settlement-Dormant Accounts-Payment Account.

Dated: Brooklyn, New York  
October 18, 2009

SO ORDERED:

s/Edward R. Korman  
Edward R. Korman  
United States District Judge