UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

------------------------------------------------------------

This Document Relates to: All Cases

**ORDER**

------------------------------------------------------------ X

KORMAN, Chief Judge:

Upon consideration of the request for funding of the Claims Resolution Tribunal II for expenses of the Claims Resolution Process for October – December 2009, and based on the provisions of paragraph 3 of the Order of Reference of December 8, 2000, the budget documentation submitted to the Court to substantiate the request, and my Order of August 16, 2001 establishing the Settlement Fund, it is hereby

ORDERED that the signatories to the Settlement Fund are hereby directed to transfer SFr. 403,130, SFr. 606,340, and SFr. 662,710, respectively, on the 15th of each month October – December 2009 from the Settlement Fund for the funding of the Claims Resolution Process for expenses of the Claims Resolution Process for October – December 2009.

Dated: Brooklyn, New York
October 19, 2009

SO ORDERED:

Edward R. Korman
United States District Judge

## Claims Resolution Tribunal

## Zurich Switzerland

### October 1, 2009 – December 31, 2009

| EXPENSES | | Period Ended December 31, 2009 | |
|---|---|---|---|
| Wages and Benefits | SFr. | 1,507,080 | |
| Travel & Meetings | | 15,000 | (1) |
| Office Expense | | 102,600 | |
| Rent & Electric | | 180,000 | |
| Office Equipment/Computers | | 12,000 | |
| Professional Fees | | 40,500 | |
| Other | | 30,000 | |
| Insurance | | | |
| **Total Budget** | SFr. | 1,887,180 | |

**This consists of the following budgetary needs:**

| | | | |
|---|---|---|---|
| October 2009 | SFr. | 403,130 | (2) |
| August 2009 | | 606,340 | |
| September 2009 | | 662,710 | |
| **Total Funding Needed** | SFr. | 1,887,180 | |

(1) Includes employment benefit related travel

(2) As the CRT reports an unspent balance from previous funding of SFr. 215,000, the actual required amount is SFr. 403,130.