UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
——————————————————————— x

IN RE:
HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

**ORDER**

———————————————————
This Document Relates to: All Cases
——————————————————————— x

KORMAN, Chief Judge.

Upon review and consideration of the October 8, 2009 letter of the Executive Director of the Victim List Project recommending with the approval of the Special Master and the Deputy Special Master that an allocation be made to the United States Holocaust Memorial Museum, it is hereby

ORDERED that the recommendation of the Executive Director of the Victim List Project, described in the letter annexed hereto, is approved and that $242,363 be allocated to the United States Holocaust Memorial Museum (USHMM) under the Victim List Project of the Swiss Banks Settlement towards the microfilming of historical-archival name collections held by the Joint Archives Jerusalem resulting from the activities of the American Jewish Joint Distribution Committee ("the Joint" or the JDC) throughout the world during the Holocaust and its aftermath. The Signatories to the Settlement Fund are hereby directed to transfer immediately $242,363 from the Settlement Fund to the

Conference on Material Claims Against Germany, which serves as the Court's agent for purposes of administration of the Victim List Project. Upon receipt, the Claims Conference shall transfer such sum to the United States Holocaust Memorial Museum in accordance with the Claims Conference's regular procedures for grants.

Date: Brooklyn, New York
October 27, 2009

SO ORDERED:

_____
Edward R. Korman
United States District Judge