FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 16 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

--------------------------------------------------

This Document Relates to: All Cases

-------------------------------------------------- X

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

**MEMORANDUM & ORDER**

## MEMORANDUM & ORDER APPROVING SET 194: 216 AWARD DENIALS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal ("CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 216 certified Award Denials listed in Annex A.

Of the 216 Award Denials in this set, there are 45 decisions in which the CRT noted that, according to Article 18 of the Rules Governing the Claims Resolution Process, as amended (the "Rules"), a claim is inadmissible if, among other reasons, the claim is based essentially on a statement that the claimant or his or her relative and the account owner have the same or similar last name, or the claimant has provided no relevant information and/or documentation regarding his or her relationship to the account owner. In each of these 45 cases, the claimant either has based his/her claim to the account essentially on the fact that his/her relative and the account owner have the same or similar last name, or has not provided sufficient information or documentation regarding his/her relationship to the account owner, including documentation linking the claimant's name to that of the account owner. The CRT has deemed these claims admissible to ensure that no Class Member with a Deposited Assets claim is precluded by technical procedural requirements from having his or her claim fairly adjudicated. However, based upon the information provided in these cases, the CRT was unable to conclude that the claimants identified the account owner as their relatives.

With this one hundred and ninety-fourth set, a total of 6,464 Certified Denials to 13,176 accounts will have been approved under CRT II. In 5,943 of these 6,464 Denials, the CRT concluded that the claimant was not able to identify his or her relative as the account owner; in 124 cases the CRT concluded that the account owner closed the account and received the proceeds him/herself; in 29 cases the CRT determined that the claimant was not entitled to the account owner's account; in five cases the CRT determined that the evidence submitted by the claimant was insufficient to support the existence of a bank account belonging to the claimant's relative; in one case the CRT concluded that the account owner closed the account and received the proceeds him/herself and, with regard to evidence submitted by that claimant, that this evidence was insufficient to support the existence of a bank account belonging to the claimant account owner; and in 362 cases the CRT was not able to make definitive determinations as to the plausibility of the matches given the large number of competing matches to the same account and therefore concluded that no award was appropriate.

Therefore, it is hereby

ORDERED that the attached 216 Award Denials are hereby approved for release to the relevant claimants.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award Denial which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
February 12, 2010

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 12 February 2010 the following Award Denials for approval by the Court:

| | | |
|---|---|---|
| 1. | Abraham 217610/RT | Identification |
| 2. | Adler *et al.* 705481/RT | Identification |
| 3. | Adler *et al.* 705482/RT | Identification |
| 4. | Adler *et al.* 789433/RT | Identification |
| 5. | Adler, Olga 402081/NB | Identification |
| 6. | Baer, Albert 221401/NB | Identification |
| 7. | Baum *et al.* 500286/HB | Identification |
| 8. | Berger, Anna 223987/NB | Identification |
| 9. | Berger, Armin 750010/RT | Identification |
| 10. | Berger, Charles *et al.* 704415/RT | Identification |
| 11. | Berger, Eva 400401/RT | Identification |
| 12. | Blatt, Max 004207/RT | Identification |
| 13. | Blatt, Max 004221/RT | Identification |
| 14. | Blatt, Max 004227/RT | Identification |
| 15. | Bondy 222679/RS | Identification |
| 16. | Bornheim 223456/RT | Identification |
| 17. | Braff 205037/RT | Identification |
| 18. | Cohen 701434/RT | Identification |
| 19. | Czerny 216824/RT | Identification |
| 20. | Daum *et al.* 210144/NB | Identification |
| 21. | Dreifuss 220713/RT; 220714/RT | Identification |
| 22. | Dresel 217797/NB | Identification |
| 23. | Eckstein *et al.* 200011/HB | Identification |
| 24. | Eger 206637/HB; 400693/HB | Identification |
| 25. | Ehrlich *et al.* 205834/RT* | Identification |
| 26. | Engel, Viliam 300303/RT; 300304/RT; 300306/RT | Identification |
| 27. | Engel, Wiliam 220807/RT; 220808/RT | Identification |
| 28. | Farago 728287/HB | Identification |
| 29. | Feigl 708920/RT | Identification |
| 30. | Fischel Heinz 003698/GO | Identification |
| 31. | Fischer, Heinrich 209079/DE | Identification |
| 32. | Fischer, Johanna 501701/RT | Identification |
| 33. | Fischer, Malvene 204198/RT* | Identification |
| 34. | Fischer, Manuel 777001/RT | Identification |
| 35. | Fischer, Maria 736473/HB* | Identification |
| 36. | Fischer, Max *et al.* 741432/RT* | Identification |
| 37. | Fischer, Otto *et al.* 501691/RT* | Identification |
| 38. | Fischer, Paula 501695/RT | Identification |
| 39. | Fischer, Rudolfo 741671/RT | Identification |
| 40. | Fischer, Victor 402221/RT | Identification |
| 41. | Frank 205064/RT | Identification |

| 42. | Friedmann et al. 704742/RS; 770597/RS | Identification |
| --- | --- | --- |
| 43. | Frumin et al. 708373/RT | Identification |
| 44. | Fryd 753360/RT | Identification |
| 45. | Fuchs, Elsa 004101/RT* | Identification |
| 46. | Fuchs, Elsa 700065/RT* | Identification |
| 47. | Goldner 401457/NB | Identification |
| 48. | Goldstein et al. 217573/RT | Identification |
| 49. | Gottlieb 220842/RT; 220843/RT | Identification |
| 50. | Grinberg et al. 205844/DE | Identification |
| 51. | Grunfeld 300029/RT | Identification |
| 52. | Gutman 214313/RT* | Identification |
| 53. | Haas, Jan 005379/HB | Identification |
| 54. | Haas, Rosalia 216397/NB* | Identification |
| 55. | Hahn 201372/RT | Identification |
| 56. | Halpern 206101/RT; 783216/RT | Identification |
| 57. | Herrmann 221571/RT | Identification |
| 58. | Herz 784906/NB; 784962/NB | Identification |
| 59. | Hirsch 220760/RT | Identification |
| 60. | Hoffmann et al. 779159/NB | Identification |
| 61. | Israel 223272/HB | Identification |
| 62. | Katz 709044/RT | Identification |
| 63. | Klein, David 753458/GO | Identification |
| 64. | Klein, David 788031/NB | Identification |
| 65. | Klein, Franz 208084/HB* | Identification |
| 66. | Klein, Geza 790478/RT | Identification |
| 67. | Klein, Jakob 300667/HB; 215333/HB | Identification |
| 68. | Klein, Karl 401214/NB | Identification |
| 69. | Klein, Solomon 220629/RT | Identification |
| 70. | Knaus 200984/HB | Identification |
| 71. | Kohn 213327/RT | Identification |
| 72. | Kremer et al. 204736/HB | Identification |
| 73. | Kremer, David 215264/NB* | Identification |
| 74. | Krok et al. 211600/RT | Identification |
| 75. | Krulis 300490/RT | Identification |
| 76. | Kurzweil 203394/HB | Identification |
| 77. | Landau 501605/RS | Identification |
| 78. | Landerer 150120/NB* | Identification |
| 79. | Lang 500693/RT | Identification |
| 80. | Lehmann 708798/RT | Identification |
| 81. | Lemberger 216943/NB | Identification |
| 82. | Levi, Isaak 222924/HB* | Identification |
| 83. | Levi, Morice 735752/RT | Identification |
| 84. | Levijs 216775/RT* | Identification |
| 85. | Levy, Isaak 219070/RT* | Identification |
| 86. | Levy, Oscar et al. 222336/RT* | Identification |
| 87. | Lewin 501455/NB | Identification |
| 88. | Lewy et al. 222054/RT | Identification |

| | | |
|---|---|---|
| 89. | Liebermann 205143/RT | Identification |
| 90. | *Lietuvos Komercijos Bankas* 223996/RT | Identification |
| 91. | Lipski *et al.* 220011/RT | Identification |
| 92. | Lovinger 215096/RT | Identification |
| 93. | Lowenstein 215820/RT | Identification |
| 94. | Lowi 730422/HB | Identification |
| 95. | Lowy 220193/HB | Identification |
| 96. | Maba 222923/RT | Identification |
| 97. | Markus 208343/HB | Identification |
| 98. | Mayer, Edward 750192/RT* | Identification |
| 99. | Mayer, Erna *et al.* 223106/RT* | Identification |
| 100. | Mayer, Irma 202080/RS; 400877/RS; 601422/RS | Identification |
| 101. | Mayer, Joseph 224441/RT* | Identification |
| 102. | Mayer, Joseph 785382/RT; 221285/RT* | Identification |
| 103. | Mayer, Moritz 400737/RT | Identification |
| 104. | Meier, Julius 741620/NB; 200954/NB* | Identification |
| 105. | Meyer, Alfred 703416/RT | Identification |
| 106. | Meyer, Emilie 501716/RT | Identification |
| 107. | Meyer, Joseph 783176/RT | Identification |
| 108. | Meyer, Julius 003684/HB | Identification |
| 109. | Meyer, Julius 223107/RT; 223117/RT; 223119/RT* | Identification |
| 110. | Meyer, Ludwig 223278/RT | Identification |
| 111. | Meyer, Meinhard 778259/RT | Identification |
| 112. | Meyer, Mindel 212141/RT | Identification |
| 113. | Meyer, Otto 784657/RT | Identification |
| 114. | Meyer, Otto 785694/RT | Identification |
| 115. | Meyer, Paul 400355/RT | Identification |
| 116. | Meyer, Walter 300055/RT | Identification |
| 117. | Meyerhof, Bertha 501628/RT | Identification |
| 118. | Meyerhof, Felix 501627/RT | Identification |
| 119. | Meyerhof, Fritz 501626/RT | Identification |
| 120. | Motanova 300483/RT | Identification |
| 121. | Müller 708140/RT* | Identification |
| 122. | Müller-Wolfer 005201/HB | Identification |
| 123. | Navratil 217488/MBC | Identification |
| 124. | Neumann 773059/RT | Identification |
| 125. | Nussbaum 211711/RT | Identification |
| 126. | Oppenheimer 402235/RT | Identification |
| 127. | Oskotsky 210761/RT* | Identification |
| 128. | Perl 211465/RT | Identification |
| 129. | Pick *et al.* 204658/HB | Identification |
| 130. | Platschek *et al.* 704818/RT | Identification |
| 131. | Pollack, Eugene 219140/RT | Identification |
| 132. | Pollack, Joseph 221781/HB | Identification |
| 133. | Popper 205546/HB | Identification |
| 134. | Rabinowitz 787224/NB | Identification |
| 135. | Reich 208257/RT | Identification |

| | | |
|---|---|---|
| | | Identification |
| 136. | Reichenberg et al. 221287/RT | Identification |
| 137. | Reiner 204952/RT | Identification |
| 138. | Richter 003968/NB | Identification |
| 139. | Rosenberg, Elisabeth 219048/RT* | Identification |
| 140. | Rosenberg, Frieda 723698/HB | Identification |
| 141. | Rosencwajg 221309/RT | Identification |
| 142. | Rosenfeld 401056/RT | Identification |
| 143. | Rosenzweig 777039/RT | Identification |
| 144. | Roth, Barucha 704830/NB; 704831/NB; 704832/NB; 704833/NB; 704834/NB; 704835/NB* | Identification |
| 145. | Roth, Hermann 771960/NB* | Identification |
| 146. | Roth, Josef 223474/RT* | Identification |
| 147. | Roth, Josef 740952/RT* | Identification |
| 148. | Roth et al. 773561/RT | Identification |
| 149. | Roth, Jozsef 223017/RT* | Identification |
| 150. | Roth, Klara 214859/RT* | Identification |
| 151. | Rothschild 222913/RT | Identification |
| 152. | Rozenberg 004950/RT | Identification |
| 153. | Schneeweiss 215706/HB | Identification |
| 154. | Schneider et al. 213390/RT* | Identification |
| 155. | Schwarcz, Jozsef 004401/RS* | Identification |
| 156. | Schwarcz, Jozsef 215683/RT* | Identification |
| 157. | Schwarcz, Lajos 004422/NB | Identification |
| 158. | Schwarcz, Lili 222386/NB* | Identification |
| 159. | Schwartz, Josef 001857/RT* | Identification |
| 160. | Schwartz, Samuel 211367/RT | Identification |
| 161. | Schwartz, Talba 203393/HB* | Identification |
| 162. | Schwartz, Yosef 002113/RT | Identification |
| 163. | Schwarz, Erich 210159/RT | Identification |
| 164. | Schwarz, Jakob 224300/RT | Identification |
| 165. | Schwarz, Josef 220574/RT | Identification |
| 166. | Schwarz, Josef 300533/RT | Identification |
| 167. | Schwarz, Josef 774250/RT* | Identification |
| 168. | Schwarz, Jozef 223451/RT* | Identification |
| 169. | Schwarz, Jozsef 202126/HB* | Identification |
| 170. | Schwarz, Moritz 400389/HB | Identification |
| 171. | Segaloff 205929/RT* | Identification |
| 172. | Shwartz 716991/RT* | Identification |
| 173. | Smith 212068/RT | Identification |
| 174. | Spira et al. 300296/RT | Identification |
| 175. | Spiro 211170/RT | Identification |
| 176. | Stern, Alice 219791/RT* | Identification |
| 177. | Stern, Else 702987/RT | Identification |
| 178. | Strauss, Dora 215100/HB | Identification |
| 179. | Strauss et al. 709159/RT | Identification |
| 180. | Szmuk et al. 005286/RT | Identification |
| 181. | Szucs 741027/RT; 741778/RT | Identification |
| 182. | Taussig et al. 221947/RT | |

| | | |
|---|---|---|
| 183. | Teppich et al. 708440/NB | Identification |
| 184. | Thalheimer et al. 788075/NB | Identification |
| 185. | Wadler 300025/RT | Identification |
| 186. | Waldmann, Dezsö 215215/RS | Identification |
| 187. | Waller 220701/RT | Identification |
| 188. | Wassermann, Alice 220119/RT | Identification |
| 189. | Wassermann, Alice 220169/RT | Identification |
| 190. | Weber, Josef 218311/RT | Identification |
| 191. | Weber, Joseph 702717/RT | Identification |
| 192. | Weber, Stephan 300210/RT | Identification |
| 193. | Weil et al. 702545/RT; 776821/RT | Identification |
| 194. | Weil, Edgar 216629/HB | Identification |
| 195. | Weil, Rene 218519/RT | Identification |
| 196. | Weill, Gaston 219484/MBC | Identification |
| 197. | Weiss, Anna 220871/RT* | Identification |
| 198. | Weiss et al. 735702/HB | Identification |
| 199. | Weiss, Fritz 213453/RT* | Identification |
| 200. | Weiss, Gertrud 219864/NB | Identification |
| 201. | Weissberger 209786/RT | Identification |
| 202. | Weissenberg 223654/RT | Identification |
| 203. | Weisz, Albert 215136/NB | Identification |
| 204. | Weisz, Ernst 401842/RT | Identification |
| 205. | Weisz et al. 221211/RT | Identification |
| 206. | Weisz, Tibor 208135/RT | Identification |
| 207. | Weisz, Tibor 300050/MBC | Identification |
| 208. | Weisz, Tibor 716133/NB | Identification |
| 209. | Winter 205319/DE | Identification |
| 210. | Wolff, Betti 005192/NB | Identification |
| 211. | Wolff, Fritz 501260/RT | Identification |
| 212. | Wolff, Leo 223698/DE | Identification |
| 213. | Wolff, Otto 215701/RT | Identification |
| 214. | Wolff, Paul 401724/RT | Identification |
| 215. | Wolfskehl 708154/RT | Identification |
| 216. | Zeks 213416/RT | Identification |

* Denial of one or more accounts in decision based upon "same name" claim or lack of information and/or documentation linking claimant to the account owner.