UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- X
IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

MEMORANDUM & ORDER

This Document Relates to: All Cases

-------------------------------------------------- X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 0 7 2010 ★
BROOKLYN OFFICE

## MEMORANDUM & ORDER AUTHORIZING APPROVAL OF FUNDS FOR THE AWARDS— IN RE ACCOUNTS OF BORIS KAMENKA AND *SOFICO AKTIENGESELLSCHAFT*; IN RE ACCOUNT OF JOSEF DRESCHLER; AND IN RE ACCOUNTS OF STEFAN AND IRENE ADLER

KORMAN, C.J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, Special Master Michael Bradfield is hereby requesting the Court's approval of resources to pay Patrick Kamenka, Marina Falco, Marianne Michel, Catherine Bénichou, Oliver de Cayeux, and Sylvie Delbecq pursuant to the Award *In re Accounts of Boris Kamenka and Sofico Aktiengesellschaf*; Richard Dreschler and Geraldine Dreschler Mabel pursuant to the Award *In re Account of Josef Drechsler*; and Thomas Reiter and Hedviga Strasser pursuant to the Award *In re Accounts of Stefan and Irene Adler* through funds to be deposited in the Swiss Banks Settlement-Dormant Accounts-Payment Account from the Settlement Fund. The total amount of funds needed to pay Patrick Kamenka, Marina Falco, Marianne Michel, Catherine Bénichou, Oliver de Cayeux, Sylvie Delbecq is $18,980.99; the total amount need to pay Richard Dreschler and Geraldine Dreschler Mabel is $3,566.67; and the total amount need to pay Thomas Reiter and Hedviga Strasser is $18,964.21.

WAI-2960223v1

ORDERED that for the payment of Patrick Kamenka, Marina Falco, Marianne Michel, Catherine Bénichou, Oliver de Cayeux, Sylvie Delbecq, Richard Dreschler, Geraldine Dreschler Mabel, Thomas Reiter and Hedviga Strasser, the Signatories of the Settlement Fund are hereby directed to immediately transfer $41,511.87 to the Swiss Banks Settlement-Dormant Accounts-Payment Account.

Dated:   Brooklyn, New York
         March 25, 2010

SO ORDERED:

s/Edward R. Korman
―――――――――――――――――――
Edward R. Korman
United States District Judge