UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

New Case No.: CV 10-4346

---

IN RE: HOLOCAUST VICTIM ASSETS LITIGATION

Case No. CV 96-4849 (ERK)(JO)

---

This Document Relates to: All Cases

**MEMORANDUM & ORDER**

---

KORMAN, Sr.J.

On a number of occasions I have directed the Clerk of the Court to give a particular matter in the Holocaust Victim Asset Litigation a separate docket number - a purely administrative mechanism that keeps all of the filings relating to the matter in one discrete file and that facilitates my ability to keep track of materials as they are filed. I am directing the Clerk to open such a file with respect to the consideration of the letter motion of Jeffrey P. Salinger and Dennis Salinger docketed on August 18, 2010. All previous filings with respect to this issue (DE4526, order dated 7/19/2010, DE4537) will be duplicated in this file and any subsequent filings should be docketed under this number.

SO ORDERED.

s/ ERK
_____
EDWARD R. KORMAN, U.S.D.J.

DATED: Brooklyn, N.Y.
September 23, 2010