# CLAIMS RESOLUTION TRIBUNAL

Badenerstrasse 141, P.O. Box 9564, 8036 Zurich, Switzerland
Tel. +41 44 298 54 54, Fax: +41 44 298 54 55, www.crt-ii.org

*96 CV 4849*

August 19, 2010

The Honorable Edward R. Korman
United States District Judge
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
United States

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 3 0 2010 ★

BROOKLYN OFFICE

Dear Judge Korman:

    Pursuant to your June 16, 2010 Memorandum and Order Approving Adjustment of Presumptive Values Used in the Claims Resolution Process and Authorizing Additional Payments for Deposited Assets Class Plausible Undocumented Awards, please find enclosed a draft Order approving the sixth set of 148 Certified Adjustments certified by the Claims Resolution Tribunal.

    The total amount awarded to claimants in this sixth set is US $5,050,902.87, which is the total set amount less US $103.31 to reflect the remainder of one payment previously made in the form of the Plausible Undocumented Award. The transfer of this amount to the Swiss Banks Settlement-Dormant Accounts- Payment Account is provided for in the enclosed draft Order.

    We are available to receive comments or answer questions.

Respectfully submitted,

Claims Resolution Tribunal

Attachments

cc:    Judah Gribetz
        Helen B. Junz
        Michael Bradfield