FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 30 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

IN RE: HOLOCAUST VICTIM ASSETS LITIGATION

This Document Relates to: All Cases

-------------------------------------------------------------- X

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161 and CV 97-461)

**MEMORANDUM & ORDER**

## MEMORANDUM & ORDER APPROVING SET 197: 53 AWARD DENIALS AND 17 DECISIONS ON REQUEST FOR RECONSIDERATION CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal (the "CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 53 certified Award Denials listed in Annex A and 17 decisions on Request for Reconsideration listed in Annex B.

Of the 53 Award Denials in this set, 6 are based upon the CRT's determination that the claimant was not able to identify his or her relative as the account owner; in 19 cases the CRT determined that the account owner closed the account and received the proceeds him/herself; in 22 cases the CRT determined that the claimant was not entitled to the account owner's account; in 5 cases the CRT determined that the evidence submitted by the claimant was insufficient to support the existence of a bank account belonging to the claimant's relative; and in 1 case the CRT determined that the claimant did not assert a relationship to the account owner that would justify an award to the account. The 10 Requests for Reconsideration based upon Identification Denials resulted in 9 Identification Denials upon

Request for Reconsideration and 1 Entitlement Denial upon Request for Reconsideration. The 7 Requests for Reconsideration based upon No Match Decisions resulted in 2 Identification Denials upon Request for Reconsideration and 5 Insufficient Evidence Denials upon Request for Reconsideration. Thus, the 17 decisions based upon Requests for Reconsideration resulted in a total of 1 Entitlement Denial; 11 Identification Denials and 5 Insufficient Evidence Denials.

With this one hundred and ninety-seventh set, a total of 6,603 Certified Denials to 13,425 accounts will have been approved under CRT II. In 6,029 of these 6,603 Denials, the CRT determined that the claimant was not able to identify his or her relative as the account owner; in 143 cases the CRT determined that the account owner closed the account and received the proceeds him/herself; in 52 cases the CRT determined that the claimant was not entitled to the account owner's account; in 15 cases the CRT determined that the evidence submitted by the claimant was insufficient to support the existence of a bank account belonging to the claimant's relative; in 1 case the CRT determined that the claimant did not assert a relationship to the account owner that would justify an award to the account; in 1 case the CRT concluded that the account owner closed the account and received the proceeds him/herself and, with regard to evidence submitted by that claimant, that this evidence was insufficient to support the existence of a bank account belonging to the claimant account owner; and in 362 cases the CRT was not able to make definitive determinations as to the plausibility of the matches given the large number of competing matches to the same account and therefore concluded that no award was appropriate.

Therefore, it is hereby

ORDERED that the attached 53 Award Denials are hereby approved for release to the relevant Claimants.

ORDERED that the attached 17 decisions on Request for Reconsideration are hereby approved for release to the relevant Claimants.

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Award Denial and Decision on Request for Reconsideration, which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
August 3͟0͟ 2010

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

*[Batch CXCVII] - Annex A*

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 27 August 2010 the following Award Denials for approval by the Court:

| | | |
|---|---|---|
| 1. | Austerlitz 200850/WT | Disposition |
| 2. | Baer 212766/MC | Disposition |
| 3. | Bauer 004392/MC; 004394/MC; 004435/MC | Entitlement |
| 4. | Bauman 208990/BW | Identification |
| 5. | Bernheimer 770413/BW | Disposition |
| 6. | Bickart 787863/MC | Disposition |
| 7. | Braunfeld 300264/HS | Entitlement |
| 8. | Corcos-Dreyfus 402262/MC | Disposition |
| 9. | Drucka-Lubecka 208041/MC; 735389/MC | Entitlement |
| 10. | Dussy 213694/MC | Entitlement |
| 11. | Falk 705450/MC | Entitlement |
| 12. | Fischer, Eugen 701878/HS | Identification |
| 13. | Fürst 213115/WT | Disposition |
| 14. | Griliches 217784/BW; 217785/BW | Entitlement |
| 15. | Grosner 501722/BW | Entitlement |
| 16. | Grünberg 206321/BW | Identification |
| 17. | Gumbel 501872/MC | Entitlement |
| 18. | Herz 402246/MC | Disposition |
| 19. | Hess 400233/MC | Disposition |
| 20. | Hitschmann 501287/BW | Entitlement |
| 21. | Iosipovici 222187/MC; 701739/MC | Entitlement |
| 22. | Izsak 725234/MC | Insufficient Evidence |
| 23. | Kabiljo 201318/MC | Disposition |
| 24. | Kahn, J 741896/WT; 741897/WT; 741898/WT | Entitlement |
| 25. | Kahn, Karl 201093/WT | Identification |
| 26. | Karass 202549/MC | Insufficient Evidence |
| 27. | *Kaufmann & Willet* 215490/MC | Entitlement |
| 28. | Keckeis 216698/MC | Insufficient Evidence |
| 29. | *Kohn si Fiul* 501372/HS | Disposition |
| 30. | Kohn, Emil 213204/MC; 213205/MC; 214353/MC | Disposition |
| 31. | *L. Plihal & Co.* 714271/MC | Entitlement |
| 32. | Landau 221356/MC | Disposition |
| 33. | *Lietuvos Komercijos Bankas* 217973/WT | Entitlement |
| 34. | Lorant 733650/MC; 788962/MC | Entitlement |
| 35. | Pakula 203235/WT; 208961/WT | Disposition |
| 36. | Pokorny 215814/MC; 215210/MC | Disposition |
| 37. | Pollak 201375/MC | Disposition |
| 38. | *Polnische Versicherungsgesellschaft Patria AG* 200919/MC | Entitlement |
| 39. | Poras 223967/WT | Insufficient Evidence |
| 40. | Prager 222237/MC | Entitlement |

# CLAIMS RESOLUTION TRIBUNAL

| | | |
|---|---|---|
| 41. | Rado 219177/MC | Disposition |
| 42. | *Rigaer Union Versicherungs AG* 215142/MC | Entitlement |
| 43. | Rosenberg 501875/MC | Disposition |
| 44. | Sachs 500614/WT | Entitlement |
| 45. | Samek 203514/HS | Entitlement |
| 46. | Schwarz 223059/WT | Identification |
| 47. | Sedlacek 751465/MC | Insufficient Evidence |
| 48. | Seligmann 704564/MC | Entitlement |
| 49. | Sichel *et al.* 203689/MC; 203690/MC; 203691/MC | Inadmissibility |
| 50. | Wassermann 400777/MC; 402014/MC; 501421/MC | Disposition |
| 51. | Weinberger 709125/WT | Entitlement |
| 52. | Weiss, Friederike 209168/HS | Identification |
| 53. | Wohrizek 501868/MC | Disposition |

# CLAIMS RESOLUTION TRIBUNAL

*[BATCH CXCVII] - ANNEX B*

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 27 August 2010 the following decisions on Request for Reconsideration for approval by the Court:

|  | Claimed Account Owner Name and Claim Number | Original Decision Type | Decision Type on Appeal or Reconsideration | Appeal Number |
|---|---|---|---|---|
| 1. | Albu 222950/MC | No Match Letter | Insufficient Evidence | 2934 |
| 2. | Birnbaum 300769/MC | No Match Letter | Insufficient Evidence | 2488 |
| 3. | Blau 223014/HS | Identification Denial | Identification Denial | 3030 |
| 4. | Blumenberg 213036/MC | No Match Letter | Insufficient Evidence | 10234 |
| 5. | Chrzanowski 003794/MC | No Match Letter | Insufficient Evidence | 3242 |
| 6. | Graf 211392/MC | No Match Letter | Identification Denial | 3213 |
| 7. | Jonas 401555/MC | Identification Denial | Identification Denial | 3029 |
| 8. | Kahn, Georgette 219659/MC | Identification Denial | Identification Denial | 3071 |
| 9. | Kahn, Rudolf 300546/MC | Identification Denial | Identification Denial | 3070 |
| 10. | Lauffer 400253/MC | Identification Denial | Identification Denial | 3180 |
| 11. | Löwenberg 702493/MC | No Match Letter | Identification Denial | 1370 |
| 12. | Mayer, Heinrich 500714/MC | Identification Denial | Identification Denial | 3200 |
| 13. | Reiss *et al.* 201144/MC; 218022/MC; 204525/MC | No Match Letter | Insufficient Evidence | 2313 |
| 14. | Rozsa 206285/MC | Identification Denial | Identification Denial | 3188 |
| 15. | Stern 203585/MC | Identification Denial | Identification Denial | 3189 |
| 16. | Toch 782666//HS | Identification Denial | Entitlement | 3197 |
| 17. | Winter 224236/MC | Identification Denial | Identification Denial | 3047 |