UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

------------------------------------------------------

This Document Relates to: All Cases

------------------------------------------------------X

Case No. 09-160 (ERK)(JO)

(Consolidated with CV 96-4849,
CV 96-5161 and CV 97-461)

**MEMORANDUM & ORDER**

## MEMORANDUM & ORDER APPROVING SET 16: 27 ADJUSTMENTS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, Senior Judge:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, and my June 16, 2010 Memorandum and Order Approving Adjustment of Presumptive Values Used in the Claims Resolution Process and Authorizing Additional Payments for Deposited Assets Class Plausible Undocumented Awards, the Claims Resolution Tribunal (the "CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 27 Certified Adjustments listed in Annex A. In each of these 27 Adjustments, no further payment is forthcoming.

The Certified Adjustments listed in Annex A have been certified by the CRT in accordance with the presumptive value adjustment amounts set forth in my June 16, 2010 Memorandum & Order (*see* chart, "Article 29 Value Presumptions for Accounts with Unknown or Low Values (1945 Values)").

During the course of the claims resolution process, and pursuant to Article 6 of the Rules, certain defendant Banks provided the CRT with additional account information

in the form of voluntary assistance ("Voluntary Assistance"), which in most cases was requested by the CRT prior to the issuance of an award in order to clarify some aspect of the historical account relationship. In some instances, however, additional account information was delivered to the CRT after an award was already issued.

In making recommendations to the Court for awards, the CRT considers the totality of the account information available to the CRT at the time. In all 27 Certified Adjustments listed in Annex A, additional account information was received after the award had been issued. In 23 cases the additional account information shows that all of the original award was inappropriate; in 4 cases, the additional information indicates that part of the award was inappropriate. In virtually all of these 27 decisions, the post-award information provided by the Banks to the CRT demonstrates that the original award was inappropriate because (1) the account owner identified in the bank records was not the same individual as the claimant's relative; (2) the account was closed prior to 1933 (in the case of Germany) or, in the case of other nations, prior to the date that the account owner's country of residence was occupied by or entered into an alliance with Nazi Germany; or (3) the account owner clearly received the proceeds of the account.

In all 27 Certified Adjustments listed in Annex A, the CRT does not seek outright repayment of funds that were awarded based on the incomplete information available to the CRT at the time the original award was made. However, in these cases, given that the additional information has shown that all or a portion of the original award was inappropriate, the CRT is unable to recommend an additional adjustment payment regarding the accounts so affected. Accordingly, no award adjustments are appropriate.

Therefore, it is hereby

ORDERED that the attached 27 Adjustments are hereby approved for release to the relevant claimants pursuant to Article 31(2) of the Rules;

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Adjustment which information shall be filed with the Court under seal.

I will issue additional orders approving Adjustments certified by the CRT and transferring further sums from the Settlement Fund as the CRT certifies them to this Court.

Dated: Brooklyn, New York
December 23, 2010

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

*PV BATCH XVI - ANNEX A*

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 23 December 2010 the following Adjustments for approval by the Court:

| | Claim Number(s) | Account Owner Name | Adjustment Amount (US $)* |
|---|---|---|---|
| 1. | 204043 | Baumann, Ernest | -134,297.52 |
| 2. | 207145 | Berg, Julius | -109,904.13 |
| 3. | 200671 | Bercovich, Alfred | -22,107.44 |
| 4. | 204561 | Bloch, Yvonne | -12,809.92 |
| 5. | 210781, 217030 | Elsas, Hans | -22,107.44 |
| 6. | 215491 | Freund, Rudolf | -279,074.38 |
| 7. | 223469 | Fried, Mosek *et al* | -156,404.96 |
| 8. | 216670 | Fröhlich, Oskar | -63,533.06 |
| 9. | 221351 | Geismar, Joseph *et al.* | -176,962.81 |
| 10. | 500420 | Hillel, Heinrich | -22,107.44 |
| 11. | 217698 | Holzner, Paul | -123,553.72 |
| 12. | 205184 | Kahn, Richard | -128,925.62 |
| 13. | 670011, 723481 | Klein, Alexander | -134,297.52 |
| 14. | 005068, 005081 | Kleinhandler, A. and Magda | -39,202.48 |
| 15. | 005338 | Kohn, Ludwig | -53,409.09 |
| 16. | 600540 | Molnar, Coloman | -204,989.66 |
| 17. | 223352, 600047 | Morawetz, Richard | -128,925.62 |
| 18. | 214428 | Neumann, Ilse | -15,054.55 |
| 19. | 500062 | Ruff, Samuel | -150,148.76 |
| 20. | 214525 | Sachs, Elie | -134,297.52 |
| 21. | 501121, 501134, 501141, 501150, 501157 | Schneider, Gertrud *et al.* | -48,543.38 |
| 22. | 215103, 219486 | Steiner, Hermann *et al.* | -12,809.92 |
| 23. | 501344 | Stern, Ludwig | -156,404.96 |
| 24. | 222857 | Thal, Lea | -150,148.76 |
| 25. | 213505 | Uffenheimer, Albert | -53,409.09 |
| 26. | 000818 | Wechsler, Ita | -168,099.17 |
| 27. | 209603 | Wertheimer, Sophie | -134,297.52 |
| | | **TOTAL** | **-2,835,826.44** |

* The negative balance reflects an administrative accounting and is not a demand for payment from the claimants.

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 22 December 2010 the following Adjustments for approval by the Court:

|  | Claim Number(s) | Account Owner Name | Adjustment Amount (USD) |
|---|---|---|---|
| 1 | 774461 | Beck, Helene | 309.92 |
| 2 | 501861 | Beer, Max et al | 242,665.29 |
| 3 | 202289, 221201 | Bial, Dr. Franz | 83,440.08 |
| 4 | 501442 | Boschan, Eugen et al | 82,510.33 |
| 5 | 200364 | Cahn, Oscar Henry et al | 82,510.34 |
| 6 | 215938 | Camerling, Sylvia L. | 1,621.90 |
| 7 | 208983, 500383 | Didisheim, Jeanne A. | 84,132.25 |
| 8 | 705450 | Freund, Walter | 84,132.23 |
| 9 | 000200 | Friedmann, Desider | 80,888.42 |
| 10 | 000200 | Friedmann, Desider | 18,553.72 |
| 11 | 500965, 500999 | Geiringer, Clara et al | 3,243.80 |
| 12 | 223179 | Goldschmidt, Alice | 82,510.33 |
| 13 | 210970 | Gonda, Emil | 1,621.90 |
| 14 | 207321, 217425 | Guttmann, Albert et al | 163,398.76 |
| 15 | 205678 | Hahn, Julius et al | 163,398.76 |
| 16 | 004670, 205949, 210767, 212850 | Hamburger, Emilie Rosa | 80,888.40 |
| 17 | 221129 | Heidemann, Siegfried | 80,888.43 |
| 18 | 211967, 218455 | Heisinger, Vera | 80,888.42 |
| 19 | 212780 | *Herszenberg M.Sz. Synowie Halberstadt Przemysl Welniany* | 1,621.90 |
| 20 | 207034 | Hescheles, Maurycy Arnold | 80,888.43 |
| 21 | 218306 | Hirsch, Ludwig | 3,243.80 |
| 22 | 218306 | Hirsch, Ludwig | 1,621.90 |
| 23 | 203364, 754596 | Kaufmann, Julius | 80,888.43 |
| 24 | 003246 | Kiss, Lajos | 1,621.90 |
| 25 | 224058, 224544 | Klein-Chevalier, Prof. Friedrich | 80,888.42 |
| 26 | 201234 | Kövesi, Geza et al | 80,888.43 |
| 27 | 707193 | Levy, Helene et al | 161,776.86 |
| 28 | 224271 | Lichtenstein, Max | 1,621.89 |
| 29 | 221712, 221713, 500435 | *Lincoln Menny Oppenheimer* et al | 84,132.24 |
| 30 | 003162 | Löbl, Otto | 82,510.33 |
| 31 | 400430 | Lonel, Achille et al | 3,243.80 |

| | Claim Number(s) | Account Owner Name | Adjustment Amount (USD) |
|---|---|---|---|
| 32 | 501548 | Löwinger, Heinrich | 80,888.43 |
| 33 | 204609 | Marcovici, Marcel | 3,243.80 |
| 34 | 206558 | Mathysen, Auguste | 80,888.43 |
| 35 | 206389 | Mayer, Max | 163,398.77 |
| 36 | 213427, 213583, 215809 | Mendershausen, Georg | 3,243.79 |
| 37 | 221965 | Meyer, Andre Isaac et al | 1,621.90 |
| 38 | 212786 | Mosbacher, Ernst | 80,888.42 |
| 39 | 150097 | Neuburger, Leo | 18,243.80 |
| 40 | 219301 | Neumann, Leopold et al | 84,132.23 |
| 41 | 215866 | Otto, Pick et al | 1,621.90 |
| 42 | 218337 | Perels, Emil | 28,405.48 |
| 43 | 501503 | Scheyen, Gaston | 82,510.33 |
| 44 | 210171, 701561 | Schotten, Emmanuel | 80,888.42 |
| 45 | 215112 | Seligmann, Adele et al | 84,132.22 |
| 46 | 203135 | Sterner-Masius, Jenny | 80,888.43 |
| 47 | 500145 | Strauss, Joseph et al | 82,510.33 |
| 48 | 201355 | Szamosi, Laszlo et al | 1,621.90 |
| 49 | 600707 | Szüs, Dr. Ede | 80,888.43 |
| 50 | 221969 | Thalheimer, Dr. Marcel et al | 1,621.90 |
| 51 | 217782, 500231, 500233, 500874 | Tolnai, Simon | 1,621.90 |
| 52 | 203782 | Ungar, Marim und Malwine | 80,888.43 |
| 53 | 221950, 221952, 221954 | Wahl-Israel, Helene et al | 44,039.26 |
| 54 | 204768 | Wolf, Dr. Hugo | 82,510.34 |
| 55 | 214871 | Zivi, Herbert et al | 80,888.43 |
| | | **TOTAL** | $3,414,138.88 |

# CLAIMS RESOLUTION TRIBUNAL

*PV BATCH XIV - ANNEX A*

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 22 December 2010 the following Adjustments for approval by the Court:

|    | Claim Number(s) | Account Owner Name | Adjustment Amount (USD) |
|----|-----------------|--------------------|-------------------------|
| 1  | 500966 | Albers, Arthur | 163,398.77 |
| 2  | 202289, 221201 | Bial, Franz | 6,487.60 |
| 3  | 204042, 220889, 501226, 753606 | Brecher, Jiri et al | 84,132.25 |
| 4  | 212667, 220160 | Breuer, Zsigmond | 18,243.80 |
| 5  | 501804 | Eigenfeld, Arnold | 18,243.80 |
| 6  | 206727, 217702, 500357, 736584 | Feher, Bela | 309.92 |
| 7  | 219425, 850035 | Franck, Hans et al | 165,020.66 |
| 8  | 601288 | Friedmann, Paul et al | 163,398.76 |
| 9  | 211488, 402213 | Gutmann, Dr. Simon | 81,198.35 |
| 10 | 500666 | Kallir, Martin et al | 6,487.60 |
| 11 | 500504 | Kraft, Emil | 309.92 |
| 12 | 214359 | Lustig-Löwenthal, Irma | 80,888.43 |
| 13 | 222530 | Novakovic, Josef | 41,188.02 |
| 14 | 222174 | Palugyay, Hilda et al | 82,510.34 |
| 15 | 501640 | Robitschek, Georg Konrad et al | 1,621.90 |
| 16 | 770381 | Roos, Henriette | 64,585.95 |
| 17 | 214254, 218980 | Rosenberger, Anny | 1,621.89 |
| 18 | 300777, 500774 | Schey, Robert et al | 82,510.33 |
| 19 | 002417 | Schwab, Vera | 161,776.86 |
| 20 | 223429 | Schwarz, Nandor | 18,243.80 |
| 21 | 221809, 850020 | Silvera, Raphael | 80,888.42 |
| 22 | 776567 | Steinhart, Bernhard | 99,132.24 |
| 23 | 501737 | Tintner, Fritz et al | 1,621.90 |
| 24 | 210486, 210488 | Weissmann, Martin et al | 80,888.42 |
| 25 | 220531, 220757 | Winkler, Louis | 80,888.42 |
|    |        | **TOTAL** | **$ 1,585,598.35** |