UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------- X

IN RE:
HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

---------------------------------------------------------

**MEMORANDUM & ORDER**

This Document Relates to: All Cases

--------------------------------------------------------- X

KORMAN, Judge:

In accordance with my Order of December 8, 2000 and consistent with the terms of the Plan of Allocation and Distribution of Settlement Proceeds (the "Distribution Plan"), which I approved on November 22, 2000, my Memorandum & Order dated September 25, 2002, and my Memorandum & Order dated November 17, 2003, the American Jewish Joint Distribution Committee ("JDC") has submitted a request for 2011 Funding for Welfare Programs for Jewish Nazi Victims in the Former Soviet Union.

The requested funding for Hesed welfare program services for Jewish Nazi victims in the Former Soviet Union ("FSU") in 2011 is $6,842,308 in accordance with the Distribution Plan as supplemented by the Court's Orders of September 25, 2002 and November 17, 2003 and as described in the JDC letter of March 14, 2011, attached hereto and incorporated by reference herein. These programs provide food, homecare, medicine, winter relief and emergency assistance grants to needy Jewish Nazi victims in the FSU. JDC has advised the Court that up to 10% of each regional allocation may be used by Hesed programs in that region to cover their administrative expenses which are necessary to deliver these services.

Under the Distribution Plan and Orders of the Court, the program of services is to end on June 30, 2011. JDC has requested the Court's permission to extend until December 31, 2011 the use of the funds requested. This does not entail any additional funding from the Settlement and will enable the Hesed centers to better allocate the existing funds within their annual budgets.

Accordingly, it is hereby ORDERED that the signatories to the Settlement Fund are hereby directed to transfer immediately the sum of $6,842.308 to the JDC, which the JDC shall use for Hesed welfare program services for Jewish victims of Nazi persecution in the FSU for the period January 1, 2010 through December 31, 2011, in accordance with the JDC letter of March 4, 2011. Pending the JDC's distribution of funds to the designated Hesed welfare programs in the FSU, the JDC shall deposit the funds in escrow in an interest-bearing account. The principal as well as any interest that may accrue thereon shall be solely for the benefit of the Settlement Fund. Upon the JDC's application, any such accrued interest shall be distributed by the JDC to the Hesed welfare programs described above or to such other similar programs as the JDC may recommend and the Court may approve;

It is further ORDERED that in implementing these programs, the JDC shall adhere to the reporting requirements to the Court as set forth in the Distribution Plan and in the JDC's February 28, 2001 "Proposal for the First Year of Operations" and April 4, 2001 supplemental proposal, as approved by order dated April 13, 2001.

Brooklyn, New York  
March 22, 2011

**SO ORDERED:**

s/ Judge Edward R. Korman
------------------------
Edward R. Korman  
United States District Judge