FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 2 6 2011 ★

BROOKLYN OFFICE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- X
IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

-------------------------------------------------- :

This Document Relates to: All Cases

-------------------------------------------------- X

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

MEMORANDUM & ORDER

## MEMORANDUM & ORDER APPROVING THREE SUMMARY DENIALS OF APPEALS TO DECISIONS ISSUED IN THE INSURANCE CLAIMS PROCESS

KORMAN, J.:

At my request, the Claims Resolution Tribunal (the "CRT") has analyzed three appeals that have been filed from decisions authorized pursuant to the Insurance Claims Guidelines and in accordance with my subsequent orders, including my orders dated October 27, 2006, 15 January 2008, 25 April 2008, and 16 May 2009. In its letter dated April 29, 2011, the CRT sets forth its analysis of and recommendatinos upon the following appeals: *In re Ernst Grünfeld* (regarding the amount of an award), *In re Willi Mitchell* (regarding an Inadmissibility Decision), and *In re Otto Pach* (regarding an Identification Denial).

As described in the April 29, 2011 letter, in none of the three appeals do the claimants provide sufficient basis to overturn or amend the previous decisions, as the appellants have submitted neither a plausible suggestion of error nor documentary evidence not previously submitted to the CRT. The April 29, 2011 letter describes each of the claims at issue in detail, and explains the basis for the recommendation that the original determinations be upheld and the appeals denied. The April 29, 2011 letter is attached hereto and incorporated herein.

In view of the CRT's thorough examnation of the record and detailed discussion of the basis for each of the recommendations on appeal, it is hereby

ORDERED that the recommendations set forth in the April 29, 2011 letter concerning the *Grünfeld*, *Mitchell*, and *Pach* insurance appeals are adopted in their entirety and the appeals hereby are summarily denied.

It is further ordered that the CRT shall provide the Court with the names and addresses of the class members who are receiving the Summary Denials as listed in Annex A, which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
April 29, 2011

SO ORDERED:

s/ Edward R. Korman
Edward R. Korman
United States District Judge