D+7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
:
IN RE: HOLOCAUST VICTIM ASSETS  : Case No. CV 96-4849 (ERK)(MDG)
LITIGATION : (Consolidated with CV 96-5161
: and CV 97-461)
:
----------------------------------------------------------- :
: MEMORANDUM & ORDER
This Document Relates to: All Cases :
:
:
:
:
----------------------------------------------------------- X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 26 2011 ★
BROOKLYN OFFICE

### MEMORANDUM & ORDER APPROVING CRT SET 19: 9 SUMMARY DENIALS TO APPEALS AS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 30 OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 and December 14, 2006 Memoranda & Orders and in the Plan of Allocation and Distribution of Settlement Proceeds, the Claims Resolution Tribunal (the "CRT") is hereby requesting the Court's approval of the CRT's nineteenth set of appeal decisions consisting of 9 Summary Denials based upon Appeals submitted to the CRT. This set includes 1 Summary Denial to an Appeal of an Award and Award Amendment listed in Annex A, 4 Summary Denials to Appeals of Certified Award Denials listed in Annex B, and 4 Summary Denials to Appeals of Certified Denials upon Requests for Reconsideration listed in Annex C to this Order.

Under Article 30 of the Rules Governing the Claims Resolution Process, as amended (the "Rules"), an appeal must be based upon a plausible suggestion of error regarding the conclusions reached by the CRT. Any appeals submitted without a plausible suggestion of error shall be summarily denied. At my direction, the CRT has analyzed the information provided in each of the Appeals listed in Annexes A, B and C. Upon careful consideration, the CRT has concluded

that none of the Appellants whose claims are listed in Annexes A, B and C raised a plausible suggestion of error in the CRT's findings. Accordingly, the CRT recommends that these Appeals be summarily denied.

I have reviewed the CRT's analyses and I concur with the CRT's recommendations. Therefore, it is

ORDERED that the 9 Appeals to the claims listed in Annex A, B and C shall be summarily denied and the relevant Appellants so informed;

It is further ordered that the CRT shall provide the Court with the name and address of every Appellant whose appeal is herewith summarily denied, which information shall be filed with the Court under seal.

Dated: Brooklyn, New York
March 24, 2011

SO ORDERED:
s/Edward R. Korman
_____
Edward R. Korman
United States District Judge