FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 01 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

IN RE: HOLOCAUST VICTIM ASSETS LITIGATION

This Document Relates to: All Cases

------------------------------------------------x

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161 and CV 97-461)

**MEMORANDUM & ORDER**

## MEMORANDUM & ORDER APPROVING 1 ADMINISTRATIVE REVISION OF AN AWARD CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal (the "CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 1 certified Administrative Revision of an Award listed in Annex A.

The Administrative Revision *In re Stark* (see Annex) addresses an Award that was approved on 16 October 2008. This Award is not substantively changed by the Administrative Revision. The corrected version shall be published on the CRT's website upon my approval.

Therefore, it is hereby

ORDERED that the Award *In re Stark* be corrected to reflect the Administrative Revision included in this set;

Dated: Brooklyn, New York
July 29 2011

SO ORDERED:
s/Edward R. Korman
Edward R. Korman
United States District Judge