UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 11 2011

BROOKLYN OFFICE

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

This Document Relates to: All Cases

MEMORANDUM & ORDER

## MEMORANDUM & ORDER APPROVING 1 ADMINISTRATIVE REVISION OF AN AWARD CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, the Claims Resolution Tribunal (the "CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 1 certified Administrative Revision of an Award listed in Annex A.

The Administrative Revision *In re Stark* (see Annex) addresses an Award that was approved on 16 October 2008. This Award is not substantively changed by the Administrative Revision. The corrected version shall be published on the CRT's website upon my approval.

Therefore, it is hereby

ORDERED that the Award *In re Stark* be corrected to reflect the Administrative Revision included in this set;

Dated: Brooklyn, New York
       Aug 10 2011

SO ORDERED:
s/Edward R. Korman

Edward R. Korman
United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

*- ANNEX*

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 29 July 2011 the following Administrative Revision of an Award for approval by the Court:

| Account Owner Last Name and Claim Number |
|---|
| 1. Stark 211805/HS |