FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 12 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------- X
:
IN RE: HOLOCAUST VICTIM ASSETS : Case No. CV 96-4849 (ERK)(MDG)
LITIGATION : (Consolidated with CV 96-5161
: and CV 97-461)
:
-------------------------------------------------- :
: **MEMORANDUM & ORDER**
This Document Relates to: All Cases :
:
:
:
-------------------------------------------------- X

## MEMORANDUM & ORDER APPROVING CRT SET 23: 2 SUMMARY DENIALS TO APPEALS AS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 30 OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 and December 14, 2006 Memoranda & Orders and in the Plan of Allocation and Distribution of Settlement Proceeds, the Claims Resolution Tribunal (the "CRT") is hereby requesting the Court's approval of the CRT's twenty-third set of appeal decisions consisting of 2 Summary Denials based upon Appeals submitted to the CRT. This set includes 2 Summary Denials to Appeals of Certified Award Denials listed in Annex A to this Order.

Under Article 30 of the Rules Governing the Claims Resolution Process, as amended (the "Rules"), an appeal must be based upon a plausible suggestion of error regarding the conclusions reached by the CRT. Any appeals submitted without a plausible suggestion of error shall be summarily denied. At my direction, the CRT has analyzed the information provided in the Appeals listed in Annex A. Upon careful consideration, the CRT has concluded that the Appellants whose claims are listed in Annex A did not raise a plausible suggestion of error in the CRT's findings. Accordingly, the CRT recommends that these Appeals be summarily denied.

I have reviewed the CRT's analyze and I concur with the CRT's recommendations. Therefore, it is

ORDERED that the 2 Appeals to the claims listed in Annex A shall be summarily denied and the relevant Appellants so informed;

It is further ordered that the CRT shall provide the Court with the name and address of every Appellant whose appeal is herewith summarily denied, which information shall be filed with the Court under seal.

Dated:  Brooklyn, New York
October 16, 2011

SO ORDERED:
/s/(ERK)
_____
Edward R. Korman
United States District Judge

# CLAIMS RESOLUTION TRIBUNAL

*CRT BATCH 23 - ANNEX A*
*UNREDACTED AND CONFIDENTIAL*

Pursuant to Article 30 of the Rules Governing the Claims Resolution Tribunal, as amended (the "Rules"), the Claims Resolution Tribunal hereby recommends as of 11 October 2011 that the following Appeals to Certified Award Denials be summarily denied by the Court:

| | Claimed Account Owner Name and Claim Number | Original Decision Type | Appeal Number |
|---|---|---|---|
| 1. | Pfeifer 218132; 221280 | Insufficient Evidence Denial | 3428 |
| 2. | Friedrich 213757 | Disposition Denial | 3429 |