FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 1 8 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

----------------------------------------------------------------

This Document Relates to:  All Cases

---------------------------------------------------------------- X

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

**MEMORANDUM & ORDER**

## MEMORANDUM & ORDER APPROVING SEVEN DECISIONS ON APPEAL: IN RE ACCOUNTS OF ALFRED BENESCH, ELSE BENESCH AND JOSEF BENES; IN RE ACCOUNTS OF LEOPOLD HERZOG, ZDENKA HERZOG AND MARGARETE TEDESKO; IN RE ACCOUNT OF LEIBA KOCHAS; IN RE ACCOUNT OF LILEIN LEINWAND UNTERNEMHUNG BERNHARD GOLDSTEIN; IN RE ACCOUNT OF ELSA AND EMIL MENYASZ; IN RE ACCOUNTS OF WILHELM PAPPENHEIM; and IN RE ACCOUNTS OF DR. FELIX POLLAK AND ACCOUNT OF ELSA POLLAK

KORMAN:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, Special Master Michael Bradfield is hereby requesting the Court's approval of seven Decisions on Appeal: In re Accounts of Alfred Benesch, Else Benesch and Josef Benes; In re Accounts of Leopold Herzog, Zdenka Herzog and Margarete Tedesko; In re Account of Leiba Kochas; In re Account of *Lilien Leinwand Unternehmung Bernhard Goldstein*; In re Account of Elsa and Emil Menyasz; In re Accounts of Wilhelm Pappenheim; and In re Accounts of Dr. Felix Pollak and Account of Elsa Pollak (the "Decisions"), which are attached hereto as Annex A through Annex G. The Decisions award a total of SFr.1,479,065.50.

Therefore, it is hereby

ORDERED that the Decisions attached as Annex A through Annex G are approved by

the Court; and

ORDERED that the Signatories of the Settlement Fund are hereby directed to immediately transfer SFr. 1,479,065.50 from the Settlement Fund to the Swiss Banks Settlement-Dormant Accounts-Payment Account for payment of the Decisions.

Dated: October 17, 2011
Brooklyn, New York

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge

## Index of Recommended Decisions on Appeal October 11, 2011

|    | Account Owner Name | Amount (in SFr.) |
|----|---|---:|
| 1. | Benesch, Alfred; Benesch, Else, Benes, Josef | 103,387.50 |
| 2. | *Lilien Leinwand Unternehmung Bernhard Goldstein* | 24,259.31 |
| 3. | Herzog, Leopold; Herzog, Zdenka; Tedesko, Margaret | 439,500.00 |
| 4. | Kochas, Leiba | 28,712.50 |
| 5. | Menyasz, Elsa and Emil | 12,343.75 |
| 6. | Pappenheim, Wilhelm | 821,487.50 |
| 7. | Pollak, Dr. Felix; Pollak, Elsa | 49,375.00 |
|    | **Total** | SFr. 1,479,065.50 |