UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
IN RE: HOLOCAUST VICTIM ASSETS : Case No. CV 96-4849 (ERK)(MDG)
LITIGATION : (Consolidated with CV 96-5161
: and CV 97-461)
:
------------------------------------------------------------ :
: MEMORANDUM & ORDER
This Document Relates to: All Cases :
:
:
:
:
------------------------------------------------------------ X



**MEMORANDUM & ORDER APPROVING THE AMENDED DECISION ON APPEAL:**
**IN RE ACCOUNT OF RUDOLF FRIEDL**

KORMAN, J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 and December 14, 2006 Memoranda & Orders and in the Plan of Allocation and Distribution of Settlement Proceeds, Special Master Michael Bradfield is hereby requesting the Court's approval of an amended distribution with respect to the Decision on Appeal: In re Account of Rudolf Friedl ("the Amendment"). The Decision consists of an Amendment to a Decision on Appeal regarding the Certified Award listed in Annex A to this Order. The Amended Decision on Appeal is also attached to this Order.

Payment to certain parties according to the Decision on Appeal has been held, pending resolution of ongoing estate-related issues other matters that, despite diligent efforts, have not been resolved over an extended period of time. Because the distribution process is coming to an end, this Amended Decision is adopted to authorize and permit the prompt distribution of this Award to the ultimate beneficiaries of Rudolf Friedl in accordance with a chain of wills.

Therefore, it is

ORDERED that the Amendment listed in Annex A is approved by the Court; and

ORDERED that the signatories of the Settlement Fund are hereby directed to transfer $1,143,836.95 from the Settlement Fund to the Swiss Banks Settlement-Dormant Accounts-Payment Account for payment according to the distribution provided in the Amendment.

The Order is stayed for 30 days to allow any party who objects the opportunity to do so. Any objection should be accompanied by a statement of reasons.

**SO ORDERED.**

Brooklyn, New York
December 1, 2011

s/Edward R. Korman
_____
Edward R. Korman
Senior United States District Judge

*ANNEX A*

Pursuant to Article 30 of the Rules Governing the Claims Resolution Process, as amended (the "Rules"), it is hereby recommended that the distribution according to the Decision on Appeal be amended by the Court:

| | **Claimed Account Owner Name and Claim Number** | **Original Decision Type** |
|---|---|---|
| 1. | Friedl, Rudolf 213899; 222834; 222835; 500020; 500021; 751185; ENG-0061086; ENG-0655183 | Decision on Appeal |