UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: HOLOCAUST VICTIM ASSETS LITIGATION | Case No. CV 96-4849 (ERK)(MDG) (Consolidated with CV 96-5161 and CV 97-461) |
| This Document Relates to: All Cases | ORDER |

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 22 2011 ★

BROOKLYN OFFICE

## ORDER APPROVING PAYMENT TO EPIQ SYSTEMS

KORMAN, J.:

Epiq Systems maintains the website of the Swiss Banks Fund, www.swissbankclaims.com, which sets forth current and historical information with respect to the Fund. During the ten-month period from February 2011 to November 2011, there were 22,588 visits to the website and 241 of those visitors requested certain details. Such statistics evidence the importance of the website as a source of information with respect to the Fund.

Upon review and consideration of Epiq Systems' ten invoices enumerated below in the aggregate amount of $13,592.38[1], for website maintenance services provided to the Settlement Fund from February 2011 through November 2011, it is hereby

ORDERED that the Signatories to the Settlement Fund authorize payment to Epiq Systems of $13,592.38 in satisfaction of the aforementioned invoices.

Dated: Brooklyn, New York
December 22, 2011

SO ORDERED:

s/Edward R. Korman
_____
Edward R. Korman
United States District Judge

---

[1] The invoices by Eqip Systems to the Settlement Fund are as follows:

| Invoice | Date | Amount |
|---|---|---|
| 202811 | February 28, 2011 | $1,620.70 |
| 203505 | March 31, 2011 | 1,144.41 |
| 204459 | April 30, 2011 | 1,247.05 |
| 205249 | May 31, 2011 | 1,112.15 |
| 206106 | June 30, 2011 | 1,462.00 |
| 206948 | July 31, 2011 | 1,277.90 |
| 207747 | August 31, 2011 | 1,359.62 |
| 208537 | September 30, 2011 | 1,190.35 |
| 209382 | October 31, 2011 | 1,576.45 |
| 210183 | November 30, 2011 | 1,601.75 |
| | | $13,592.38 |