UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

IN RE:
HOLOCAUST VICTIM ASSETS
LITIGATION

------------------------------------------------------------

This Document Relates to: All Cases

------------------------------------------------------------ X

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

**MEMORANDUM & ORDER**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 2 8 2011 ★

BROOKLYN OFFICE

KORMAN, Judge:

In accordance with my Order of December 8, 2000 and consistent with the terms of the Plan of Allocation and Distribution of Settlement Proceeds (the "Distribution Plan"), which I approved on November 22, 2000, my Memorandum & Order dated September 25, 2002, and my Memorandum & Order dated November 17, 2003, the American Jewish Joint Distribution Committee ("JDC") has submitted its report on 2010 Welfare Programs for Jewish Nazi Victims in the Former Soviet Union ("JDC 2010 Report").

On March 22, 2011 I approved funding for Hesed welfare program services for Jewish Nazi victims in the Former Soviet Union ("FSU") in 2011 in the amount of $6,842,308 in accordance with the Distribution Plan as supplemented by my Orders of September 25, 2002 and November 17, 2003, and as described in the JDC letter of March 4, 2011. In my Memorandum & Order of March 22, 2011 I approved the release of $6,842,308 to JDC for Hesed welfare programs in 2011.

b) $75,970 for the cost of the Ernst & Young audit described above and filed with the Court.

It is further ordered that in implementing these programs, the JDC shall adhere to the reporting requirements to the Court as set forth in the Distribution Plan and in the JDC's February 28, 2001 "Proposal for the First Year of Operations" and April 4, 2001 supplemental proposal, as approved by order dated April 13, 2001.

Brooklyn, New York  
December 2?, 2011

SO ORDERED:

s/Edward R Korman  
Edward R. Korman  
United States District Judge