UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

IN RE:
HOLOCAUST VICTIM ASSETS
LITIGATION

--------------------------------------------------------------

This Document Relates to:  All Cases

--------------------------------------------------------------

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   JAN 24 2012   ★

BROOKLYN OFFICE

Case No. CV 96-4849 (ERK)(MDG)
(Consolidated with CV 96-5161
and CV 97-461)

**MEMORANDUM & ORDER**

KORMAN, Judge:

On a number of occasions I have directed the Clerk of the Court to give a particular matter in the Holocaust Victim Asset Litigation a separate docket number—a purely administrative mechanism that keeps all of the filings relating to the matter in one discrete file and that facilitates my ability to keep track of materials as they are filed. I am directing the Clerk to open such a file with respect to the appeal of the claimants from the certified denial on their claim to the accounts of Paul Wittgenstein *et al.* All previous filings with respect to this issue (Docket Nos. 4792, 4793, and 4794) will be duplicated in this file and any subsequent filings should be docketed under this docket number.

Brooklyn, New York
January 23, 2012

**SO ORDERED.**

s/Edward R. Korman

Edward R. Korman
Senior United States District

