UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
:
IN RE: : Case No. CV 96-4849 (ERK)(MDG)
HOLOCAUST VICTIM ASSETS : (Consolidated with CV 96-5161
LITIGATION : and CV 97-461)
:
----------------------------------------------------------- : **MEMORANDUM & ORDER**
:
This Document Relates to:  All Cases :
:
:
----------------------------------------------------------- X

KORMAN, J.

Pursuant to Fed. R. Civ. P. Rule 53 ("Special Masters") and in accordance with class action principles as well as my discretionary authority to supervise the administration of the Settlement Agreement and the Plan of Allocation and Distribution of Settlement Proceeds, I have authorized Special Master Michael Bradfield to act on the Court's behalf in analyzing a substantial number of Deposited Assets Class appeals. Special Master Bradfield consults with me directly in connection with particular appeals, and also seeks my approval of policy determinations affecting the appeals process as a whole.

While he was not requested to review all appeals that have been filed in connection with claims to Deposited Assets, Special Master Bradfield has definitively resolved all 1,849 of the appeals that he was asked to review. All but 50 of these appeals subsequently were submitted to the Court for review, and the Court has adopted Special Master Bradfield's recommendations in connection with each of those decisions. Special Master Bradfield now submits the remaining 50 appellate recommendations for the Court's approval.

In view of Special Master Bradfield's careful examination of the record before the CRT, and my review of the 50 appellate recommendations identified in the attached Index, it is hereby

ORDERED that Special Master Bradfield's 50 appellate recommendations identified in the attached Index are adopted in their entirety.

Brooklyn, New York
November 29, 2012

SO ORDERED:

/s/ Judge Edward R. Korman

Edward R. Korman
United States District Judge