UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
IN RE: HOLOCAUST VICTIM ASSETS : Case No. CV 96-4849 (ERK)(MDG)
LITIGATION : (Consolidated with CV 96-5161
: and CV 97-461)
:
------------------------------------------------------------- :
:
This Document Relates to: All Cases : **MEMORANDUM & ORDER**
:
:
:
:
------------------------------------------------------------- X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 06 2013 ★
BROOKLYN OFFICE

### MEMORANDUM & ORDER AUTHORIZING APPROVAL OF FUNDS TO PAY CLAIMANT HANA PRUMMEROVA

KORMAN, C.J.:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, Special Master Michael Bradfield is hereby requesting the Court's approval of resources to pay Claimant Hana Prummerova the balance of the Award *In re Accounts of Otto & Maria Fuchs*, through funds to be deposited in the Swiss Banks Settlement-Dormant Accounts-Payment Account from the Settlement Fund. The total amount of funds needed to pay Claimant Hana Prummerova is $4,795.95.

ORDERED that for the payment of Claimant Hana Prummerova, the Signatories of the Settlement Fund are hereby directed to immediately transfer $4,795.95 to the Swiss Banks Settlement-Dormant Accounts-Payment Account.

Dated: Brooklyn, New York
June 4, 2013

SO ORDERED:

s/Edward R. Korman

Edward R. Korman
United States District Judge

WAI-2904873v1