UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

IN RE HOLOCAUST VICTIMS ASSET
LITIGATION

1:96-cv-04849-ERK

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marshall R. King of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel for Credit Suisse.

Dated: New York, New York
　　　　May 22, 2022

By: 　*/s/ Marshall R. King*
　　　　Marshall R. King

　　　GIBSON, DUNN & CRUTCHER LLP
　　　200 Park Avenue
　　　New York, NY 10166
　　　(212) 351-4000
　　　mking@gibsondunn.com

　　　*Attorneys for Defendant Credit Suisse*