CONFERENCE ON JEWISH MATERIAL CLAIMS

AGAINST GERMANY, INC.

*In Re Holocaust Victim Assets Litigation*

"Looted Assets Class"

REPORT ON THE HOLOCAUST SURVIVOR EMERGENCY ASSISTANCE PROGRAM 2021-2022

SUBMITTED TO

Judge Edward R. Korman

United States District Court

Eastern District of New York

September 21, 2023

## Overview

The Conference on Jewish Material Claims Against Germany, Inc. ("the Claims Conference") is hereby submitting to the United States District Court Eastern District of New York ("the Court") the final reporting on the use of residual funds of the Swiss Banks Settlement Looted Assets Class funds provided to Jewish victims of Nazi persecution in 2021 and 2022. Looted Assets Class funds provide emergency relief that assist survivors to overcome short-term hardships.

The residual funds came at a critical time for social welfare agencies assisting survivors, as the COVID pandemic began in early 2020 and forced the whole world, including the Claims Conference and its network of social welfare partner agencies, to deal with unprecedented need for the most vulnerable population at a time of great uncertainty. These emergency assistance funds allowed flexibility to provide crucial services to Holocaust survivors as more unexpected needs arose and as the world settled into a new "normal".

## Background

In accordance with the November 22, 2000 Special Master's Proposed Plan of Allocation and Distribution of Settlement Proceeds, the Court charged the Claims Conference with the management and administration of a ten-year emergency assistance program (EAP) for Jewish victims of Nazi persecution under the Looted Assets Class of the settlement.

Looted Assets Class funds enabled Jewish social service agencies in Israel, the Americas, Europe, and Australia to assist thousands of Jewish Nazi victims. These agencies used available emergency assistance funds to address unexpected expenses, or expenses exceeding clients' fixed incomes, thereby enabling them to remain safely and independently in their homes. Funds were used primarily for homecare/housekeeping, medical care, relief for housing and related costs, dental services, and food programs.

In August 2019, the Court informed the Claims Conference that it had significant additional residual funds carried over from the settlement and ordered that it be transferred to the Claims Conference to continue assisting the most vulnerable Holocaust survivors. Those funds were sent to the Claims Conference in a few installments in 2019 and 2020. The Claims Conference reported on the use of the majority of those funds in May 2021. However, as was noted in that report, there were cancelations as well as interest accrued which have since been reallocated for Emergency Assistance Programs in 2021, 2022, and 2023. Since those sums were relatively modest amounts, the Claims Conference decided to reduce the administrative burden, both on the agencies and its own staff, and allocate the grants to one grantee per calendar year, instead of to multiple agencies.

## 2021 Grants and Summary

For 2021, $84,575.00 was allocated to one agency in the United Kingdom. The funds provided emergency assistance to 30 vulnerable Jewish Nazi victims (JNVs) in the UK. A total of 67 grants in six different budget categories were provided using these funds. The agency spent and reported on a total of $59,756.13. Housing and related costs and medical expenses represent 74.81% of the total spending on grants to clients. There were $24,818.87 of 2021 cancelled funds that the Claims Conference had fully redistributed in 2023 (formal explanation to follow at the end of the report).

| Agency Name | City | Country | Grant Amount | Reported Amount Spent | Amount Cancelled |
|---|---|---|---|---|---|
| Association of Jewish Refugees in Great Britain | Middlesex | United Kingdom | $84,575.00 | $59,756.13 | $24,818.87 |

| 2021 Total Spending by Budget Category | | | | |
|---|---|---|---|---|
| Category of Service | Amount Spent | Percent of Total Spent | Total Grant Count | Individual Holocaust Survivors |
| Housing & Related Costs | $30,971.82 | 51.83% | 34 | 17 |
| Medical | $13,734.02 | 22.98% | 18 | 9 |
| Housekeeping/Homecare | $11,212.98 | 18.76% | 6 | 5 |
| Dental | $2,974.81 | 4.98% | 5 | 3 |
| Food | $756.58 | 1.27% | 2 | 2 |
| Client Transportation | $105.92 | 0.18% | 2 | 1 |
| | | | | |
| Totals | $59,756.13 | | 67 | 30* |
| * This number may not be equal to unique clients per category total as clients may receive services from more than one category. | | | | |



Figure I: 2021 Spending by Category of Service

Figure I displays Swiss 2021 spending by category of service. The data sources are the financial reports that the agency who allocated funding to survivors submitted in Diamond, the Claims Conference's online reporting system.

- Housing and Related Costs is the largest category of spending of 2021 Swiss funds. Its proportion out of all categories of service was 51.83% of all expenditures, or $30,971.82. These 34 grants allowed 17 Holocaust survivors to remain in their homes safely. Grants covered items such as utility bills, emergency home repairs, fumigation costs, and adaptive home modifications.

- Medical expenses comprised the second highest proportion of all fund expenditures: 22.98% of 2021 Swiss funds totaling $13,734.02 allowed nine individual Jewish Nazi victims to receive medical assistance including hospitalization fees, medical services, and physiotherapy.
- Housekeeping/Homecare was the third highest proportion of fund expenditures at 18.76%. $11,212.98 allowed five Jewish Nazi victims to receive short term emergency night care.
- $2,974.81 of the total funds remitted were for dental care, which comprised 4.98% of the total of grants spent. Three individuals used these funds to receive dental care.
- Two individual recipients received emergency assistance grants for food from 2021 Swiss funds. $756.58 in funds made up 1.27% of the total.
- Finally, one Holocaust survivor received assistance with transportation. These grants totaled $105.92 or 0.18% of all remittances.

Figure II below shows the total unique clients served within each category. It is important to note that the total amount of clients per category shown here is independent of the total of 30 clients cited in this report, since often clients received services in more than one category.



## 2022 Grants and Summary

In grant year 2022, $48,262.39 was allocated to one social welfare agency located in the United States. The funds provided emergency assistance to 33[1] vulnerable JNVs in Florida. A total of 61 grants in three different budget categories was provided using these funds. The agency was able to spend the total amount in full, reporting on $48,262.39.  Housing and related costs represent 83.67% of the total spending on grants to clients.

---

[1] Often Jewish Nazi victims receive assistance in more than one category of service. Therefore, summing the number of individuals receiving assistance in each category may result in a total greater than the 33 beneficiaries cited.

| Agency Name | City | State | Country | Grant Amount | Reported Amount Spent |
|---|---|---|---|---|---|
| Goodman Jewish Family Services, Inc. of Broward County | Davie | Florida | United States | $48,262.39 | $48,262.39 |

| 2022 Total Spending by Budget Category ||||| 
|---|---|---|---|---|
| Category of Service | Amount Spent | Percent of Total Spent | Total Grant Count | Individual Holocaust Survivors |
| Housing & Related Costs | $40,381.19 | 83.67% | 54 | 28 |
| Dental | $6,195.00 | 12.84% | 3 | 3 |
| Housekeeping/Homecare | $1,686.20 | 3.49% | 4 | 2 |
|  |  |  |  |  |
| Totals | $48,262.39 |  | 61 | 33 |

*This number may not be equal to unique clients per category total as clients may receive services from more than one category.



Figure III: 2022 Spending by Category of Service

Figure III displays Swiss 2022 spending by category of service. The data sources are the financial reports submitted by the agency that administered the Swiss EAP program in 2022.
- In 2022 (like 2021), housing and related costs was the largest category of spending. Its proportion out of all categories of service was 83.67% or $40,381.19, allowing 28 Jewish Nazi victims to remain in their homes safely. 54 grants covered items such as rent, maintenance and community fees, home repairs, and utility bills.
- Dental care comprised the second highest proportion of all fund expenditures in which 12.84% of 2022 Swiss funds totaling $6,195.00 were remitted to three Jewish Nazi victims. These three grants were used by JNVs to receive emergency and preventative dental care.

- Two individuals received four housekeeping/ homecare grants, totaling $1,686.20 or 3.49% of all remittances. These grants were used for urgent homecare services and deep cleaning expenses.

Figure IV below shows the total unique clients served within each category.



## Reallocation of Cancelled 2021 Funds

The Claims Conference has already reallocated for EAP use in 2023 the cancelled funds from 2021 as well as any accrued interest. Reallocating these cancelled funds will ensure that Holocaust survivors have an additional resource to use when emergency needs arise, as unfortunately the needs are always great and the social welfare agencies continuously deal with budgetary restrictions. It is important to note that, as was done in previous years, these redistributed Swiss funds were given in conjunction with other Claims Conference funds for Emergency Assistance purposes in 2023. Swiss funds were again allocated to one agency that operates in USD so as not to cause potential loss of funds in conversion to other currencies. The Claims Conference will provide the Court with a full report on the use of funds nine months after the end of the year in which the funds were allocated, in September of 2024.