Stein Mitchell
Beato & Missner LLP

2000 K Street, NW Suite 600          P 202.737.7777          www.steinmitchell.com
Washington, DC 20006                  F 202.296.8312

February 2, 2026

**VIA EMAIL**

Hon. Edward R. Korman
United States District Judge
Eastern District of New York
Room 918
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *In re Holocaust Victims Asset Litigation, Civ. No. 96-4849 (ERK)*

Dear Judge Korman:

    We represent nonparty Simon Wiesenthal Center (SWC). We write in reference to Your Honor's January 29 minute order in the above-captioned matter, resetting the hearing from this past Friday, January 30, to this coming Friday, February 6, and also indicating that SWC and UBS could agree on a proposed alternate date.

    <u>SWC and UBS jointly request a modification of the schedule</u>, as explained below. Unfortunately, this coming Friday presents a scheduling conflict for SWC, as our co-lead counsel, Jonathan Missner, is out of the country on pre-planned business travel overseas that cannot be rescheduled. Beyond that scheduling conflict, SWC submits that SWC, UBS, and the Court all would benefit from more time for a thorough and orderly briefing schedule in advance of a rescheduled hearing, particularly given the absence of exigent circumstances.

    To that end, we propose the following schedule, subject to the Court's convenience:

    1.    SWC submits its brief in response to UBS's motion for clarification regarding the scope of the 1999 settlement by <u>Friday, February 13</u>;

    2.    UBS submits a reply, if any, to SWC's response, by <u>Friday, February 27</u>; and

    3.    The court holds a hearing on the matter on <u>Monday, March 9</u> (or another date as soon as practical thereafter, depending on the Court's schedule).

    Thank you for your consideration.

| SELENDY GAY PLLC | STEIN MITCHELL BEATO & MISSNER LLP |
|---|---|
| *[signature]* | *[signature]* |
| Faith Gay, Esq.<br>Jennifer Selendy, Esq. | Jonathan E. Missner, Esq.<br>Andrew M. Beato, Esq.<br>Melissa S. Fox, Esq. |

Enclosures

cc: Gibson, Dunn & Crutcher LLP (Counsel to Credit Suisse)
Marshall R. King (counsel to Credit Suisse/UBS) mking@gibsondunn.com
David P. Burns (counsel to Credit Suisse/UBS) dburns@gibsondunn.com
F. Joseph Warin (counsel to Credit Suisse/UBS) fwarin@gibsondunn.com