# GIBSON DUNN

David P. Burns
Partner
T: +1 202.887.3786
M: +1 301.502.0899
dburns@gibsondunn.com

February 11, 2026

Hon. Edward R. Korman
United States District Judge
United States Courthouse
Room 918
225 Cadman Plaza East
Brooklyn, New York 11201

Re: In Re: Holocaust Victims Asset Litigation, Case No. CV-96-4849

Dear Judge Korman:

On behalf of Defendant Credit Suisse and Defendant UBS AG, we write in connection with the Court's scheduling of a hearing concerning the banks' request for a ruling clarifying the scope of the 1999 settlement agreement and release of claims approved (as amended) by this Court on August 9, 2000. On February 2, 2026, in response to the joint request of the Simon Wiesenthal Center (SWC) and UBS for a modification of the schedule, the Court set a briefing schedule and a hearing date of March 12. Due to a scheduling conflict, UBS requests that the hearing date be moved to March 10 (or, alternatively, March 13). The SWC's counsel has represented to counsel for UBS that March 10 is an acceptable date for the SWC.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*David P. Burns*

David P. Burns, Esq.

**Gibson, Dunn & Crutcher LLP**
1700 M Street, N.W. | Washington, D.C. 20036-4504 | T: 202.955.8500 | F: 202.467.0539 | gibsondunn.com