# EXHIBIT 5



ED SNIDER SOCIAL ACTION INSTITUTE

Rabbi Marvin Hier
Founder and Dean

Rabbi Abraham Cooper
Associate Dean
Director Global Social Action

## Statement of the Simon Wiesenthal Center
## January 27, 2023

The Simon Wiesenthal Center (SWC) is an international human rights organization that confronts anti-Semitism and bigotry, promotes human dignity and tolerance, defends democracy and freedom, and teaches lessons of the Nazi Holocaust to future generations. Inspired by Simon Wiesenthal, the heroic Holocaust survivor and pursuer of justice for the victims of the Holocaust, the SWC is dedicated to holding all participants in the torture and mass murder of Jews and non-Jews during the Holocaust legally and morally accountable, including businesses and financial institutions that facilitated the genocide and later provided financial sanctuary to Nazi perpetrators fleeing prosecution.

The SWC is committed to this mission now more than ever, and we never will stop. In fact, anti-Semitism and anti-Semitic hate crimes are at an all-time high globally employing bigoted tropes such as portraying Jews as greedy, obsessed with money, and economically exploitive. https://www.wiesenthal.com/assets/pdf/2022-top-ten-worst-global.pdf.  The rising tide of hatred and bigotry is borderless and fueled not only by ignorance, but also the misuse of technology (including social media).  As Simon Wiesenthal foreshadowed years ago, "[t]he combination of hatred and technology is the greatest danger threatening mankind."

For decades, the SWC steadfastly has been dedicated to carrying on Mr. Wiesenthal's commitment that "justice for crimes against humanity must have no limitations."  Several years ago, the SWC, in coordination with its counsel at Stein Mitchell Beato & Missner LLP, commenced an extensive, global investigation into allegations that Swiss banks retained, concealed, and destroyed records documenting extensive Nazi financial transactions during and after World War II.  Among other banks, the SWC focused on Credit Suisse AG's post-war Nazi affiliated assets and accounts ("Nazi Assets").



worldwide activism
moriah films
campus outreach
museum of tolerance los angeles
museum of tolerance jerusalem

In this investigation, the SWC is proud to have joined forces with the renowned and heroic Roman Catholic priest Father Patrick Desbois – a Chargé de mission of the Cardinal of Paris, the Secretary for Jewish Relations for Cardinals, the Secretary for the French Conference of Bishops for Relations with the Jewish Community, and a long-standing Vatican Advisor on relations with Judaism. Father Desbois, who authored the acclaimed "Holocaust by Bullets," has spent decades bringing to light human rights abuses and genocides, including locating, investigating, and excavating more than 3,000 mass execution sites of more than two million Jews murdered by the Nazis. Drawing on his experience as a founder of Yahad in Unum, an organization with extensive expertise in forensic investigations and international evidence collection, Father Desbois stated:

> I am honored to participate and support the SWC in this powerful interfaith effort to hold accountable all institutions that provided a financial platform and sanctuary to Nazis and Nazi Assets during and after the war. In my capacities within the Catholic Church to address atrocities and genocides, I have developed an expertise in excavating the truth of the so-called "ratlines" of Nazis and Nazi collaborators fleeing Europe using the network of organizations that aided and abetted the Nazis in evading justice.

The SWC's joint investigation with Father Desbois documented that Credit Suisse AG concealed Nazi Assets and related information not only after World War II, but before and after the litigation *In re Holocaust Victim Assets Lit.*, 105 F.Supp.2d 139 (E.D.N.Y. 2000) (Chief Judge Edward R. Korman). True to our mission of tolerance, the SWC sought out Credit Suisse AG to express our concerns, discuss our findings, and offer the opportunity to work cooperatively and transparently to disclose the truth related to the Nazi Assets.

In response, the SWC received written assurances in 2021 from Credit Suisse AG's Senior Advisor to the CEO, Mindy Silverstein, then Global Head of Compliance, Thomas Grotzer, and former General Counsel, Romeo Cerutti, affirming the bank's "pledge to working collaboratively" and "we are committed to finding the truth." Credit Suisse AG retained Independent Ombudsman, Neil Barofsky, and Independent Advisor, Ira Forman, and requested that the SWC engage with the Independent Ombudsman and Independent Advisor. Credit Suisse AG specifically encouraged the SWC to disclose our confidential investigation findings privately to Messrs. Barofsky and Forman. The bank committed to conduct "a thorough forensic review" of *all* concerns exposed by the SWC's investigation:




Mr. Barofsky and Mr. Forman were engaged explicitly to ensure that the review we now have underway is conducted appropriately, and that the concerns for which you have provided specific information to us are thoroughly and transparently addressed.

Credit Suisse AG also pledged that "[a]t the completion of their work, we will also share a copy of their final report with you." In summary, Credit Suisse AG committed to an independent and comprehensive forensic investigation to fully address the SWC's findings in exchange for our cooperation, non-disclosure of the investigation, and forbearance from seeking accountability in other forums pending the outcome.

Based on these representations, the SWC agreed in good faith to collaborate. We disclosed our confidential investigation findings to the Independent Ombudsman and Independent Advisor. We did so relying on Credit Suisse AG's commitments and pledge that a thorough and complete investigation of *all* of our concerns regarding the concealment of the Nazi Assets would be completed and published in a report.

It is important to distinguish that the Nazi Assets identified in the SWC investigation have not been held to account previously due to the "massive destruction" and concealment of financial records. *In re Holocaust Victim Assets Lit.,* 319 F.Supp.2d 301, 303 (2004). Whereas the claims for Holocaust victims' stolen assets hidden in thousands of secret Swiss bank accounts, slave labor victims, and forced refugees were addressed in prior investigations and resolutions, the Nazi Assets were not. *See In re Holocaust Victim Assets Lit.,* 105 F.Supp.2d 139 (E.D.N.Y. 2000) (Chief Judge Edward R. Korman). In fact, United States District Court Chief Judge Korman recognized the massive impact that the systematic destruction of Nazi financial records had on exposing the truth and achieving the full measure of justice, as well as the Swiss banks' denial of their actions. Responding to post-settlement submissions by the Swiss banks, Judge Korman wrote:

> These objections bring to mind the theory that, "if you tell a lie big enough and keep repeating it, people will eventually come to believe it." The "Big Lie" for the Swiss banks is that during the Nazi era and in its wake, the banks never engaged in substantial wrongdoing. . . . The banks have repeatedly insisted that they never engaged in "systematic document destruction" and that they should not be assigned blame for any difficulty we have in distribution. . . . And they claim that the allegations that they engaged in massive destruction of Nazi era bank records in the post-war era "are incorrect and could be characterized as malicious in light of specific conclusions to the contrary in the ICEP and Bergier Reports." . . . The bank defendants' statements are not merely incorrect; they are detrimental to the process of justice. These statements continually distort and obscure the truth. . . . [and] are based on an egregious mischaracterization of historical accounts.




*In re Holocaust Victim Assets Lit.*, 319 F.Supp.2d 301, 303 (2004) (citations omitted).

The "Big Lie" has resurfaced. After the SWC shared its confidential investigation findings with the Independent Ombudsman and Independent Advisor, Credit Suisse AG terminated the Independent Ombudsman and Independent Advisor. It did so before their investigation was completed. This was not the comprehensive and complete forensic investigation to which Credit Suisse AG committed.

The SWC is concerned that Credit Suisse AG's senior leadership took these actions specifically to prevent the Independent Ombudsman and Independent Advisor from uncovering and publishing a report detailing the full scope of hidden Nazi Assets. This is not how a publicly traded financial institution should conduct itself if, in fact, it seeks to be recognized as a good global corporate citizen. It also serves as a wakeup call to the SWC, as it should to anyone placing trust in Credit Suisse AG's leadership to follow through on its commitments.

Credit Suisse AG's conduct here is another example of its refusal to accept full responsibility for its role as a banker to, and financier of, the Nazis during and after the Holocaust. Rather than transparently confront its history and lead the way to a more tolerant world, Credit Suisse AG's senior leadership chose the opposite, and prematurely terminated the Independent Ombudsman's investigation. Doing so places Credit Suisse AG on the wrong side of history yet again.

And so, on this International Holocaust Remembrance Day in which we commemorate the liberation of Auschwitz-Birkenau in 1945 and mourn the 6 million Jews murdered by Nazis and their collaborators, the SWC remains resolute to vigorously pursue full accountability. The memories of the victims of the Shoah, and the legacy of Simon Wiesenthal, demand nothing less.

_____  
Rabbi Marvin Hier  
Founder, CEO & President  
Simon Wiesenthal Center

_____  
Rabbi Abraham Cooper  
Associate Dean & Director of Global Social Action  
Simon Wiesenthal Center

Dated: January 27, 2023