# EXHIBIT 6

**Stein Mitchell Beato & Missner LLP**

901 15th Street, NW Suite 700  
Washington, DC 20005

P 202.737.7777  
F 202.296.8312

www.steinmitchell.com

November 25, 2020

*VIA ELECTRONIC MAIL*

Lara Warner  
Chief Risk and Compliance Officer  
Credit Suisse Group AG  
Paradeplatz 8  
CH-8070  
Zurich, Switzerland

Romeo Cerutti  
General Counsel  
Credit Suisse Group AG  
Paradeplatz 8  
CH-8070  
Zurich, Switzerland

David P. Cohen, Esq.  
Brownstein Hyatt Farber Schreck  
1155 F Street, NW  
Washington, DC 20004

Re:     *Credit Suisse Group AG/Nazi Asset Investigation*

Dear Ms. Warner and Messrs. Cerutti and Cohen,

As you know, we represent Simon Wiesenthal Center Inc. ("SWC"), a human rights organization established in 1977 by Rabbi Marvin Hier. SWC is dedicated to exposing anti-Semitism and hate, promoting human dignity and tolerance, and defending democracy and freedom. SWC has been investigating Credit Suisse Group AG's ("Credit Suisse") role involving financial transactions of Nazis fleeing prosecution during and after WWII and related individuals and entities in Argentina, Switzerland, Liechtenstein and Italy. The dormant deposits of these legacy Nazi assets at Credit Suisse, or subject to your discretionary mandate, continue to add value to your company's financials. The nature of these assets, however, has been concealed from public scrutiny and from Credit Suisse's clients and investors.

By letter dated March 4, 2020, Mr. Cerutti wrote to SWC regarding this highly concerning conduct. He expressed a commitment to investigate the facts and "lay open" the results, and offered a meeting in Zurich that subsequently was overtaken by COVID-19 travel restrictions. Since then, SWC continues to investigate and further document these facts.

On July 8, 2020, your American representative, David Cohen, informed us that Credit Suisse "cannot initiate a comprehensive review of the matter at hand without additional relevant

Stein Mitchell Beato & Missner LLP

November 25, 2020
Page 2 of 2

information." In response, we advised Mr. Cohen that Credit Suisse "has access to highly specific information (names, dates, account numbers) related to the Nazi account list held by SWC which, as you know, trace to financial transactions with Schweizerische Kreditanstalt/CS. . . We reject any assertion that CS is unable to investigate the facts related to financial transactions involving the Nazi account list without more information."

Notwithstanding, we met with Mr. Cohen on September 15, 2020, and permitted him to review a written summary of SWC's evidence as of that date, subject to redactions to protect witnesses and sources. We explained that SWC's willingness to continue further discussions required Credit Suisse to conduct a full investigation of the allegations and share with SWC the results as represented in Mr. Cerutti's March 4 letter, in addition to a meeting between senior leadership of SWC and Credit Suisse. Absent these commitments, SWC has no intention to engage further with Credit Suisse, but instead it will seek alternate accountability.

After more than eight weeks without a word from Credit Suisse, on November 9, Mr. Cohen proposed a potential meeting with Ms. Warner coinciding with her travel to New York on December 8 or 9. Those dates will not work for us due to business travel outside of the United States.

The significant passage of time without input from Credit Suisse following the September 15 meeting instills no confidence that Credit Suisse accords the allegations of SWC with proper seriousness and resolve. Credit Suisse has known of SWC's concerns for more than eight months, not to mention the existence of the dormant accounts dating back decades. It has had more than an adequate period of time to conduct an internal assessment and investigation and communicate appropriately with us, assuming Credit Suisse genuinely is committed to accounting for this conduct.

Before proceeding further, SWC requires a clear understanding that any meeting – regardless of location or format – must include a commitment to disclose to SWC the investigation and findings of Credit Suisse. Failing that understanding, we do not believe the parties have anything more to discuss and SWC's willingness to engage in further consensual discussions will be withdrawn. Conversely, if you are prepared to meaningfully engage and provide the disclosures previously discussed with Mr. Cohen and outlined above, we propose scheduling a meeting (virtual or otherwise) with Ms. Warner and Mr. Cerutti on or soon after December 14.

We request the courtesy of a response from you by December 2.

Sincerely,

Jonathan Missner
Andrew Beato
Stein Mitchell Beato & Missner LLP